**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__   District of __New York__
                              (State)

Case number (*If known*): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Retrieval-Masters Creditors Bureau, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | American Medical Collection Agency |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 1 3 – 2 9 1 9 4 9 5 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4        Westchester Plaza<br>Number      Street | _____<br>Number      Street |
| Suite 110 | PO Box 160<br>P.O. Box |
| Elmsford          NY      10523<br>City          State    ZIP Code | Elmsford          NY      10523<br>City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| USA<br>County | _____<br>Number      Street |
| | _____<br>City          State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.retrievalmasters.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Retrieval-Masters Creditors Bureau, Inc. | | Case number *(if known)*_____ |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_ _6_ _1_ _4_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                   MM / DD / YYYY

        District _____ When _____ Case number _____
                                   MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                           MM / DD / YYYY

        Case number, if known _____

Debtor **Retrieval-Masters Creditors Bureau, Inc.**
Name

Case number (if known)_____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Retrieval-Masters Creditors Bureau, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0–$50,000 | ☒ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
|---|---|---|---|
| | ☐ $50,001–$100,000 | ☐ $10,000,001–$50 million | ☐ $1,000,000,001–$10 billion |
| | ☐ $100,001–$500,000 | ☐ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |

---

### ▌ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/16/19__
                MM / DD / YYYY

✗ _Russell Fuchs_ (signature)                    Russell Fuchs
Signature of authorized representative of debtor    Printed name

Title __CEO__

---

**18. Signature of attorney**

✗ /s/ Steven Wilamowsky                 Date __6/17/2019__
Signature of attorney for debtor              MM / DD / YYYY

Steven Wilamowsky
Printed name
CHAPMAN AND CUTLER LLP
Firm name
1270      Avenue of the Americas
Number      Street
New York                              NY      10020
City                                 State    ZIP Code
212.655.6000                         wilamowsky@chapman.com
Contact phone                        Email address

2682680                              NY
Bar number                           State

---

UNANIMOUS WRITTEN CONSENT

OF

BOARD OF DIRECTORS

OF

RETRIEVAL-MASTERS CREDITORS BUREAU, INC.

JUNE 17, 2019

The undersigned, being all of the members of the Board of Directors of Retrieval-Masters Creditors Bureau, Inc., a New York corporation (the "**Company**"), acting by written consent without a meeting, do hereby consent to the adoption of the following resolutions as of the date hereof with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the Board of Directors.

**WHEREAS**, the Company has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

**Chapter 11 case**

**NOW**, **THEREFORE**, **BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (such voluntary petition, the "**Chapter 11 Case**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and

**RESOLVED FURTHER**, that Russell Fuchs, Jeffrey Wollman and Bradley Scher (each, an "**Authorized Officer**" and collectively, the "**Authorized Officers**") be, and each of them individually hereby is, authorized, in the name and on behalf of the Company, appointed as the Company's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and hereby are, authorized and empowered to execute and file on behalf of the Company, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses.

**Retention of Professionals**

**RESOLVED FURTHER**, that each Authorized Officer be, and they hereby are, authorized and directed to employ the law firm of Chapman and Cutler LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Chapman and Cutler LLP.

**RESOLVED FURTHER** that each Authorized Officer be, and they hereby are, authorized and directed to employ any other professionals, including Morvillo Abramowitz Grand Iason & Anello P.C., as regulatory counsel to the Company, to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

**RESOLVED FURTHER** that each Authorized Officer be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

**General**

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER**, that all members of the Board of Directors of the Company have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Board of Directors.

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via electronic means, all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned Directors have duly executed this Unanimous Written Consent as of the date first written above.

Russell Fuchs

_____

Bradley Scher

IN WITNESS WHEREOF, the undersigned Directors have duly executed this Unanimous Written Consent as of the date first written above.

_____

Russell Fuchs

_____

Bradley Scher

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  Retrieval-Masters Creditors Bureau, Inc.

