```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
In re                              :

RETRIEVAL-MASTERS CREDIT           :    Case No. 19-23185 (RDD)
BUREAU INC.,
                                   :
        Debtor.                         Chapter 11
                                   :
-----------------------------------X
```

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE THAT, pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the United States Trustee for the Southern District of New York by Serene K. Nakano hereby appears in the above-captioned proceedings. It is requested that hard copies of any and all notices, pleadings, and orders be sent to:

>       Office of the United States Trustee
>       U.S. Federal Office Building
>       201 Varick St., Room 1006
>       New York, New York  10014
>       Att:  Serene K. Nakano
>       (tel) (212) 510-0505
>       (fax) (212) 668-2255

PLEASE TAKE FURTHER NOTICE, that, pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, the foregoing request includes not only the notice and papers referred to in the rules specified above, but all other notices and papers of whatever kind, which affect the above-captioned debtor (the "Debtor"); property in the possession, custody or control of the Debtor; or the above-referenced case.

Dated:   New York, New York
         June 17, 2019

                         WILLIAM K. HARRINGTON
                         UNITED STATES TRUSTEE

                    By:  */s/ Serene K. Nakano*
                         SERENE K. NAKANO
                         Trial Attorney
                         U.S. Federal Office Building
                         201 Varick St., Room 1006
                         New York, New York  10014
                         (212) 510-0505