CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger, *S.D.N.Y. admission pending*
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Proposed Counsel for the Debtor and*
*Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                                    :   Chapter 11
                                                                              :
Retrieval-Masters Creditors Bureau, Inc.,[1]       :   Case No. 19-23185 (RDD)
                                                                              :
                                        Debtor.                  :
---------------------------------------------------------x

### NOTICE OF: (I) FILING OF MOTION OF THE DEBTORS FOR ORDER SCHEDULING EXPEDITED HEARING ON AND SHORTENING THE NOTICE PERIOD FOR CERTAIN FIRST DAY MOTIONS; AND (II) HEARING DATE

**PLEASE TAKE NOTICE THAT** on June 17, 2019, the debtor and debtor-in-possession (the "**Debtor**") in the above-captioned chapter 11 case, by its proposed attorneys, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

**PLEASE TAKE FURTHER NOTICE THAT** on June 17, 2019, the Debtor filed an *Expedited Motion for the Entry of an Order Scheduling an Expedited Hearing on First Day*

---

[1] The last four digits of the Debtor's taxpayer identification number are 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

*Motions Filed by the Debtor*, requesting an expedited hearing at a time and date to be determined by the Court before the Honorable Robert D. Drain at the United States Bankruptcy Court for the Southern District of New York, in Room 248, 300 Quarropas Street, White Plains, New York 10601, with respect to the motions on the following matters (collectively the "**First Day Motions**"):

(a) Expedited Motion of Debtor for the Entry of an Order: (a) Scheduling an Expedited Hearing on First Day Motions Filed by the Debtor; and (b) Approving the Form and Manner of Notice thereof (the "**Expedited Hearing Motion**");

(b) Debtor's Motion Pursuant To Section 105(a) Of The Bankruptcy Code: (A) For Order Authorizing And Approving Procedures For Managing Governmental Requests and/or Demands For Information; and (B) For an Emergency Order Enjoining Related Governmental Action Pending Court's Consideration Of Such Procedures, and Granting Related Relief;

(c) Debtor's Motion for Entry of Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs;

(d) Debtor's Motion for Interim and Final Orders: (I) Authorizing Continued Use of Existing Cash Management Practices, Bank Accounts, and Business Forms; and (II) Authorizing the Continuance of Intercompany Transactions;

(e) Debtor's Motion For Entry Of Interim And Final Orders Authorizing The Debtor to: (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses; and (II) Continue Employee Benefits Programs; and

(f) Debtor's Motion For Order Establishing Certain Notice, Case Management, and Administrative Procedures.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor intends to present to the Court for its consideration the Expedited Hearing Motion on Friday, June 21, 2019 at 2:00 p.m. (EDT) before the Honorable Robert D. Drain at the United States Bankruptcy Court for the

Southern District of New York, in Room 248, 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE THAT** if the Court grants the Expedited Hearing Motion, the Debtor intends to present to the Court for its consideration the First Day Motions on Friday, June 21, 2019 at 2:00 p.m. (EDT) before the Honorable Robert D. Drain at the United States Bankruptcy Court for the Southern District of New York, in Room 248, 300 Quarropas Street, White Plains, New York 10601, immediately after the hearing on the Expedited Hearing Motion.

Dated:  June 17, 2019
        New York, New York

        CHAPMAN AND CUTLER LLP
        *Proposed Counsel for the Debtor and*
        *Debtor in Possession*

        By:   /s/ Steven Wilamowsky
            Steven Wilamowsky
            1270 Avenue of the Americas
            New York, NY 10020-1708
            Telephone: 212.655.6000

        -and-

        Aaron M. Krieger, *S.D.N.Y. admission pending*
        111 West Monroe Street
        Chicago, IL 60603-4080
        Telephone: 312.845.3000