UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | CASE NO. 19-23185 (RDD) |
|---|---|
| RETRIEVAL-MASTERS CREDITORS BUREAU, INC.,[1] | (Jointly Administered) |
| Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Justin K. Clouser, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent the State of Indiana for Curtis T. Hill, Jr., Attorney General of Indiana, an Interested Party in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Indiana and the bar of the U.S. District Court for the Southern District of Indiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully Submitted,

CURTIS T. HILL, JR.
Attorney General of Indiana

By: /s/ Justin K. Clouser
Justin K. Clouser, Atty. No. 30301-80
Deputy Attorney General
Office of the Indiana Attorney General
302 West Washington Street
Indiana Govt. Center South, 5th Floor
Indianapolis, IN 46204-2770
Telephone: (317) 233-3300
Facsimile: (317) 232-7979
Email: Justin.Clouser@atg.in.gov

---

[1] The last four digits of the Debtor's taxpayer identification number are 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. This Debtor also does business as American Medical Collection Agency.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Motion for Admission to Practice Pro Hac Vice* has been duly served upon all counsel or parties of record by the Court's ECF Notification system on June 20, 2019.

By: /s/ Justin K. Clouser
Justin K. Clouser
Deputy Attorney General