**HOGAN LOVELLS US LLP**
Christopher R. Donoho, III
John D. Beck
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Counsel for Laboratory Corporation of America Holdings*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                    : Chapter 11
                                                         :
Retrieval-Masters Creditors Bureau, Inc.,[1]             : Case No. 19-23185 (RDD)
                                                         :
                        Debtor.                          :
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Hogan Lovells US LLP hereby appears as counsel for Laboratory Corporation of America Holdings ("LabCorp"), a party in interest, pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and requests that copies of any and all notices and papers filed or entered in this case be given and served upon the following:

---

[1] The last four digits of the Debtor's taxpayer identification number are 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

**HOGAN LOVELLS US LLP**
Christopher R. Donoho, III
John D. Beck
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
E-mail: chris.donoho@hoganlovells.com
john.beck@hoganlovells.com

**PLEASE TAKE FURTHER NOTICE** that this notice constitutes not only a request for service of notices and papers, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtor in the above-captioned cases (the "**Debtor**") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed a consent to jurisdiction or venue of any type by LabCorp and shall not be deemed a waiver of the rights of LabCorp: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core

2

case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which LabCorp is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: June 20, 2019                              Respectfully Submitted,

*/s/ Christopher R. Donoho III*

HOGAN LOVELLS US LLP
Christopher R. Donoho, III
John D. Beck
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918 3000
Facsimile: (212) 918 3100
Email:   chris.donoho@hoganlovells.com
         john.beck@hoganlovells.com

*Counsel for Laboratory Corporation of America Holdings*