UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
Retrieval-Masters Creditors Bureau, Inc.,[1]                   :    Case No. No. 19-23185 (RDD)
                                                               :
                        Debtor.                                :
------------------------------------------------------------x

### ORDER PURSUANT TO 11 U.S.C. § 365(a), FED. R. BANKR. P. 6006, AND LOCAL RULE 6006-1 AUTHORIZING THE DEBTOR TO ASSUME SOFTWARE CONSULTING AGREEMENT WITH END POINT CORPORATION

Upon the motion (the "**Motion**")[2] of the debtor and debtor in possession herein (the "**Debtor**") for entry of an order (this "**Order**") authorizing the Debtor to assume, pursuant to 11 U.S.C. § 365(a), that certain Software Consulting Contract for Retrieval-Masters, dated as of November 27, 2017 (the "**Agreement**"), all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York, dated January 31, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. §157(b) that this Court may decide by a final order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and there being no opposition to the requeted relief; and upon the record of the hearing

---

[1]     The last four digits of the Debtor's taxpayer identification number is 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

held by the Court on the Motion on July 16, 2019 and all of the proceedings herein; and, after due deliberation, the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish good and suficient cause for the relief granted herein, in that the assumption of the Agreement is an exercise of good business judgment and in the best interests of the Debtor and the estate; now, therefore, it is ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The assumption of the Agreement is authorized and approved pursuant to section 365(a) of the Bankruptcy Code, Bankruptcy Rule 6006, and Local Rule 6006-1, effective as of the Petition Date.

3. The Debtor is authorized and directed to pay the Cure Amount within forty-five (45) days after the date of entry of this Order.

4. In addition to the Cure Amount, the Debtor is authorized, but not directed, to pay all amounts payable to End Point, in each case to the extent payable pursuant to, and on the terms and conditions set forth in, the Agreement, free and clear of all liens, claims and encumbrances.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry, for cause.

7. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

- 3 -

Dated:  July 16, 2019
       White Plains, New York

/s/Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE