CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger (admitted *pro hac vice*)
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Proposed Counsel for the Debtor and
Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                                      :    Chapter 11
                                                           :
Retrieval-Masters Creditors Bureau, Inc.,[1]               :    Case No. 19-23185 (RDD)
                                                           :
                    Debtor.                                :
-----------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON AUGUST 8, 2019 AT 10:00 A.M.

| | |
|---|---|
| Location of Hearing: | The Honorable Robert D. Drain |
| | United States Bankruptcy Court for the Southern District of New York |
| | 300 Quarropas Street, Room 248 |
| | White Plains, New York 10601 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov or by request of Debtor's undersigned proposed counsel. |

---

[1] The last four digits of the Debtor's taxpayer identification number is 9495.  The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523.  The Debtor also does business as American Medical Collection Agency.

I. **CONTESTED MATTER**

Motion of Debtor For Entry of an Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507: (I) Authorizing the Debtor to Obtain Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VII) Granting Related Relief [Doc. No. 82].

Objection Deadline:   August 1, 2019 at 4:00 p.m. (EDT).

Related Document:

1. Affidavit of Service [Doc. No. 85].

2. Debtor's Reply to Objections to Motion For Approval of Debtor-in-Possession Financing [Doc. No. 103].

Responses Received:

1. State of Indiana's Objection to Motion of Debtor for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507: (I) Authorizing the Debtor to Obtain Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VII) Granting Related Relief [Doc. No. 92].

2. Joinder of the State of Texas in the Relief Requested by the State of Indiana's Objection to Motion of Debtor for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507: (I) Authorizing the Debtor to Obtain Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VII) Granting Related Relief [Doc. No. 97].

3. Conduent State & Local Solutions, LLC's Limited Objection to Motion of Debtor for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507: (I) Authorizing the Debtor to Obtain Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VII) Granting Related Relief [Doc. No. 101].

Status: This matter is going forward.

Dated: August 6, 2019
      New York, New York

           CHAPMAN AND CUTLER LLP
*Proposed Counsel for the Debtor and Debtor in Possession*

By: /s/Steven Wilamowsky
    Steven Wilamowsky
    1270 Avenue of the Americas
    30th Floor
    New York, NY 10020-1708
    Telephone: 212.655.6000

-and-

Aaron M. Krieger (admitted *pro hac vice*)
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000