Fill in this information to identify the case:

Debtor name  Retrieval-Masters Creditors Bureau, Inc.
United States Bankruptcy Court for the: Southern   District of NY (State)
Case number (If known): 19-23185 (RDD)

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PCI Group, Inc.<br>PO Box 566<br>Pineville, NC 28134-0566 | Christian Kropac<br>c.kropac@pcigroup.com<br>(803) 578-7605 | Trade Debts | | | | $104,523.06 |
| 2 | Hinshaw & Culbertson, LLP<br>151 N. Franklin Streeet<br>Suite 2500<br>Chicago, IL 60606 | Carlos Ortiz<br>(312) 704-3198<br>cortiz@hinshawlaw.com | Professional Services | | | | $69,975.34 |
| 3 | Mack-Cali CW Realty Associates LLC<br>PO Box 416382<br>Boston, MA 02241 | (914) 592-4800 | Lease | Disputed | | | $66,725.76 |
| 4 | Charles River Associates<br>200 Clarendon Street<br>Boston, MA 02116 | Janet Just<br>(312) 377-9289<br>jjust@crai.com | Professional Services | | | | $40,982.50 |
| 5 | Twilio Cloud Communications<br>375 Beale Street<br>Suite 300<br>San Francisco, CA 94105 | invoicing@twilio.com | Trade Debts | | | | $25,457.10 |
| 6 | Business Card Services<br>PO Box 23066<br>Columbus, GA 31902 | (877) 907-7470 | Trade Debts | | | | $25,335.42 |
| 7 | Oxford Health Plans<br>PO Box 1697<br>Newark, NJ 07101-1697 | (888) 201-4216 | Trade Debts | | | | $16,618.26 |
| 8 | Nuvei Technologies Inc.<br>5000 Legacy Drive, Suite 320<br>Plano, TX 75024 | Reenu Sharma<br>rsharma@nuvei.com<br>(855) 885-0214 | Trade Debts | | | | $12,160.77 |

Debtor  Retrieval-Masters Creditors Bureau, Inc.                Case number (if known) 19-23185 (RDD)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Clearbrook JV LLC<br>100 Clearbrook Rd<br>2nd Floor<br>Elmsford, NY 10523 | (914) 592-4800 | Trade Debts | | | | $11,883.77 |
| 10 | International Business Machines Corp<br>PO Box 643600<br>Pittsburgh, PA 15264-3600 | | Trade Debts | | | | $8,921.59 |
| 11 | Consolidated Edison, Inc.<br>PO box 1702<br>New York, NY 10116-1702 | | Trade Debts | | | | $8,148.93 |
| 12 | American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | (800) 492-8468 | Trade Debts | | | | $7,561.98 |
| 13 | Liberty Mutual Insurance<br>PO Box 2839<br>New York, NY 10116 | | Trade Debts | | | | $5,592.79 |
| 14 | LexisNexis Risk Solutions<br>1000 Alderman Drive<br>Alpharette, GA 3005 | Andrew Rothman<br>Andrew.Rothman@lexisnexisrisk.com | Trade Debts | | | | $4,435.67 |
| 15 | Service Express, Inc.<br>Dept 6306<br>PO Box 30516<br>Lansing, MI 48909 | (800) 940-5585 | Trade Debts | | | | $3,988.23 |
| 16 | World Pay ISO Inc.<br>8500 Governors Hill Dr MD 1GH2X2<br>Symmes Township, OH 45249 | Anette Johansson<br>ajohansson@rectanglehealth.com | Trade Debts | | | | $3,405.20 |
| 17 | Sessions Firm, LLC<br>3850 N. Causeway Blvd<br>Suite 200<br>Metairie, LA 70002 | Sunny Sheppard<br>susheppard@sessions.legal<br>(504) 846-7922 | Professional Services | | | | $2,805.20 |
| 18 | Vanguard Cleaning Systems<br>155 Airport Executive Park<br>Nanuet, NY 10954 | Adrienne Hays<br>ahays@vanguardcleaning.com<br>(914) 478-5500 | Trade Debts | | | | $2,536.74 |
| 19 | The Law Offices of Gary Merenstein<br>773 Furrow Way<br>Lafayette, CO 80026 | Gary Merenstein<br>gary@garymerenstein.com<br>(303) 875-8884 | Settlement | | | | $2,500.00 |
| 20 | Paylocity Corporation<br>PO Box 87844<br>Carol Stream, IL 60188 | Andrew Knapp<br>Aknapp@paylocity.com<br>(845) 376-4942 | Trade Debts | | | | $2,229.58 |