Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Rd.
Roseland, New Jersey  07068
(973) 994-1700
Attorneys for MDL Class Plaintiffs

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RETRIEVAL-MASTERS CREDITORS BUREAU, INC. a/k/a AMERCIAN MEDICAL COLLECTION AGENCY<br><br>Debtor. | Case No. 19-23185 (RDD)<br>Chapter 11<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs and the putative class in *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, MDL 2904, District of New Jersey Master Docket No. 19-md-2904(MCA)(MAH).

               CARELLA, BYRNE, CECCHI,
               OLSTEIN, BRODY & AGNELLO, P.C.
               Attorneys for MDL Class Plaintiffs


             By:     /s/ Lindsey H. Taylor
                LINDSEY H. TAYLOR

Dated: August 23, 2019