UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | |
| Retrieval-Masters Creditors Bureau, Inc.,[1] | Chapter 11 |
| Debtor. | Case No. 19-23185 (RDD) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Cleveland R. Burke (the "Movant") to be admitted *pro hac vice* to represent Nuvei Technologies Inc., formerly known as GlobalOnePay, in this case; and upon the Movant's certification that the Movant is a member in good standing of the State Bar of Texas and has been admitted to the United States District Courts for the Eastern, Western, Southern and Northern Districts of Texas, as well as the United States Court of Appeals for the 5th Circuit, it is hereby

**ORDERED** that Cleveland R. Burke, Esq. is admitted to practice *pro hac vice* in the above-captioned case to represent Nuvei Technologies, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
August 26, 2019

/s/Robert D. Drain
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 9495. The location of the Debtor's service address for purposes of this Chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

4811-4588-2779.1