UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――x

In re:

Retrieval-Masters Creditors Bureau, Inc.[1]　　　　　　　　Chapter 11

　　　Debtor.　　　　　　　　　　　　　　　　　　　　Case No. 19-23185 (RDD)

―――――――――――――――――――――――――x

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO ALL INTERESTED PARTIES:

　　Nuvei Technologies, Inc., formerly known as GlobalOnePay ("Nuvei"), hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

> Cleveland R. Burke
> Waller Lansden Dortch & Davis, LLP
> 100 Congress Ave., Suite 1800
> Austin, Texas  78701
> (512) 685-6400
> (512) 685-6417 FAX
> Email:  cleveland.burke@wallerlaw.com
>
> Derek W. Edwards
> Waller Lansden Dortch & Davis, LLP
> Nashville City Center
> 511 Union Street, Suite 2700
> Nashville, Tennessee 37219
> (615) 244-6380
> (615) 244-6804 FAX
> Email:  derek.edwards@wallerlaw.com

---

[1] The last four digits of the Debtor's taxpayer identification number are 9495.  The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523.  The Debtor also does business as American Medical Collection Agency.

1

Nuvei respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties-in-interest filed by the Debtor, any Creditors Committees, or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.  Further, it requests that the Debtor forward to it, through its attorneys of record, copies of all applications, motions, complaints, and other proceedings filed by the Debtor, in the above-referenced case.

WALLER LANSDEN DORTCH & DAVIS, LLP

/s/ Cleveland R. Burke
Cleveland R. Burke (admitted *pro hac vice*)
Texas State Bar No. 24064975
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone:    (512) 685-6400
Facsimile:    (512) 685-6417
Email:    cleveland.burke@wallerlaw.com

Derek W. Edwards (admitted *pro hac vice*)
TN BPR No. 021455
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone:    (615) 244-6380
Facsimile:    (615) 244-6804
Email:    derek.edwards@wallerlaw.com

*Attorneys for Nuvei Technologies, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.


                                          */s/ Cleveland R. Burke*
                                          Cleveland R. Burke

4817-8233-0274.2