CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Proposed Counsel for the Debtor and
Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ----------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| Retrieval-Masters Creditors Bureau, Inc.,[1] | : | Case No. 19-23185 (RDD) |
| | : | |
| Debtor. | : | |
| ----------------------------------------------------------x | | |

### NOTICE OF (I) CANCELLATION AND (II) RESCHEDULING
### OF OMNIBUS HEARING DATE PREVIOUSLY SCHEDULED
### FOR SEPTEMBER 12, 2019 @ 10:00 A.M.

**PLEASE TAKE NOTICE** that the hearing previously scheduled for for September 12, 2019 at 10:00 a.m. (EDT) **has been cancelled**.

**PLEASE TAKE NOTICE** that all matters previously scheduled for September 12, 2019 at 10:00 a.m. in the above captioned case have been adjourned to September 13, 2019 at 10:00 a.m. (EDT) (the "**Hearing**"). The Hearing will be held before the Honorable Robert D. Drain,

---

[1] The last four digits of the Debtor's taxpayer identification number is 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

4847-6581-9554
7022536

United States Bankruptcy Judge, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York, 10601.

**PLEASE TAKE FURTHER NOTICE THAT** unless otherwise agreed to by counsel for the Debtor in the above captioned chapter 11 case, nothing contained herein nor the adjournment of the omnibus hearing shall constitute an extension of time with respect to the applicable objection deadline for any matter scheduled to be heard at the omnibus hearing.

Dated:  August 29, 2019
         New York, New York

        CHAPMAN AND CUTLER LLP
        *Proposed Counsel for the Debtor and*
        *Debtor in Possession*

    By:   /s/Steven Wilamowsky
        Steven Wilamowsky
        1270 Avenue of the Americas
        30th Floor
        New York, NY 10020-1708
        Telephone: 212.655.6000

        -and-

        Aaron M. Krieger
        111 West Monroe Street
        Chicago, IL 60603-4080
        Telephone: 312.845.3000