CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Proposed Counsel for the Debtor and
Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                        :    Chapter 11
                                             :
Retrieval-Masters Creditors Bureau, Inc.,[1] :    Case No. 19-23185 (RDD)
                                             :
                      Debtor.                :
--------------------------------------------------------x


**UPDATED SCHEDULES TO DECLARATION OF STEVEN WILAMOWSKY
IN SUPPORT OF THE DEBTOR'S APPLICATION FOR ENTRY OF AN
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
CHAPMAN AND CUTLER LLP AS ATTORNEYS FOR THE DEBTOR,
<u>EFFECTIVE NUNC PRO TUNC TO THE PETITION DATE</u>**

---

[1]    The last four digits of the Debtor's taxpayer identification number is 9495.  The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

## Updated Schedule 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Steven Wilamowsky in Support of the Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Chapman and Cutler LLP as Attorneys for the Debtor, Effective* Nunc Pro Tunc *to the Petition Date* (the "**Wilamowsky Declaration**").[1] Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Chapman reviewed each entity in its records, as more fully described in the Wilamowsky Declaration, matching the incomplete or ambiguous name.

List of Schedules

| Schedule | Category |
|----------|----------|
| 1(a) | Debtor |
| 1(b) | Directors & Officers |
| 1(c) | Sole Equity Holder |
| 1(d) | Bankruptcy Judge |
| 1(e) | Clients and Vendors |
| 1(f) | Government & Regulatory |
| 1(g) | Insurance |
| 1(h) | Landlord |
| 1(i) | Lender |
| 1(j) | Litigation |
| 1(k) | Ordinary Course Professionals |
| 1(l) | Office of U.S. Trustee, S.D.N.Y. |
| 1(m) | Utilities |

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Wilamowsky Declaration.

**Schedule 1(a)**

**Debtor**

Retrieval-Masters Creditors Bureau, Inc.
    also known as American Medical Collection Agency

## **Schedule 1(b)**

### **Directors & Officers**

Russell Fuchs
Jeffrey Wollman
Bradley Scher

## Schedule 1(c)

### Sole Equity Holder

Russell Fuchs

## **Schedule 1(d)**

### **Bankruptcy Judge**

Honorable Robert D. Drain

## Schedule 1(e)

### Clients and Vendors

IBM
Cup A Jo Coffee Solutions
Wells Fargo Vendor Fin Serv
Service Express
Verizon Wireless
Vanguard Cleaning Systems
Suburban Caring Comnpany
ProShred
Pitney Bowes Global Financial Services
Pitney Bowes Global Financial Services
MacKinney Systems
Lexis Nexis
Konica Minolta Premier Finance
Lightpath (now Altice)
Connectivity Systems
Microsoft
Oxford Insurance
Allied Administrators for Delta Dental
EndPoint
Apex
Charles River Associates
Clearbrook Cross  LLC
American Express Card
Jet Blue Mastercard
Twilio
Windstream
Percona
efax.com
Adobe
New Relic
Godady.com
Nuvei
Worldpay
Jack henry Associates
PCI
EPIQ
ExpertSource
Paylocity
ABM Air Conditioning and Heating
Bank of America
Dynacare Seattle
Genzyme

Laboratory Corporation of America
U.S. Labs
Conduent/ New Jersey Turnpike Authority
Clinical Pathology Associates
Clinical Pathology labs Seconds
Mason Shoe Company
Swiss Colony
American Esoteric Labs
CareCentrix
Quest Diagnostics Inc. ( Ameripath)
Quest Diagnostics, Inc.
Quest Diagnostics (Dermpath)
Quest Diagnostics Inc. ( Athena Diagnostics)
Quest Diagnostics, Inc (Clear Point Diagnostic Labs)
Quest Diagnostics Inc. (Med Fusion LLC)
Accurate Medical Lab
Acupath Laboratories Inc
Almeida Oil Company Inc.
Aloha Laboratories
American Traffic Solutions
Americas Test Kitchen
Austin Pathology Associates
Direct Wines
Arizona Dermatopathology
Avis Car Rentals Inc.
AW Pathology
Bayside Laboratories Inc.
Bio Corp Clinical Lab
Bio-Path Medical Group
Bio Reference Labs
Bakersfield Memorial Lab
Bostwick Laboratories
Bronx Lebanon Hospital
Burke Rehabilitation & Research
Camillus Surgery Center
Cape Regional Medical Center
Catalina Skin Institute
CBL Path
Centrex Labs
Cohen Dermatopathology Associates
Converge Diagnostics
Discount Energy Group
Wisconsin Diagnostics Laboratories
E Burnham Cosmetics
Elite Dental Associates
Empire Medical Labs

