CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Proposed Counsel for the Debtor and
Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Retrieval-Masters Creditors Bureau, Inc.,[1] | : | Case No. 19-23185 (RDD) |
| | : | |
| Debtor. | : | |

--------------------------------------------------------x

## AMENDED DECLARATION OF RICHARD WEINBERG IN SUPPORT OF APPLICATION FOR AN ORDER: (I) TO RETAIN AND EMPLOY MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. AS SPECIAL REGULATORY COUNSEL, EFFECTIVE NUNC PRO TUNC TO THE PETITION DATE; AND (II) GRANTING CERTAIN RELATED RELIEF

---

[1]  The last four digits of the Debtor's taxpayer identification number is 9495.  The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

In re                                                    :    Chapter 11
                                                         :
Retrieval-Masters Creditors Bureau, Inc.,[1]             :    Case No. 19-23185 (RDD)
                                                         :
                        Debtor.                          :

------------------------------------------------------x

## AMENDED DECLARATION OF RICHARD WEINBERG

Pursuant to section 327(e) of title 11 of the United States Code (the "Bankruptcy Code"),

Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule

2014-1 of the Local Rules for the United States Bankruptcy Court Southern District of New York

(the "Local Bankruptcy Rules"), Richard Weinberg, being duly sworn, deposes and says:

1.      I am an attorney at law admitted and in good standing to practice in the State of

New York and before the United States District Courts for the Southern and Eastern Districts of

New York.

2.      I am a partner of the law firm of Morvillo Abramowitz Grand Iason & Anello P.C.

("Morvillo Abramowitz") and am duly authorized to make this Declaration on behalf of Morvillo

Abramowitz. I make this Declaration in support of the Application For an Order (I) to Retain and

Employ Morvillo Abramowitz as Special Regulatory Counsel, *Nunc Pro Tunc* as of the Petition

Date; and (II) Granting Certain Related Relief (the "Application").[2]  This Declaration complies

with sections 327(e) of the Bankruptcy Code and Bankruptcy Rules 2014(a) concerning the

proposed retention of Morvillo Abramowitz as special regulatory counsel and provides a

---

[1]      The last four digits of the Debtor's taxpayer identification number is 9495. The location of the Debtor's
service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523.
The Debtor also does business as American Medical Collection Agency.

[2]      Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

disclosure of compensation paid or promised to Morvillo Abramowitz in connection therewith. The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

## Morvillo Abramowitz's Qualifications

3.      Morvillo Abramowitz is well qualified to serve as special regulatory counsel in this chapter 11 case pursuant to section 327(e) of the Bankruptcy Code.[3]  Morvillo Abramowitz is a professional services firm of approximately 40 attorneys, representing clients in a variety of industries and has significant experience in addressing requests for information from state and federal government agencies.

4.      Morvillo Abramowitz has already gained familiarity with the Debtor's business in the days prior to the Petition Date, and in the days since.  Accordingly, Morvillo Abramowitz has developed substantial knowledge regarding the Debtor and the various issues it faces that will result in effective representation of the Debtor in its chapter 11 case.

## Compensation and Fee Applications

5.      Subject to the Court's approval of this Application, Morvillo Abramowitz intends to: (a) charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered; and (b) seek reimbursement of actual and necessary out-of-pocket expenses.  The current rates for attorneys at Morvillo Abramowitz range between $470 and $975 per hour.  Such hourly rates may change from time to time in accordance with Morvillo Abramowitz's established billing practices and procedures.

---

[3]      Section 327(e) of the Bankruptcy Code authorizes a debtor to employ one or more attorneys to represent the debtor on specified special matters so long as those attorneys do not hold or represent an interest adverse to the estate with respect to the matters on which they are to be retained. *See* 11 U.S.C. §§ 327(e), 1106 and 1107.

Morvillo Abramowitz's hourly fees are comparable to those charged by attorneys of similar

experience and expertise for engagements of scope and complexity similar to this one and are,

therefore, reasonable.

6.      Morvillo intends to maintain detailed, contemporaneous time records and apply to

the Court for payment of compensation and reimbursement of expenses in accordance with the

applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy

Rules and any additional procedures that may be established by the Court in the Debtor's chapter

11 case. Morvillo Abramowitz has agreed to accept as compensation such sums as may be

allowed by the Court. Morvillo Abramowitz understands that fee awards are subject to approval

by this Court.

