CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Proposed Counsel for the Debtor and*
*Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :   Chapter 11
                                                            :
Retrieval-Masters Creditors Bureau, Inc.,[1]                :   Case No. 19-23185 (RDD)
                                                            :
                    Debtor.                                 :
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )
COUNTY OF NEW YORK  )

Patricia A. Wright, being duly sworn, deposes and says: I am over the age of eighteen years, am employed by Chapman and Cutler LLP and am not a party to the action herein.

---

[1]   The last four digits of the Debtor's taxpayer identification number are 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

4817-6388-1124
7022536

On September 5, 2019, I caused to be served by electronic service a true copy of the following documents upon those parties listed on the attached *Exhibit A - Email Service List:*

1. Updated Schedules to Declaration of Steven Wilamowsky in Support of the Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Chapman and Cutler LLP as Attorneys for the Debtor, Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 123];

2. Revised Proposed Order Authorizing the Retention and Employment of Chapman and Cutler LLP as Attorneys for the Debtor, Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 124];

3. Amended Declaration of Richard Weinberg in Support of Application for an Order: (I) to Retain and Employ Morvillo Abramowitz Grand Iason & Anello P.C. as Special Regulatory Counsel, Effective *Nunc Pro Tunc* to the Petition Date; and (II) Granting Certain Related Relief [Dkt. No. 125]; and

4. Revised Proposed Order Authorizing the Debtor to Retain and Employ Morvillo Abramowitz Grand Iason & Anello P.C. as Special Regulatory Counsel, Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 126].

_____
Patricia A. Wright

Sworn to before me this
6th day of September 2019

_____
Notary Public

WENDY F REINER
Notary Public - State of New York
NO. 01RE6232986
Qualified in Queens County
My Commission Expires 8/20/2022