United States Bankruptcy Court for the:   Southern   District of  New York
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  PCI Group, Inc. PO Box 566 Pineville, NC 28134-0566 | Christian Kropac c.kropac@pcigroup.com 803-578-7605 | Trade debts | | | | $103,717.78 |
| 2  ExpertSource Global Services Private Limited Unit No. 102, 1st Floor Deekay Tech Park, T.T.C Industrial Area Mumbai 400705, India MIDC, Turbhe, Navi Mumbai | Anil Wadhwa anil@expertsource.com | Trade debts | disputed | | | $80,684.32 |
| 3  Mack-Cali CW Realty Associates LLC PO Box 416382 Boston, MA 02241 | 914-592-4800 | Trade debts | disputed | | | $66,725.76 |
| 4  Hinshaw & Culbertson, LLP 151 N. Franklin Street Suite 2500 Chicago, IL 60606 | Carlos Ortiz 312-704-3198 cortiz@hinshawlaw.com | Professional services | | | | $60,320.84 |
| 5  Charles River Associates 200 Clarendon Street Boston,MA 02116 | Janet Just 312-377-9289 jjust@crai.com | Professional services | | | | $40,982.50 |
| 6  End Point Corporation 304 Park Avenue South Suite 214 New York, NY10010 | Rick Peltzman 212-929-6923 rick@endpoint.com | Professional services | | | | $40,527.49 |
| 7  Liberty Mutual Insurance PO Box 2839 New York, NY 10116-2839 | 866-290-2920 | Trade debts | | | | $31,761.49 |
| 8  Oxford Health Plans PO Box 1697 Newark, NJ 07101-1697 | 888-201-4216 | Trade debts | | | | $25,752.63 |

Debtor    __Retrieval-Masters Creditors Bureau, Inc.__          Case number (if known)_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Clearbrook JV LLC 100 Clearbrook Rd 2nd Floor Elmsford, NY 10523 | 914-592-4800 | Trade debts | | | | $22,006.65 |
| 10  International Business Machines Corp. PO Box 643600 Pittsburgh, PA 15264-3600 | | Trade debts | | | | $15,299.64 |
| 11  Cablevision Lightpath, Inc. PO Box 360111 Pittsburg, PA 15251 | 866-611-3434 | Trade debts | | | | $7,679.02 |
| 12  Service Express, Inc Dept 6306 PO Box 30516 Lansing, MI 48909 | 800-940-5585 | Trade debts | Disputed | | | $5,334.93 |
| 13  CT Corporation PO Box 4349 Carol Stream, IL 60197-4349 | 877-467-3525 | Trade debts | | | | $4,605.97 |
| 14  Consolidated Edison, Inc. PO Box 1702 New York, NY 10116-1702 | | Trade debts | | | | $4,037.34 |
| 15  Vanguard Cleaning Systems 155 Airport Executive Park Nanuet, NY 10954 | Adrienne Hays 914-478-5500 ahays@vanguardcleaning.com | Trade debts | | | | $3,382.32 |
| 16  Apex Technology Services 535 Connecticut Avenue Suite 104 Norwalk, CT 06854 | Larry Szebeni 646-693-1950 lszebeni@apextechservices.com | Trade debts | | | | $3,198.00 |
| 17  LexisNexis Risk Solutions 1000 Alderman Drive Alpharette, GA 30005 | Andrew Rothman Andrew.Rothman@lexisnexisrisk.com | Trade debts | | | | $2,899.13 |
| 18  Sessions Firm, LLC 3850 N. Causeway Blvd Suite 200 Metairie, LA 70002 | Sunny Sheppard 504-846-7922 susheppard@sessions.legal | Professional services | | | | $2,805.20 |
| 19  The Law Offices of Gary Merenstein 773 Furrow Way Lafayette, CO 80026 | Gary Merenstein 303-875-8884 gary@garymerenstein.com | Settlement | | | | $2,500.00 |
| 20  Allied Administrators for Delta Dental PO Box 26908 San Francisco, CA 94126 | 914-989-7443 | Trade debts | | | | $1,929.57 |

CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger, *S.D.N.Y. admission pending*
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Proposed Counsel for the Debtor and
Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Retrieval-Masters Creditors Bureau, Inc.,[1] | : | Case No. 19-_____ (   ) |
| | : | |
| Debtor. | : | |

---------------------------------------------------------x

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure

and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York,

Retrieval-Masters Creditors Bureau, Inc. (the "**<u>Debtor</u>**"), as debtor and debtor in possession in

the above-captioned chapter 11 case, respectfully represents that as of the Petition Date:

1.  The Debtor is not a publicly traded company.

2.  Russell Fuchs owns 100% of the equity interests in the Debtor.

3.  The Debtor holds no direct or indirect equity interests in any other entity.

---

[1]     The last four digits of the Debtor's taxpayer identification number are 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

Fill in this information to identify the case and this filing:

Debtor Name  Retrieval-Masters Creditors Bureau, Inc.