Fairfax Medical Lab
Falcon Stamp Company
GR Communication Solutions
Guthy Renker
Gyn Path Services
Harlequin
Highlights
Hosiery Corporation of America
Institute of Childrens Literature
International Masters Publishers
Internal Medicine Associates
Integrated Regional Labs
Jamestown Stamp Company
Laboratory of Dermatopathology
Laboratory Medicine Consultants
Lakewood Pathology Associates
Lenox
Lipozene ( Continuity Products)
Littleton Coin Company
Magazineline
Mercy Healthcare lab
Metroplex Pathology Associates
Midwood Ambulance Service
Miraca Life Sciences
Monogram Labs
Mount Sinai Pathology
Masterbuilt
North American Membership Group
Natera Inc
National Geographic
Neuro Alert
National Medical Billing Services ( Multiple Health Providers)
North Ridge Hospital
NTD Labs/Perkin Elmer
Pathology Solutions
PCA South East
Pinnacle Credit Services
Positive Image Prosthetics & Orthotics Inc
Pulmonology & Sleep Center
Relax Holistic
Robert L Cristofaro MD & John M Nelson MD PC
Rodale
Savvier
Seacoast Pathology Inc.
Signature Genomic Lab
Sleeping Well

Solstas Lab Partners Seconds
New York Spine Institute
South Texas Dermatopathology
St Joseph Hospital Lab
Sunrise Medical Labs
The Book Store
Twin Cities Dermatopathology
Therapath Partners LLC
Austin Pathology Associates
Transmonde
Vibrant America Clinical Lab
Value Web/Cybergate
Verde Energy
Verinata Health/Perkin Elmer
VERO LP
Video Gold
Village Apothecary Inc
West Hills
Western Pathology
Westgate Skin & Cancer
Penobscot Community Health Care
Penobscot Community Dental Center
Optum360, LLC

## Schedule 1(f)

### Government & Regulatory

State of Alabama – Office of the Attorney General
State of Alaska – Office of the Attorney General
State of Arizona – Office of the Attorney General
State of Arkansas – Office of the Attorney General
State of California – Office of the Attorney General
State of Colorado – Office of the Attorney General
State of Connecticut – Office of the Attorney General
State of Delaware – Office of the Attorney General
State of Florida – Office of the Attorney General
State of Georgia – Office of the Attorney General
State of Hawaii – Department of the Attorney General
State of Hawaii – Office of Consumer Protection
State of Idaho – Office of the Attorney General
State of Illinois – Office of the Attorney General
State of Indiana – Office of the Attorney General
State of Iowa – Office of the Attorney General
State of Kansas – Office of the Attorney General
Commonwealth of Kentucky – Office of the Attorney General
State of Louisiana – Office of the Attorney General
State of Maine – Office of the Attorney General
State of Maryland – Office of the Attorney General
Commonwealth of Massachusetts – Office of the Attorney General
Massachusetts Division of Banks
State of Michigan – Department of the Attorney General
State of Minnesota – Office of the Attorney General
State of Mississippi – Office of the Attorney General
State of Missouri – Office of the Attorney General
State of Montana – Office of the Attorney General
Montana Department of Justice
State of Nebraska – Office of the Attorney General
State of Nevada – Office of the Attorney General
State of New Hampshire – Office of the Attorney General
State of New Jersey – Office of the Attorney General
Office of the New Jersey Attorney General
State of New Mexico – Office of the Attorney General
State of New York – Office of the Attorney General
State of North Carolina – Office of the Attorney General
North Carolina Department of Justice
State of North Dakota – Office of the Attorney General
State of Ohio – Office of the Attorney General
State of Oklahoma – Office of the Attorney General
State of Oregon – Office of the Attorney General