## Disclosure Concerning Lack of Interest Adverse to the Debtor

7.      The Debtor has provided Morvillo Abramowitz with a list of the names of

individuals or institutions in the following categories (collectively, the "Interested Parties"):

| Schedule | Category |
|----------|----------|
| 1(a) | Debtor |
| 1(b) | Directors & Officers |
| 1(c) | Sole Equity Holder |
| 1(d) | Bankruptcy Judge |
| 1(e) | Clients and Vendors |
| 1(f) | Government & Regulatory |
| 1(g) | Insurance |
| 1(h) | Landlord |
| 1(i) | Lender |
| 1(j) | Litigation |
| 1(k) | Office of U.S. Trustee, S.D.N.Y. |
| 1(l) | Utilities |

8.      The identities of the Interested Parties are set forth on Schedule 1 hereto. To

check and clear potential conflicts of interest in these cases, as well as to determine all

"connections" (as such term is used in Bankruptcy Rule 2014) to the Debtor, its creditors, other

parties in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed by the U.S. Trustee, Morvillo Abramowitz researched its client database for the past three years to determine whether it had any relationships with the Interested Parties. To the extent that Morvillo Abramowitz's research of its relationships with the Interested Parties indicates that Morvillo Abramowitz has represented in the past three years, or currently represents, any of these entities, the identities of these entities and such entities' relationship to the Debtor and connection to Morvillo Abramowitz are set forth in Schedule 2 hereto.

9.      To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Morvillo Abramowitz, nor any partner or associate thereof, has any connection with the Debtor, its creditors, the U.S. Trustee or any other parties with an actual or potential interest in this chapter 11 case or their respective attorneys or accountants.

10.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Morvillo Abramowitz, nor any partner or associate thereof, has nor represents an interest materially adverse to the interest of the Debtor or its estate or of any class of creditors or its equity security holder, by reason of any direct or indirect relationship to, connection with or interest in, the Debtor or for any other reason as required by section 327(e) of the Bankruptcy Code.

11.     If Morvillo Abramowitz discovers additional information that requires disclosure, Morvillo Abramowitz will file supplemental disclosures with the Court.

**Compensation Disclosure**

12.     Prior to the Petition Date, Morvillo Abramowitz received an initial retainer in the amount of $50,000.00 on June 13, 2019 (the "Retainer"). Prior to the Petition Date, Morvillo

Abramowitz accrued not more than $50,000 in time charges related to its representation of the

Debtor. Following Court approval of the Application, Morvillo Abramowitz intends to apply a

portion of the Retainer against such prepetition fees. Further, Morvillo Abramowitz will

continue to apply the Retainer against its postpetition fees and expenses. Any portion of the

Retainer that remains unapplied upon the conclusion of this chapter 11 case will be applied by

Morvillo Abramowitz against its remaining unpaid fees and expenses allowed by the Court, with

any excess to be returned to the Debtor's estate.

      13.    To the best of my knowledge and belief, insofar as I have been able to ascertain

after reasonable inquiry, neither I nor Morvillo Abramowitz, nor any partner or associate thereof,

has received or been promised any compensation for legal services rendered or to be rendered in

any capacity in connection with the Debtor's chapter 11 case, other than as permitted by the

Bankruptcy Code. Morvillo Abramowitz has not agreed to share compensation received in

connection with these cases with any other person, except as permitted by section 504(b) of the

Bankruptcy Code and Bankruptcy Rule 2016(b) in respect of the sharing of compensation among

Morvillo Abramowitz partners.