United States Bankruptcy Court for the:   Southern            District of New York
                                                                        (State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/16/19            X _Russell Fuchs_____
             MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                       Russell Fuchs
                                       Printed name

                                       President, Secretary and Treasurer
                                       Position or relationship to debtor

CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger, *S.D.N.Y. admission pending*
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Proposed Counsel for the Debtor and*
*Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                                           :    Chapter 11
                                                                :
Retrieval-Masters Creditors Bureau, Inc.,[1]    :    Case No. 19-_____ (    )
                                                                :
                                    Debtor.            :
--------------------------------------------------------x

## NOTICE OF FILING OF (I) LIST OF CREDITORS AND
## (II) LIST OF EQUITY SECURITY HOLDERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 1007(a)(1) and (3) of the Federal

Rules of Bankruptcy Procedure and Rule 1007-1 of the Local Rules of Bankruptcy Procedure for

the Southern District of New York, Retrieval-Masters Creditors Bureau, Inc. (the "**Debtor**"), as

debtor and debtor in possession in the above-captioned chapter 11 case, hereby files (i) a list of

the Debtor's creditors, annexed hereto as **Exhibit A**, and (ii) a list of the Debtor's equity holders,

attached hereto as **Exhibit B**.

---

[1]         The last four digits of the Debtor's taxpayer identification number are 9495.  The location of the
Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford,
NY 10523.  The Debtor also does business as American Medical Collection Agency.

Dated:  June 17, 2019
        New York, New York

CHAPMAN AND CUTLER LLP
*Proposed Counsel for the Debtor and*
*Debtor in Possession*


By:    /s/ Steven Wilamowsky
       Steven Wilamowsky
       1270 Avenue of the Americas
       New York, NY 10020-1708
       Telephone: 212.655.6000

       -and-

       Aaron M. Krieger, *S.D.N.Y. admission pending*
       111 West Monroe Street
       Chicago, IL 60603-4080
       Telephone: 312.845.3000