Oregon Department of Justice
Commonwealth of Pennsylvania – Office of the Attorney General
State of Rhode Island – Office of the Attorney General
State of South Carolina – Office of the Attorney General
State of South Dakota – Office of the Attorney General
State of Tennessee – Office of the Attorney General
State of Texas – Office of the Attorney General
State of Utah – Office of the Attorney General
State of Vermont – Office of the Attorney General
Commonwealth of Virginia – Office of the Attorney General
State of Washington – Office of the Attorney General
State of West Virginia – Office of the Attorney General
State of Wisconsin – Office of the Attorney General
State of Wyoming – Office of the Attorney General
District of Columbia – Office of the Attorney General
National Association of Attorneys General
Internal Revenue Service

## **Schedule 1(g)**

### **Insurance**

Peerless Insurance Company/Excelsior Insurance Company
Starr International Company, Inc.
Liberty Mutual Insurance Company/Ironshore
American Financial Group/Great American Insurance Company

## **Schedule 1(h)**

### **Landlord**

Mack-Cali CW Realty Associates L.L.C.

## **Schedule 1(i)**

### **Lender**

Russell Fuchs

## Schedule 1(j)

## Litigation

Anna Aragona
Zackaria Abdalla Bandak
Marsha Barton
Andrew Berkowitz
Matthew Bavaro
Ron Bochner
Daryl Bohling
Armando Caldera
Estate of Louisa Bonanno
Gail Henderson
Krista Lebron
BioReference Laboratories, Inc.
Mace Bateman
Francis Carbonneau
Sean DeMarco
Jorge M. Fernandez, Jr. and Hector J. Valdes
Emory Grauberger
Edgar Gutierrez
Kaesha Gaye Camilia Henry
Ashley Jilek and Latorrie Glover-Brown
Traci Diana Julin
Brian Lanouette
Prescott Lovern,Sr.
Misty Marler
Johanna A. Mayer
Mark Meisel, Zakaria Haque, Robert Oswald, Lori Weinrib, Robert Corwin, and Cindy Farber
Gale Mills
Leidy A Acosta Montan
Nuvei Technologies
LaBena Oatis
Colquitt Pickett
Robert Oswald, Mary Beth Kerns, Marcia Sorin-Rosenthal and Stephen Rosenthal
Julio Antonio Perez Vieyra
Deanna Rahill
Tatyana Schulman
Rosa Villarreal
Paula Worthey
Lana Wilk
Ritzie Key
Patrick Rogge
Daniel Ryan
Melissa Ryan

Mark Johnston
Noel Benadom
Eric Cinelli
Joanna Eggins
Satoria Monlyn
Matthew Webb
Cheryl Chuha
Brandon Laughlin
Caleb Dirrim
Denise Brown-Wells
Gina Allende
Morgan Ottmann
David Finch
Gene Hively
Mohamad Mohamad
Elizabeth Hollway
Glenn French
Clyde Freeman
Tim Collinsworth
Erickson J. Ocasio
Amanda Hayhurst
Donetta Huffman

## **Schedule 1(k)**

### **Ordinary Course Professionals**

Morvillo Abramowitz Grand Iason & Anello P.C.

## Schedule 1(l)

### Office of U.S. Trustee, S.D.N.Y.

Harrington, William K.
Linda A. Riffkin
Victor Abriano
Susan Arbeit
Maria Catapano
Danny A. Choy
Benjamin J. Higgins
Nadkarni Joseph
Brian S. Masumoto
Ercilia A. Mendoza
Mary V. Moroney
Richard C. Morrissey
Serene Nakano
Cheuk M. Ng
Ilusion Rodriguez
Andrea B. Schwartz
Paul K. Schwartzberg
Shannon Scott
Sylvester Sharp
Andy Velez-Rivera
Greg M. Zipes

**<u>Schedule 1(m)</u>**

**Utilities**

Con Edison of New York
Cablevision Lightpath, Inc.
Twilio
Broadview Networks
eFax
Altice USA, Inc./Cablevision Optimum
Suburban Carting Co.