Dated: September **5**, 2019
      New York, New York

                     By: _Richard Weinberg_

## **Updated Schedule 1**

List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtor |
| 1(b) | Directors & Officers |
| 1(c) | Sole Equity Holder |
| 1(d) | Bankruptcy Judge |
| 1(e) | Clients and Vendors |
| 1(f) | Government & Regulatory |
| 1(g) | Insurance |
| 1(h) | Landlord |
| 1(i) | Lender |
| 1(j) | Litigation |
| 1(k) | Office of U.S. Trustee, S.D.N.Y. |
| 1(l) | Utilities |

## **Schedule 1(a)**

### **Debtor**

Retrieval-Masters Creditors Bureau, Inc.
        also known as American Medical Collection Agency

## **Schedule 1(b)**

### **Directors & Officers**

Russell Fuchs
Jeffrey Wollman
Bradley Scher

## **Schedule 1(c)**

### **Sole Equity Holder**

Russell Fuchs

## **Schedule 1(d)**

### **Bankruptcy Judge**

Honorable Robert D. Drain

**Schedule 1(e)**

**Clients and Vendors**

IBM
Cup A Jo Coffee Solutions
Wells Fargo Vendor Fin Serv
Service Express
Verizon Wireless
Vanguard Cleaning Systems
Suburban Caring Comnpany
ProShred
Pitney Bowes Global Financial Services
Pitney Bowes Global Financial Services
MacKinney Systems
Lexis Nexis
Konica Minolta Premier Finance
Lightpath (now Altice)
Connectivity Systems
Microsoft
Oxford Insurance
Allied Administrators for Delta Dental
EndPoint
Apex
Charles River Associates
Clearbrook Cross  LLC
American Express Card
Jet Blue Mastercard
Twilio
Windstream
Percona
efax.com
Adobe
New Relic
Godady.com
Nuvei
Worldpay
Jack henry Associates
PCI
EPIQ
ExpertSource
Paylocity
ABM Air Conditioning and Heating
Bank of America
Dynacare Seattle
Genzyme

Laboratory Corporation of America
U.S. Labs
Conduent/ New Jersey Turnpike Authority
Clinical Pathology Associates
Clinical Pathology labs Seconds
Mason Shoe Company
Swiss Colony
American Esoteric Labs
CareCentrix
Quest Diagnostics Inc. ( Ameripath)
Quest Diagnostics, Inc.
Quest Diagnostics (Dermpath)
Quest Diagnostics Inc. ( Athena Diagnostics)
Quest Diagnostics, Inc (Clear Point Diagnostic Labs)
Quest Diagnostics Inc. (Med Fusion LLC)
Accurate Medical Lab
Acupath Laboratories Inc
Almeida Oil Company Inc.
Aloha Laboratories
American Traffic Solutions
Americas Test Kitchen
Austin Pathology Associates
Direct Wines
Arizona Dermatopathology
Avis Car Rentals Inc.
AW Pathology
Bayside Laboratories Inc.
Bio Corp Clinical Lab
Bio-Path Medical Group
Bio Reference Labs
Bakersfield Memorial Lab
Bostwick Laboratories
Bronx Lebanon Hospital
Burke Rehabilitation & Research
Camillus Surgery Center
Cape Regional Medical Center
Catalina Skin Institute
CBL Path
Centrex Labs
Cohen Dermatopathology Associates
Converge Diagnostics
Discount Energy Group
Wisconsin Diagnostics Laboratories
E Burnham Cosmetics
Elite Dental Associates
Empire Medical Labs

Fairfax Medical Lab
Falcon Stamp Company
GR Communication Solutions
Guthy Renker
Gyn Path Services
Harlequin
Highlights
Hosiery Corporation of America
Institute of Childrens Literature
International Masters Publishers
Internal Medicine Associates
Integrated Regional Labs
Jamestown Stamp Company
Laboratory of Dermatopathology
Laboratory Medicine Consultants
Lakewood Pathology Associates
Lenox
Lipozene ( Continuity Products)
Littleton Coin Company
Magazineline
Mercy Healthcare lab
Metroplex Pathology Associates
Midwood Ambulance Service
Miraca Life Sciences
Monogram Labs
Mount Sinai Pathology
Masterbuilt
North American Membership Group
Natera Inc
National Geographic
Neuro Alert
National Medical Billing Services ( Multiple Health Providers)
North Ridge Hospital
NTD Labs/Perkin Elmer
Pathology Solutions
PCA South East
Pinnacle Credit Services
Positive Image Prosthetics & Orthotics Inc
Pulmonology & Sleep Center
Relax Holistic
Robert L Cristofaro MD & John M Nelson MD PC
Rodale
Savvier
Seacoast Pathology Inc.
Signature Genomic Lab
Sleeping Well