## Exhibit A

**List of Creditors**

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country (if not US) |
|------|-----------|-----------|-----------|------|-------|-------------|---------------------|
| ACA International | PO Box 390106 | | | Minneapolis | MN | 55439 | |
| Ahdoot & Wolfson PC | 45 Main Street | Suite 528 | Tina Wolfson, Brad King, Theodore Maya | Brooklyn | NY | 11201 | |
| Allied Administrators-Delta Dental | PO Box 45381 | | | San Francisco | CA | 94145-0381 | |
| Alston & Bird | 950 F Street NW | | Kimberly Peretti, Kate Hanniford, Emily Poole, Amy Mushahwar | Washington | DC | 20004 | |
| Altice Business | PO Box 360111 | | | Pittsburg | PA | 15251 | |
| American Express | PO Box 981535 | | | El Paso | TX | 79998 | |
| Andrew Berkowitz | 725 Lisa Circle | | | Huntingdon Valley | PA | 19006 | |
| Apex Technology Services | 535 Connecticut Avenue | Suite 104 | | Norwalk | CT | 06854 | |
| Berger Montague, PC | 1818 Market Street | Suite 3600 | Jon Lambiras, Shanon Carson, Sherrie Savett | Philadelphia | PA | 19103 | |
| Bisnar Chase LLP | 1301 Dove Street | Suite 120 | Brian D Chase, Jerusalem Beligan | Newport Beach | CA | 92626 | |
| Business Card Services ( Jet Blue Mastercard) | PO Box 23066 | | | Columbus | GA | 31902 | |
| Cablevision | PO Box 742698 | | | Cincinnati | OH | 45274-2698 | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Carella Byrne Cecchi Olstein Brody & Agnello, PC | 5 Becker Farm Road | | James Cecchi, Caroline Bartlett | Roseland | NJ | 07068 | |
| Cary Law Office | 122 Capitol St | Suite 200 | Michael Cary | Charlston | WV | 25301 | |
| Charles River Associates | 200 Clarendon Street | | | Boston | MA | 02116 | |
| Clearbrook JV LLC | 100 Clearbrook Rd | 2nd Floor | | Elmsford | NY | 10523 | |
| Cohn, Lifland, Pearlman, Herrmann & Knoff, LLP | 250 Pehle Avenue | Suite 401 | Peter Pearlman | Saddlebrook | NJ | 07663 | |
| Conduent | 375 McCarter Highway | | David Kenney | Newark | NJ | 07114 | |
| Consolidated Edison, Inc. | PO Box 1702 | | | New York | NY | 10116-1702 | |
| Creditron Corporation | 15800 Crabbs Branch Way | Suite 210 | | Rockville | MD | 20855 | |
| Criden & Love P.A. | 7301 SW 57th Court | Suite 515 | Michael E. Criden | South Miami | FL | 33143 | |
| CSI International, Inc. | PO Box 417 | | | Williamsport | OH | 43164 | |
| CT Corporation | PO Box 4349 | | | Carol Stream | IL | 60197-4349 | |
| Cup-A-Jo Coffee Solutions | 382 Route 59 Suite 324 | | | Monsey | NY | 10952 | |
| Dicello Levitt Gutzler LLC | Ten North Dearborn Street | Eleventh Floor | Adam Levitt, Amy Keller | Chicago | IL | 60602 | |
| End Point Corporation | 304 Park Avenue South | Suite 214 | | New York | NY | 10010 | |
| Epiq Corporate | 10300 SW Allen Blvd | | Managing Director, | Beaverton | OR | 97005 | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Services, Inc | | | Legal Department | | | | |
| Esensten Law | 12100 Wilshire Blvd | Suite 1660 | Robert Esensten, Jordan Esensten | Los Angeles | CA | 90025 | |
| ExpertSource Global Services Private Limited | Unit 102, 1st Floor | Deekay Tech Park, TTC Industrial Area | Midc, Turbhe | Navi Mumbai, Maharashtra | | | India |
| FedEx | PO Box 371461 | | | Pittsburgh | PA | 15250-7461 | |
| Finkelstein Blankinship, Frei-Pearson & Garber, LLP | 445 Hamilton Avenue | Suite 605 | Jeremiah Lee Frei-Pearson | White Plains | NY | 10601 | |
| Geist Schwarz & Jellinek, PLLC | One North Lexington Avenue | 11th floor | | White Plains | ny | 10601 | |
| Giatras Law Firm | 118 Capitol Street | Suite 400 | Troy Giatras, Matthew Stonestreet, Phillip Childs | Charlston | West Virginia | 25301 | |
| Gibbs Law Group LLP | 501 14th Street | Suite 1110 | Eric Gibbs, David Berger | Oakland | CA | 94612 | |