**Updated Schedule 2**

| Entity Name | Type | Conflicts Search Result |
|---|---|---|
| IBM | Vendor | Current client in unrelated matter(s). |
| Cup A Jo Coffee Solutions | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Wells Fargo Vendor Fin Serv | Vendor | Current client in unrelated matter(s). |
| Service Express | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Verizon Wireless | Vendor | Former client in unrelated matter(s). |
| Vanguard Cleaning Systems | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Suburban Caring Company | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| ProShred | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Pitney Bowes Global Financial Services | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Pitney Bowes Global Financial Services | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| MacKinney Systems | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Lexis Nexis | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Konica Minolta Premier Finance | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Lightpath (now Altice) | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Connectivity Systems | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Microsoft | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Oxford Insurance | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Allied Administrators for Delta Dental | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| EndPoint | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Apex | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Charles River Associates | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Clearbrook Cross  LLC | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| American Express Card | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |

| | | |
|---|---|---|
| Jet Blue Mastercard | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Twilio | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Windstream | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Percona | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| efax.com | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Adobe | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| New Relic | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Godaddy.com | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Nuvei | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Worldpay | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Jack henry Associates | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| PCI | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| EPIQ | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| ExpertSource | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Paylocity | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| ABM Air Conditioning and Heating | Vendor | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Bank of America | Vendor | Current client in unrelated matter(s). |
| Dynacare Seattle | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Genzyme | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Laboratory Corporation of America | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| U.S. Labs | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Conduent/ New Jersey Turnpike Authority | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Clinical Pathology Associates | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Clinical Pathology labs Seconds | Client | Not in Chapman's conflicts database as |

| | | a Client within the last 36 months. |
|---|---|---|
| Mason Shoe Company | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Swiss Colony | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| American Esoteric Labs | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| CareCentrix | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Quest Diagnostics Inc. (Ameripath) | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Quest Diagnostics, Inc. | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Quest Diagnostics (Dermpath) | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Quest Diagnostics Inc. ( Athena Diagnostics) | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Quest Diagnostics, Inc (Clear Point Diagnostic Labs) | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Quest Diagnostics Inc. (Med Fusion LLC) | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Accurate Medical Lab | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Acupath Laboratories Inc | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Almeida Oil Company Inc. | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Aloha Laboratories | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| American Traffic Solutions | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Americas Test Kitchen | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Austin Pathology Associates | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Direct Wines | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Arizona Dermatopathology | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Avis Car Rentals Inc. | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| AW Pathology | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Bayside Laboratories Inc. | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Bio Corp Clinical Lab | Client | Not in Chapman's conflicts database as |

| | | a Client within the last 36 months. |
|---|---|---|
| Bio-Path Medical Group | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Bio Reference Labs | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Bakersfield Memorial Lab | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Bostwick Laboratories | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Bronx Lebanon Hospital | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Burke Rehabilitation & Research | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Camillus Surgery Center | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Cape Regional Medical Center | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Catalina Skin Institute | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| CBL Path | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Centrex Labs | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Cohen Dermatopathology Associates | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Converge Diagnostics | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Discount Energy Group | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Wisconsin Diagnostics Laboratories | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| E Burnham Cosmetics | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Elite Dental Associates | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Empire Medical Labs | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Fairfax Medical Lab | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Falcon Stamp Company | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| GR Communication Solutions | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Guthy Renker | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Gyn Path Services | Client | Not in Chapman's conflicts database as |

| | | a Client within the last 36 months. |
|---|---|---|
| Harlequin | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Highlights | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Hosiery Corporation of America | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Institute of Childrens Literature | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| International Masters Publishers | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Internal Medicine Associates | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Integrated Regional Labs | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Jamestown Stamp Company | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Laboratory of Dermatopathology | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Laboratory Medicine Consultants | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Lakewood Pathology Associates | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Lenox | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Lipozene (Continuity Products) | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Littleton Coin Company | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Magazineline | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Mercy Healthcare lab | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Metroplex Pathology Associates | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Midwood Ambulance Service | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Miraca Life Sciences | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Monogram Labs | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Mount Sinai Pathology | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Masterbuilt | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| North American Membership | Client | Not in Chapman's conflicts database as |