Solstas Lab Partners Seconds
New York Spine Institute
South Texas Dermatopathology
St Joseph Hospital Lab
Sunrise Medical Labs
The Book Store
Twin Cities Dermatopathology
Therapath Partners LLC
Austin Pathology Associates
Transmonde
Vibrant America Clinical Lab
Value Web/Cybergate
Verde Energy
Verinata Health/Perkin Elmer
VERO LP
Video Gold
Village Apothecary Inc
West Hills
Western Pathology
Westgate Skin & Cancer
Penobscot Community Health Care
Penobscot Community Dental Center
Optum360, LLC

## Schedule 1(f)

### Government & Regulatory

State of Alabama – Office of the Attorney General
State of Alaska – Office of the Attorney General
State of Arizona – Office of the Attorney General
State of Arkansas – Office of the Attorney General
State of California – Office of the Attorney General
State of Colorado – Office of the Attorney General
State of Connecticut – Office of the Attorney General
State of Delaware – Office of the Attorney General
State of Florida – Office of the Attorney General
State of Georgia – Office of the Attorney General
State of Hawaii – Department of the Attorney General
State of Hawaii – Office of Consumer Protection
State of Idaho – Office of the Attorney General
State of Illinois – Office of the Attorney General
State of Indiana – Office of the Attorney General
State of Iowa – Office of the Attorney General
State of Kansas – Office of the Attorney General
Commonwealth of Kentucky – Office of the Attorney General
State of Louisiana – Office of the Attorney General
State of Maine – Office of the Attorney General
State of Maryland – Office of the Attorney General
Commonwealth of Massachusetts – Office of the Attorney General
Massachusetts Division of Banks
State of Michigan – Department of the Attorney General
State of Minnesota – Office of the Attorney General
State of Mississippi – Office of the Attorney General
State of Missouri – Office of the Attorney General
State of Montana – Office of the Attorney General
Montana Department of Justice
State of Nebraska – Office of the Attorney General
State of Nevada – Office of the Attorney General
State of New Hampshire – Office of the Attorney General
State of New Jersey – Office of the Attorney General
Office of the New Jersey Attorney General
State of New Mexico – Office of the Attorney General
State of New York – Office of the Attorney General
State of North Carolina – Office of the Attorney General
North Carolina Department of Justice
State of North Dakota – Office of the Attorney General
State of Ohio – Office of the Attorney General
State of Oklahoma – Office of the Attorney General
State of Oregon – Office of the Attorney General

Oregon Department of Justice
Commonwealth of Pennsylvania – Office of the Attorney General
State of Rhode Island – Office of the Attorney General
State of South Carolina – Office of the Attorney General
State of South Dakota – Office of the Attorney General
State of Tennessee – Office of the Attorney General
State of Texas – Office of the Attorney General
State of Utah – Office of the Attorney General
State of Vermont – Office of the Attorney General
Commonwealth of Virginia – Office of the Attorney General
State of Washington – Office of the Attorney General
State of West Virginia – Office of the Attorney General
State of Wisconsin – Office of the Attorney General
State of Wyoming – Office of the Attorney General
District of Columbia – Office of the Attorney General
National Association of Attorneys General
Internal Revenue Service

## **Schedule 1(g)**

### **Insurance**

Peerless Insurance Company/Excelsior Insurance Company
Starr International Company, Inc.
Liberty Mutual Insurance Company/Ironshore
American Financial Group/Great American Insurance Company

## Schedule 1(h)

### Landlord

Mack-Cali CW Realty Associates L.L.C.