| Golden Scaz Gagain | 201 North Armenia Avenue | | Charles McHale | Tampa | FL | 33609 | |
| Greenwich Legal Associiates LLC | 881 Lake Avenue | | Adam Frankel | Greenwich | CT | 06831 | |
| Hinshaw & Culbertson, LLP | 151 N. Franklin Street | Suite 2500 | | Chicago | IL | 60606 | |
| Hogan & Lovells US LLP | 555 Thirteenth St NW | | Marcy Wilder, Allison Holt | Washington | DC | 20004 | |
| Hudson Valley Fire Inc. | 136 Washington Street | | | Peekskill | NY | 10566 | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hyde & Swigert | 2221 Camino Del Rio South | Suite 101 | Joshua Swigert | San Diego | CA | 92101 | |
| International Business Machines Corp. | PO Box 643600 | | | Pittsburgh | PA | 15264-3600 | |
| Jackson Lee PA | 1991 Lomgwood Lake Nary Rd | | Jared Michael Lee | Lomgwood | FL | 32750 | |
| Javerbaum Wurgaft Hicks Kahn Wikstrom and Sinins PC | 1000 Haddonfield-Berlin Road | Suite 203 | Michael Galpern | Vorhees | NJ | 08043 | |
| Jones Wolf & Kapasi LLC | 375 Passaic Ave | Suite 100 | Joseph Jones | Fairfield | NJ | 07004 | |
| JP McHale Pest Management, Inc. | PO Box 98 | | | Montrose | NY | 10548 | |
| Kaplan Fox & Kilsheimer LLP | 350 Sansome Street | Suite 400 | Laurence King, Mario Choi | San Francisco | CA | 94104 | |
| Kaplan Fox & Kilsheimer LLP | 850 Third Avenue | 14th Floor | Frederic Fox, Joel Strauss, David Straite | New York | NY | 10022 | |
| Kazerouni Law Group, APC | 245 Fischer Avenue | Suite D1 | Seyed Abbas Kazerounian | Costa Mesa | CA | 92626 | |
| Kehoe Law Firm PC | 41 Madison Avenue | 31st Floor | John Kehoe | New York | NY | 10010 | |
| Kelly Law Offices LLC | 3000 Atrium Way | Suite 291 | Thomas Kelly III | Mount Laurel | NJ | 08054 | |
| Konica Minolta Premier Finance | PO Box 3072 | | | Cedar Rapids | IA | 52406 | |
| Law Offices of Todd Friedman PC | 21550 Oxnard Street | Suite 780 | Todd Friedman | Woodland Hills | CA | 91367 | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Law Officews of Ron Bochner | 3905 State St | | Ron Bochner | Santa Barbara | CA | 93105 | |
| Lemberg Law LLC | 43 Danbury Road | 3rd Floor | Sergei Lemberg | Wilton | CT | 06897 | |
| Levin, Papantonio, Thomas, Mitchell,rafferty & Proctor, PA | 316 S Baylen St | Suite 600 | Matt Schultz, Bill Cash, Brenton Goodman | Pensacola | FL | 32502 | |
| LexisNexis Risk Solutions | 1000 Alderman Drive | | | Alpharette | GA | 30005 | |
| Liberty Mutual Insurance | PO Box 2839 | | | New York | NY | 10116-2839 | |
| Lieff Cabraser Heimann & Bernstein LLP | 250 Hudson Street | 8th Floor | Jason Lichtman, Sean Petterson | New York | NY | 10013 | |
| Lieff Cabraser Heimann & Bernstein LLP | 275 Battery Street | 29th Floor | Michael Sobol | San Francisco | CA | 94111 | |
| Linda S. Allen | 4713 Caspian Ave. | | | Farmington | NM | 87402 | |
| Lite Depaqlma Greenberg LLC | 570 Broad Street | Suite 1201 | Bruce Greenberg | Newark | NJ | 07102 | |
| Locks Law Firm LLC | 801 N. Kings Highway | | James A. Barry | Cherry Hill | NJ | 08034 | |
| Mack-Cali CW Realty Associates LLC | PO Box 416382 | | | Boston | MA | 02241 | |
| Messer Strickler, Ltd. | 225 W. Washington St. | SUITE 575 | | Chicago | IL | 60606 | |
| Michael P. McIlree, Attorney at Law | 100 Brown Avenue | Suite 2 | | Chesterson | IN | 46304 | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Morgan & Morgan Complex Litigation Group | 201 N. Franklin Street | 7th Floor | John Yanchunis,Patrick Barthle | Tampa | FL | 33602 | |
| Nussbaum Law Group PC | 1211 Avenue of the Americas | 40th Floor | Linda Nussbaum, Bart Cohen | New York | NY | 10036 | |
| O'Connell & Aronowitz | 54 State Street | | Kurt Bratten | Albany | NY | 12207 | |