| Group | | a Client within the last 36 months. |
|---|---|---|
| Natera Inc | Client | Former client in unrelated matter(s). |
| National Geographic | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Neuro Alert | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| National Medical Billing Services (Multiple Health Providers) | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| North Ridge Hospital | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| NTD Labs/Perkin Elmer | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Pathology Solutions | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| PCA South East | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Pinnacle Credit Services | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Positive Image Prosthetics & Orthotics Inc | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Pulmonology & Sleep Center | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Relax Holistic | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Robert L Cristofaro MD & John M Nelson MD PC | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Rodale | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Savvier | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Seacoast Pathology Inc. | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Signature Genomic Lab | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Sleeping Well | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Solstas Lab Partners Seconds | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| New York Spine Institute | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| South Texas Dermatopathology | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| St Joseph Hospital Lab | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Sunrise Medical Labs | Client | Not in Chapman's conflicts database as |

| | | a Client within the last 36 months. |
|---|---|---|
| The Book Store | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Twin Cities Dermatopathology | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Therapath Partners LLC | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Austin Pathology Associates | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Transmonde | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Vibrant America Clinical Lab | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Value Web/Cybergate | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Verde Energy | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Verinata Health/Perkin Elmer | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| VERO LP | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Video Gold | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Village Apothecary Inc | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| West Hills | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Western Pathology | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Westgate Skin & Cancer | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Penobscot Community Health Care | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Penobscot Community Dental Center | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Optum360, LLC | Client | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Retrieval-Masters Creditors Bureau, Inc. | Debtor | Client in present matter. |
| American Medical Collection Agency | Debtor | Client in present matter. |
| Russell Fuchs | D&O | No connection apart from present matter. |
| Jeffrey Wollman | D&O | No connection apart from present matter. |
| Bradley Scher | D&O | Current client in unrelated matter(s). |

| | | |
|---|---|---|
| Russell Fuchs | Equity Holder | No connection apart from present matter. |
| Robert D. Drain | Judge | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Alabama – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Alaska – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Arizona – Office of the Attorney General | Gov. & Regulatory | Arizona State Retirement System is a client in unrelated matters. |
| State of Arkansas – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of California – Office of the Attorney General | Gov. & Regulatory | Various California State entities are current or former clients in unrelated matters. |
| State of Colorado – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Connecticut – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Delaware – Office of the Attorney General | Gov. & Regulatory | The State of Delaware is a client in unrelated matters. |
| State of Florida – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Georgia – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Hawaii – Department of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Hawaii – Office of Consumer Protection | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Idaho – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Illinois – Office of the Attorney General | Gov. & Regulatory | The State of Illinois is a client in unrelated matters. |
| State of Indiana – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Iowa – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Kansas – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Commonwealth of Kentucky – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Louisiana – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Maine – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Maryland – Office of the | Gov. & Regulatory | Maryland State Retirement and Pension |

| | | |
|---|---|---|
| Attorney General | | System is a client in unrelated matters. |
| Commonwealth of Massachusetts – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Massachusetts Division of Banks | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Michigan – Department of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Minnesota – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Mississippi – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Missouri – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Montana – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Montana Department of Justice | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Nebraska – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Nevada – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of New Hampshire – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of New Jersey – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Office of the New Jersey Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of New Mexico – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of New York – Office of the Attorney General | Gov. & Regulatory | Various New York State entities are current or former clients in unrelated matters. |
| State of North Carolina – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| North Carolina Department of Justice | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of North Dakota – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Ohio – Office of the Attorney General | Gov. & Regulatory | Former client in unrelated matter(s). |
| State of Oklahoma – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Oregon – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Oregon Department of Justice | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |

| | | |
|---|---|---|
| Commonwealth of Pennsylvania – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Rhode Island – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of South Carolina – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of South Dakota – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Tennessee – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Texas – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Utah – Office of the Attorney General | Gov. & Regulatory | Various State of Utah entities are current or former clients in unrelated matters. |
| State of Vermont – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Commonwealth of Virginia – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Washington – Office of the Attorney General | Gov. & Regulatory | Various Washington State entities are current or former clients in unrelated matters. |
| State of West Virginia – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| State of Wisconsin – Office of the Attorney General | Gov. & Regulatory | Various State of Wisconsin entities are current or former clients in unrelated matters. |
| State of Wyoming – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| District of Columbia – Office of the Attorney General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| National Association of Attorneys General | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Internal Revenue Service | Gov. & Regulatory | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Peerless Insurance Company/Excelsior Insurance Company | Insurance | Former client in unrelated matter(s). |
| Starr International Company, Inc. | Insurance | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Liberty Mutual Insurance Company/Ironshore | Insurance | Former client in unrelated matter(s). |
| American Financial Group/Great American Insurance Company | Insurance | Current client in unrelated matter(s). |
| Mack-Cali CW Realty Associates L.L.C. | Former landlord/litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |

| | pending | |
|---|---|---|
| Russell Fuchs | Lender | No connection apart from present matter. |
| Morvillo Abramowitz Grand Iason & Anello P.C. | Professionals | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Harrington, William K. | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Linda A. Riffkin | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Victor Abriano | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Susan Arbeit | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Maria Catapano | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Danny A. Choy | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Benjamin J. Higgins | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Nadkarni Joseph | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Brian S. Masumoto | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Ercilia A. Mendoza | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Mary V. Moroney | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Richard C. Morrissey | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Serene Nakano | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Cheuk M. Ng | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Ilusion Rodriguez | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Andrea B. Schwartz | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Paul K. Schwartzberg | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Shannon Scott | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Sylvester Sharp | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Andy Velez-Rivera | UST | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Greg M. Zipes | UST | Not in Chapman's conflicts database as |

| | | a Client within the last 36 months. |
|---|---|---|
| Con Edison of New York | Utilities | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Cablevision Lightpath, Inc. | Utilities | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Twilio | Utilities | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Broadview Networks | Utilities | Not in Chapman's conflicts database as a Client within the last 36 months. |
| eFax | Utilities | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Altice USA, Inc./Cablevision Optimum | Utilities | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Suburban Carting Co. | Utilities | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Anna Aragona | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Zackaria Abdalla Bandak | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Marsha Barton | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Andrew Berkowitz | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Matthew Bavaro | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Ron Bochner | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Daryl Bohling | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Armando Caldera | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Estate of Louisa Bonanno | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Gail Henderson | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Krista Lebron | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| BioReference Laboratories, Inc. | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Mace Bateman | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Francis Carbonneau | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Sean DeMarco | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Jorge M. Fernandez, Jr. and | Litigation | Not in Chapman's conflicts database as |

| | | |
|---|---|---|
| Hector J. Valdes | | a Client within the last 36 months. |
| Emory Grauberger | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Edgar Gutierrez | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Kaesha Gaye Camilia Henry | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Ashley Jilek and Latorrie Glover-Brown | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Traci Diana Julin | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Brian Lanouette | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Prescott Lovern,Sr. | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Misty Marler | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Johanna A. Mayer | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Mark Meisel, Zakaria Haque, Robert Oswald, Lori Weinrib, Robert Corwin, and Cindy Farber | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Gale Mills | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Leidy A Acosta Montan | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Nuvei Technologies | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| LaBena Oatis | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Colquitt Pickett | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Robert Oswald, Mary Beth Kerns, Marcia Sorin-Rosenthal and Stephen Rosenthal | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Julio Antonio Perez Vieyra | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Deanna Rahill | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Tatyana Schulman | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Rosa Villarreal | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Paula Worthey | Litigation | Not in Chapman's conflicts database as |

| | | |
|---|---|---|
| | | a Client within the last 36 months. |
| Anna Aragona | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Lana Wilk | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Ritzie Key | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Patrick Rogge | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Daniel Ryan | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Melissa Ryan | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Mark Johnston | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Noel Benadom | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Eric Cinelli | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Joanna Eggins | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Satoria Monlyn | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Matthew Webb | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Cheryl Chuha | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Brandon Laughlin | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Caleb Dirrim | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Denise Brown-Wells | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Gina Allende | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Morgan Ottmann | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| David Finch | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Gene Hively | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Mohamad Mohamad | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Elizabeth Hollway | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Glenn French | Litigation | Not in Chapman's conflicts database as |

| | | a Client within the last 36 months. |
|---|---|---|
| Clyde Freeman | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Tim Collinsworth | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Erickson J. Ocasio | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Amanda Hayhurst | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |
| Donetta Huffman | Litigation | Not in Chapman's conflicts database as a Client within the last 36 months. |