## **Schedule 1(i)**

**Lender**

Russell Fuchs

## Schedule 1(j)

### Litigation

Anna Aragona
Zackaria Abdalla Bandak
Marsha Barton
Andrew Berkowitz
Matthew Bavaro
Ron Bochner
Daryl Bohling
Armando Caldera
Estate of Louisa Bonanno
Gail Henderson
Krista Lebron
BioReference Laboratories, Inc.
Mace Bateman
Francis Carbonneau
Sean DeMarco
Jorge M. Fernandez, Jr. and Hector J. Valdes
Emory Grauberger
Edgar Gutierrez
Kaesha Gaye Camilia Henry
Ashley Jilek and Latorrie Glover-Brown
Traci Diana Julin
Brian Lanouette
Prescott Lovern,Sr.
Misty Marler
Johanna A. Mayer
Mark Meisel, Zakaria Haque, Robert Oswald, Lori Weinrib, Robert Corwin, and Cindy Farber
Gale Mills
Leidy A Acosta Montan
Nuvei Technologies
LaBena Oatis
Colquitt Pickett
Robert Oswald, Mary Beth Kerns, Marcia Sorin-Rosenthal and Stephen Rosenthal
Julio Antonio Perez Vieyra
Deanna Rahill
Tatyana Schulman
Rosa Villarreal
Paula Worthey
Lana Wilk
Ritzie Key
Patrick Rogge
Daniel Ryan
Melissa Ryan

Mark Johnston
Noel Benadom
Eric Cinelli
Joanna Eggins
Satoria Monlyn
Matthew Webb
Cheryl Chuha
Brandon Laughlin
Caleb Dirrim
Denise Brown-Wells
Gina Allende
Morgan Ottmann
David Finch
Gene Hively
Mohamad Mohamad
Elizabeth Hollway
Glenn French
Clyde Freeman
Tim Collinsworth
Erickson J. Ocasio
Amanda Hayhurst
Donetta Huffman

## Schedule 1(k)

**Office of U.S. Trustee, S.D.N.Y.**

Harrington, William K.
Linda A. Riffkin
Victor Abriano
Susan Arbeit
Maria Catapano
Danny A. Choy
Benjamin J. Higgins
Nadkarni Joseph
Brian S. Masumoto
Ercilia A. Mendoza
Mary V. Moroney
Richard C. Morrissey
Serene Nakano
Cheuk M. Ng
Ilusion Rodriguez
Andrea B. Schwartz
Paul K. Schwartzberg
Shannon Scott
Sylvester Sharp
Andy Velez-Rivera
Greg M. Zipes

**Schedule 1(l)**

**Utilities**

Con Edison of New York
Cablevision Lightpath, Inc.
Twilio
Broadview Networks
eFax
Altice USA, Inc./Cablevision Optimum
Suburban Carting Co.

**UPDATED SCHEDULE 2**[1]

| Entity Name | Type | Conflicts Search Result |
|---|---|---|
| IBM | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Cup A Jo Coffee Solutions | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Wells Fargo Vendor Fin Serv | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Service Express | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Verizon Wireless | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Vanguard Cleaning Systems | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Suburban Caring Company | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| ProShred | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Pitney Bowes Global Financial Services | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| MacKinney Systems | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Lexis Nexis | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Konica Minolta Premier Finance | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Lightpath (now Altice) | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |

---

[1] As used in this **Schedule 2**, "MAGIA" refers to Morvillo Abramowitz.