| Online Data Exchange LLC | 12276 San Jose Blvd | Suite 427 | | Jacksonville | FL | 32223 | |
| Oxford Health Plans | PO BOX 1697 | | | Newark | NJ | 07101-1697 | |
| Paylocity Corporation | Dept #2007 | Po Box 87844 | | Carol Stream | IL | 60188 | |
| PCI Group, Inc. | PO Box 566 | | | Pineville | NC | 28134-0566 | |
| Pitney Bowes Global Financial Services LLC | PO Box 3718877 | | | Pittsburgh | PA | 15250 | |
| Pontello & Bressler | 406 Boones Lick Rd | | Dominic Pontello | St Charles | MO | 63301 | |
| Prescott Lovern Sr | No address available: see below: | | | | | | |
| Proshred Security | 5 W. Main Street | Suite 200 | | Elmsford | NY | 10523 | |
| Protection One Alarm Monitoring, Inc. | PO BOX 219044 | | | Kansas City | MO | 64121-9044 | |
| Robbins Geller Rudman & Dowd LLP | 120 East Palmetto Park Road | Suite 500 | Paul Geller, Stuart A. Davisdon | Boca Raton | FL | 33432 | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Robbins Geller Rudman & Dowd LLP | 58 S. Service Road | Suite 200 | Samuel H. Rudman, Mark S. Reich | Melville | NY | 11747 | |
| Robert L. Clark | 131 Overlook Ter | | | Lander | WY | 82520 | |
| Robinson Calcagnie Inc | 19 Corporate Plaza Drive | | Daniel Robinson | Newport Beach | CA | ;92660 | |
| Ropes & Gray | 2099 Pennsylvania Ave, NW | | Edward McNicholas | Washington | DC | 20006 | |
| Russell Fuchs | 975 Banks North Road | | | Fairfield | CT | 06824 | |
| Sauder Schelkopf LLC | 555 Lancaster Avenue | | Joseph Sauder, Matthew Schelkopf, Joseph Kenney | Berwynn | PA | 19312 | |
| Seeger Weiss LLP | 55 Challenger Road | 6th Floor | Christopher Seeger, Parvin Aminolroaya | Ridgefiled Park | NJ | 07660 | |
| Seeger Weiss LLP | 77 Water Street | 8th Floor | Jennifer Scullion | New York | NY | 10005 | |
| Sentient Solutions Limited | Guinness Enterprise Centre | Taylor's lane | | Dublin 8 | | | Ireland |
| Service Express, Inc | Dept 6306 | PO Box 30516 | | Lansing | MI | 48909 | |
| Sessions Firm, LLC | 3850 N. Causeway Blvd | Suite 200 | | Metairie | LA | 70002 | |
| Sheehan & Associates, PC | 505 Northern Blvd | Suite 311 | Spencer Sheehan | Great Neck | NY | 11201 | |
| Sidley Austin | 1501 K Street NW | | David Hoffman, Kate Heinzelman, Clayton Northouse | Washington | DC | 20005 | |
| Staples Business Advantage | PO Box 105638 | | | Atlanta | GA | 30348-5638 | |
| Suburban Carting Co. | 566 North State Rd | | | Briarcliff Manor | NY | 10510 | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Answer Company | PO Box 3442 | | | New York | NY | 10163-3442 | |
| The Law Offices of Andres Mointejo, Esq | 6157 NW 167th Street | Suite F-21 | Andres Montejo | Miami | FL | 33015 | |
| The Law Offices of Gary Merenstein, P.C | 773 Furrow Way | | | Lafayette | CO | 80026 | |
| Trans Union, LLC | PO Box 99506 | | | Chicago | IL | 60693-9506 | |
| Vanguard Cleaning Systems | 155 Airport Executive Park | | | Nanuet | NY | 10954 | |
| Verizon Wireless | PO Box 408 | | | Newark | NJ | 07101 | |
| Waller Landsden Dortch & Davis LLP | 511 Union Street | Suite 2700 | Derek Edwards | Nashville | TN | 37219 | |
| Webrecon, LLC. | 6115 28th St. SE | Suite 214 | | Grand Rapids | MI | 49546 | |
| Windstream Enterprise | PO Box 70268 | | | Philadelphia | PA | 19176-0268 | |
| Worldpay ISO Inc | 8500 Governors Hill Dr | MD 1GH2X2 | | Symmes Township | OH | 45249 | |
| Yanwitt LLP | 140 Grand Street | Suite 705 | Russell Marc Yankwitt | White Plains | NY | 10601 | |

**<u>Exhibit B</u>**

**Equity Holders**

Retrieval-Masters Creditors Bureau, Inc.
Equity Holders

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Ownership % |
|---|---|---|---|---|---|---|---|
| Russell Fuchs | 975 Banks North Road | | | Fairfield | CT | 06824 | 100% |