| Connectivity Systems | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Microsoft | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Oxford Insurance | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Allied Administrators for Delta Dental | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| EndPoint | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Apex | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Charles River Associates | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Clearbrook Cross  LLC | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| American Express Card | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Jet Blue Mastercard | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Twilio | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Windstream | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Percona | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| efax.com | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Adobe | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| New Relic | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
|---|---|---|
| Godady.com | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Nuvei | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Worldpay | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Jack henry Associates | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| PCI | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| EPIQ | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| ExpertSource | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Paylocity | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| ABM Air Conditioning and Heating | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Bank of America | Vendor | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Dynacare Seattle | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Genzyme | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Laboratory Corporation of America | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| U.S. Labs | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| | | |
|---|---|---|
| Conduent/ New Jersey Turnpike Authority | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Clinical Pathology Associates | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Clinical Pathology labs Seconds | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Mason Shoe Company | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Swiss Colony | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| American Esoteric Labs | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| CareCentrix | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Quest Diagnostics Inc. (Ameripath) | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Quest Diagnostics, Inc. | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Quest Diagnostics (Dermpath) | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Quest Diagnostics Inc. (Athena Diagnostics) | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Quest Diagnostics, Inc. (Clear Point Diagnostic Labs) | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Quest Diagnostics Inc. (Med Fusion LLC) | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Accurate Medical Lab | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Acupath Laboratories Inc. | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| | | |
|---|---|---|
| Almeida Oil Company Inc. | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Aloha Laboratories | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| American Traffic Solutions | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Americas Test Kitchen | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Austin Pathology Associates | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Direct Wines | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Arizona Dermatopathology | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Avis Car Rentals Inc. | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| AW Pathology | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Bayside Laboratories Inc. | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Bio Corp Clinical Lab | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Bio-Path Medical Group | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Bio Reference Labs | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Bakersfield Memorial Lab | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Bostwick Laboratories | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
|---|---|---|
| Bronx Lebanon Hospital | | |
| Burke Rehabilitation & Research | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Camillus Surgery Center | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Cape Regional Medical Center | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Catalina Skin Institute | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| CBL Path | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Centrex Labs | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Cohen Dermatopathology Associates | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Converge Diagnostics | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Discount Energy Group | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Wisconsin Diagnostics Laboratories | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| E Burnham Cosmetics | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Elite Dental Associates | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Empire Medical Labs | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Fairfax Medical Lab | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| Falcon Stamp Company | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
|---|---|---|
| GR Communication Solutions | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Guthy Renker | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Gyn Path Services | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Harlequin | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Highlights | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Hosiery Corporation of America | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Institute of Childrens Literature | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| International Masters Publishers | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Internal Medicine Associates | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Integrated Regional Labs | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Jamestown Stamp Company | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Laboratory of Dermatopathology | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Laboratory Medicine Consultants | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Lakewood Pathology Associates | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
|---|---|---|
| Lenox | | |
| Lipozene ( Continuity Products) | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Littleton Coin Company | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Magazineline | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Mercy Healthcare lab | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Metroplex Pathology Associates | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Midwood Ambulance Service | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Miraca Life Sciences | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Monogram Labs | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Mount Sinai Pathology | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Masterbuilt | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| North American Membership Group | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Natera Inc | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| National Geographic | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Neuro Alert | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| National Medical Billing Services ( Multiple Health Providers) | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| North Ridge Hospital | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| NTD Labs/Perkin Elmer | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Pathology Solutions | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| PCA South East | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Pinnacle Credit Services | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Positive Image Prosthetics & Orthotics Inc | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Pulmonology & Sleep Center | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Relax Holistic | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Robert L Cristofaro MD & John M Nelson MD PC | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Rodale | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Savvier | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Seacoast Pathology Inc. | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Signature Genomic Lab | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Sleeping Well | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| | | |
|---|---|---|
| Solstas Lab Partners Seconds | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| New York Spine Institute | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| South Texas Dermatopathology | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| St Joseph Hospital Lab | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Sunrise Medical Labs | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| The Book Store | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Twin Cities Dermatopathology | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Therapath Partners LLC | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Austin Pathology Associates | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Transmonde | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Vibrant America Clinical Lab | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Value Web/Cybergate | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Verde Energy | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Verinata Health/Perkin Elmer | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| VERO LP | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| | | |
|---|---|---|
| Video Gold | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Village Apothecary Inc | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| West Hills | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Western Pathology | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Westgate Skin & Cancer | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Penobscot Community Health Care | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Penobscot Community Dental Center | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Optum360, LLC | Client | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Retrieval-Masters Creditors Bureau, Inc. | Debtor | Client in present matter. |
| American Medical Collection Agency | Debtor | Client in present matter. |
| Russell Fuchs | D&O | No connection apart from present matter. |
| Jeffrey Wollman | D&O | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Bradley Scher | D&O | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Robert D. Drain | Judge | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Alabama – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Alaska – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| | | |
|---|---|---|
| State of Arizona – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Arkansas – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of California – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Colorado – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Connecticut – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Delaware – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Florida – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Georgia – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Hawaii – Department of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Hawaii – Office of Consumer Protection | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Idaho – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Illinois – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Indiana – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Iowa – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Kansas – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| Commonwealth of Kentucky – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Louisiana – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Maine – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Maryland – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Commonwealth of Massachusetts – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Massachusetts Division of Banks | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Michigan – Department of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Minnesota – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Mississippi – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Missouri – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Montana – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Montana Department of Justice | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Nebraska – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Nevada – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of New Hampshire – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| State of New Jersey – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
|---|---|---|
| Office of the New Jersey Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of New Mexico – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of New York – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of North Carolina – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| North Carolina Department of Justice | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of North Dakota – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Ohio – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Oklahoma – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Oregon – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Oregon Department of Justice | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Commonwealth of Pennsylvania – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Rhode Island – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of South Carolina – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of South Dakota – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| State of Tennessee – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
|---|---|---|
| State of Texas – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Utah – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Vermont – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Commonwealth of Virginia – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Washington – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of West Virginia – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Wisconsin – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| State of Wyoming – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| District of Columbia – Office of the Attorney General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| National Association of Attorneys General | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Internal Revenue Service | Gov. & Regulatory | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Peerless Insurance Company/Excelsior Insurance Company | Insurance | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Starr International Company, Inc. | Insurance | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Liberty Mutual Insurance Company/Ironshore | Insurance | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| American Financial Group/Great American Insurance Company | Insurance | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Mack-Cali CW Realty Associates L.L.C. | Landlord | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Harrington, William K. | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Linda A. Riffkin | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Victor Abriano | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Susan Arbeit | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Maria Catapano | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Danny A. Choy | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Benjamin J. Higgins | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Nadkarni Joseph | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Brian S. Masumoto | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Ercilia A. Mendoza | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Mary V. Moroney | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Richard C. Morrissey | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Serene Nakano | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| | | |
|---|---|---|
| Cheuk M. Ng | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Ilusion Rodriguez | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Andrea B. Schwartz | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Paul K. Schwartzberg | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Shannon Scott | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Sylvester Sharp | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Andy Velez-Rivera | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Greg M. Zipes | UST | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Con Edison of New York | Utilities | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Cablevision Lightpath, Inc. | Utilities | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Twilio | Utilities | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Broadview Networks | Utilities | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| eFax | Utilities | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Altice USA, Inc./Cablevision Optimum | Utilities | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Suburban Carting Co. | Utilities | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| | | |
|---|---|---|
| Anna Aragona | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Zackaria Abdalla Bandak | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Marsha Barton | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Andrew Berkowitz | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Matthew Bavaro | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Ron Bochner | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Daryl Bohling | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Armando Caldera | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Estate of Louisa Bonanno | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Gail Henderson | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Krista Lebron | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| BioReference Laboratories, Inc. | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Mace Bateman | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Francis Carbonneau | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| CareCentrix | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| | | |
|---|---|---|
| Sean DeMarco | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Jorge M. Fernandez, Jr. and Hector J. Valdes | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Emory Grauberger | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Edgar Gutierrez | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Kaesha Gaye Camilia Henry | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Ashley Jilek and Latorrie Glover-Brown | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Traci Diana Julin | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| LabCorp | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Brian Lanouette | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Prescott Lovern,Sr. | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Misty Marler | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Johanna A. Mayer | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Mark Meisel, Zakaria Haque, Robert Oswald, Lori Weinrib, Robert Corwin, and Cindy Farber | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Gale Mills | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Leidy A Acosta Montan | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| | | |
|---|---|---|
| Nuvei Technologies | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| LaBena Oatis | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Colquitt Pickett | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Robert Oswald, Mary Beth Kerns, Marcia Sorin-Rosenthal and Stephen Rosenthal | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Julio Antonio Perez Vieyra | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Deanna Rahill | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Tatyana Schulman | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Rosa Villarreal | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Paula Worthey | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Lana Wilk | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Ritzie Key | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Patrick Rogge | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Daniel Ryan | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Melissa Ryan | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Mark Johnston | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| Noel Benadom | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Eric Cinelli | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Joanna Eggins | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Satoria Monlyn | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Matthew Webb | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Cheryl Chuha | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Brandon Laughlin | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Caleb Dirrim | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Denise Brown-Wells | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Gina Allende | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Morgan Ottmann | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| David Finch | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Gene Hively | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Mohamad Mohamad | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Elizabeth Hollway | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |

| | | |
|---|---|---|
| Glenn French | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Clyde Freeman | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Tim Collinsworth | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Erickson J. Ocasio | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Amanda Hayhurst | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |
| Donetta Huffman | Litigation | Not in MAGIA's conflicts database as a Client within the last 36 months. |