Abigail Ryan
Texas Bar No. 24035956
Assistant Attorney General
Bankruptcy & Collection Division MC 008
P. O. Box 12548
Austin, TX   78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
abigail.ryan@oag.texas.gov

ATTORNEYS FOR THE STATE OF TEXAS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                :    CHAPTER 11
In re:                                                          :
                                                                :    Case No. 19-23185-rdd
RETRIEVAL-MASTERS CREDITORS                                     :
BUREAU, INC.,                                                   :
                                                                :
                                                                :
        Debtors.                                                :
---------------------------------------------------------------x

## AFFIDAVIT OF ELIZABETH A. MARTIN

STATE OF TEXAS      §
                    §
COUNTY OF TRAVIS    §

I, Elizabeth A. Martin, make this Affidavit and hereby state the following:

1.      I am over 18 years of age, of sound mind, and competent to make this Affidavit.

2.      The facts stated in this Affidavit are within my personal knowledge and are true and correct.

3.      I serve as a Legal Assistant at the Texas Attorney General's Office, Bankruptcy & Collections Division in Austin, Texas. In that capacity, I state the following:

4.      On September 6, 2019, I reviewed the docket of the above referenced bankruptcy proceeding via Public Access to Court Electronic Records (PACER).  The website can be found

EXHIBIT A

-1-

here: https://pacer.login.uscourts.gov/csologin/login.jsf?appurl=https://pcl.uscourts.gov/search

5. After a thorough review of the docket, it seems that the Debtor did not give notice of the bankruptcy filing to the 7 million consumers to whom the data breach notices were sent.

6. Attached are true and correct copies of the docket.

7. I declare under penalty of perjury that the foregoing is true and correct.

8. Further Affiant sayeth not.

/s/ Elizabeth A. Martin
Elizabeth A. Martin

THE STATE OF TEXAS    §
                     §
COUNTY OF TRAVIS     §

BEFORE ME, the undersigned authority, on this day personally appeared Elizabeth Martin, who being duly sworn, upon her oath states that she has personal knowledge of the facts set forth in the forgoing affidavit and is duly authorized to make such affidavit, and that all the facts stated herein are true and correct.

SUBSCRIBED AND SWORN TO before me this 6th day of September 2019.

SHANNON BENSON
Notary Public-State of Texas
Notary ID #129614069
Commission Exp. APR. 16, 2022
Notary without Bond

Shannon Benson
Notary Public in and for the State of Texas

PENAP

# U.S. Bankruptcy Court
## Southern District of New York (White Plains)
## Bankruptcy Petition #: 19-23185-rdd

*Date filed:* 06/17/2019
*341 meeting:* 08/06/2019

*Assigned to:* Judge Robert D. Drain
Chapter 11
Voluntary
Asset

*Debtor*
**Retrieval-Masters Creditors Bureau, Inc.**
PO Box 160
Elmsford, NY 10523
WESTCHESTER-NY
Tax ID / EIN: 13-2919495
*aka* American Medical Collection Agency

represented by **Steven Wilamowsky**
Chapman and Cutler LLP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020
(212) 655-6000
Fax : (212) 697-7210
Email: wilamowsky@chapman.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500

represented by **Serene K. Nakano**
U.S. Department of Justice
U.S. Trustee's Office
U.S. Federal Office Building
201 Varick St., Room 1006
New York, NY 10014
(212) 510-0500
Fax : (212) 668-2255
Email: serene.nakano@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 06/17/2019 | 1 (25 pgs) | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Chapter 11 Plan due by 10/15/2019, Disclosure Statement due by 10/15/2019, Initial Case Conference due by 7/17/2019, Filed by Steven Wilamowsky of Chapman and Cutler LLP on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 06/17/2019) |
| 06/17/2019 | | Receipt of Voluntary Petition (Chapter 11)( 19-23185) [misc,824] (1717.00) Filing Fee. Receipt number A13269261. Fee amount 1717.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 06/17/2019) |
| 06/17/2019 | 2 (15 pgs) | Declaration *of Russell H. Fuchs Pursuant to Local Bankruptcy Rule 1007-2 And In Support Of "First Day" Motions* (related document(s)1) filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 06/17/2019) |

| | | |
|---|---|---|
| 06/17/2019 | [3](#) <br> (23 pgs) | Motion to Authorize /Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code: (A) for Order Authorizing and Approving Procedures for Managing Governmental Requests and/or Demands for Information; and (B) for an Emergency Order Enjoining Related Governmental Action Pending Court's Consideration of Such Procedures, and Granting Related Relief (related document(s)[1](#) filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 06/17/2019) |
| 06/17/2019 | [4](#) <br> (1 pg) | Notice of Appearance filed by Serene K. Nakano on behalf of United States Trustee. (Nakano, Serene) (Entered: 06/17/2019) |
| 06/17/2019 | [5](#) <br> (33 pgs) | Motion to Authorize /Debtor's Motion for Order Authorizing the Establishment of Certain Notice, Case Management, and Administrative Procedures filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 06/17/2019) |
| 06/17/2019 | [6](#) <br> (10 pgs) | Application to Extend Time to File Schedules /Debtor's Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 06/17/2019) |
| 06/17/2019 | [7](#) <br> (32 pgs) | Motion to Authorize /Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to Continue to Operate its Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 06/17/2019) |
| 06/17/2019 | [8](#) <br> (29 pgs) | Motion to Authorize /Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits Programs filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 06/17/2019) |
| 06/17/2019 | [9](#) <br> (9 pgs) | Motion to Shorten Time /Expedited Motion of Debtor For the Entry of an Order: (A) Scheduling an Expedited Hearing On and Shortening the Notice Period For the First Day Motions Filed by the Debtor; and (B) Approving the Form and Manner of Notice Thereof (related document(s)[3](#), [2](#), [7](#), [5](#), [6](#), [8](#)) filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 06/17/2019) |
| 06/17/2019 | [10](#) <br> (3 pgs) | Notice of Hearing /Notice of: (I) Filing of Motion of the Debtor For Order Scheduling Expedited Hearing On and Shortening the Notice Period For Certain First Day Motions; and (II) Hearing Date with hearing to be held on 6/21/2019 at 10:00 AM at Courtroom 118, White Plains Courthouse, (related document(s)[9](#) filed by Steven |

| | | |
|---|---|---|
| | | Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) Modified on 6/19/2019 (Correa, Mimi). (Entered: 06/17/2019) |
| 06/18/2019 | | Deficiencies Set: Section 521(i) Incomplete Filing Date: 8/1/2019. Schedule A/B due 7/1/2019. Schedule D due 7/1/2019. Schedule E/F due 7/1/2019. Schedule G due 7/1/2019. Schedule H due 7/1/2019. Summary of Assets and Liabilities due 7/1/2019. Statement of Financial Affairs due 7/1/2019. Atty Disclosure State. due 7/1/2019. Local Rule 1007-2 Affidavit due by: 7/1/2019. Incomplete Filings due by 7/1/2019. (Walker, Justin) (Entered: 06/18/2019) |
| 06/18/2019 | | Deficiencies Set: Section 521(i) Incomplete Filing Date: 8/1/2019. List of all creditors due 7/1/2019. List of All Creditors Required on Case Docket in PDF Format due 7/1/2019. Incomplete Filings due by 7/1/2019. (Walker, Justin) (Entered: 06/18/2019) |
| 06/18/2019 | 11 (3 pgs; 2 docs) | Notice of 341(a) Meeting of Creditors with 341(a) meeting to be held on 7/17/2019 at 01:30 PM at Office of UST (Room TBD, White Plains Courthouse). (Walker, Justin) (Entered: 06/18/2019) |
| 06/19/2019 | 12 (16 pgs) | Certificate of Service *of Petition and First Day Motions* (related document(s)3, 2, 9, 1, 7, 10, 5, 6, 8) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 06/19/2019) |
| 06/19/2019 | 13 (5 pgs) | Affidavit of Service *of Petition and First Day Motions* (related document(s)3, 2, 9, 1, 7, 10, 5, 6, 8) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 06/19/2019) |
| 06/19/2019 | 14 (4 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Aaron M. Krieger* filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Attachments: # 1 Pleading Proposed Order) (Wilamowsky, Steven) (Entered: 06/19/2019) |
| 06/19/2019 | | Receipt of Application for Pro Hac Vice Admission( 19-23185-rdd) [motion,122] ( 200.00) Filing Fee. Receipt number A13275062. Fee amount 200.00. (Re: Doc # 14) (U.S. Treasury) (Entered: 06/19/2019) |
| 06/20/2019 | 15 (3 pgs) | Notice of Appearance *and Demand for Notice and Papers* filed by William Hao on behalf of Optum360, LLC. (Hao, William) (Entered: 06/20/2019) |
| 06/20/2019 | 16 (3 pgs) | Application for Pro Hac Vice Admission *of William S. Sugden* filed by William S. Sugden on behalf of Optum360, LLC. (Sugden, William) (Entered: 06/20/2019) |
| 06/20/2019 | | Receipt of Application for Pro Hac Vice Admission( 19-23185-rdd) [motion,122] ( 200.00) Filing Fee. Receipt number A13276355. Fee amount 200.00. (Re: Doc # 16) (U.S. Treasury) (Entered: 06/20/2019) |

| | | |
|---|---|---|
| 06/20/2019 | 17<br>(3 pgs) | Affidavit of Service (related document(s)15) Filed by William Hao on behalf of Optum360, LLC. (Hao, William) (Entered: 06/20/2019) |
| 06/20/2019 | 18<br>(2 pgs) | Application for Pro Hac Vice Admission filed by Justin Clouser on behalf of State of Indiana. (Clouser, Justin) (Entered: 06/20/2019) |
| 06/20/2019 | 19<br>(3 pgs) | Notice of Appearance filed by Christopher R. Donoho III on behalf of Laboratory Corporation of America Holdings. (Donoho, Christopher) (Entered: 06/20/2019) |
| 06/20/2019 | | Receipt of Application for Pro Hac Vice Admission( 19-23185-rdd) [motion,122] ( 200.00) Filing Fee. Receipt number A13276716. Fee amount 200.00. (Re: Doc # 18) (U.S. Treasury) (Entered: 06/20/2019) |
| 06/20/2019 | 20<br>(2 pgs) | Application for Pro Hac Vice Admission filed by Heather M Crockett on behalf of State of Indiana. (Crockett, Heather) (Entered: 06/20/2019) |
| 06/20/2019 | | Receipt of Application for Pro Hac Vice Admission( 19-23185-rdd) [motion,122] ( 200.00) Filing Fee. Receipt number A13276896. Fee amount 200.00. (Re: Doc # 20) (U.S. Treasury) (Entered: 06/20/2019) |
| 06/20/2019 | 21<br>(1 pg) | Order signed on 6/20/2019 Granting William S. Sugden Admission to Practice Pro Hac Vice (Related Doc # 16). (Rai, Narotam) (Entered: 06/20/2019) |
| 06/20/2019 | 22<br>(4 pgs) | Notice of Appearance filed by Jordan Adler on behalf of New York State Attorney General's Office. (Adler, Jordan) (Entered: 06/20/2019) |
| 06/20/2019 | 23<br>(3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 11)) . Notice Date 06/20/2019. (Admin.) (Entered: 06/21/2019) |
| 06/21/2019 | 24<br>(5 pgs) | Affidavit of Service (related document(s)19) filed by Christopher R. Donoho III on behalf of Laboratory Corporation of America Holdings. (Donoho, Christopher) (Entered: 06/21/2019) |
| 06/21/2019 | 25<br>(2 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Jessica C.K. Boelter* filed by Jessica Boelter on behalf of Quest Diagnostics Inc.. (Attachments: # 1 Proposed Order) (Boelter, Jessica) (Entered: 06/21/2019) |
| 06/21/2019 | | Receipt of Application for Pro Hac Vice Admission( 19-23185-rdd) [motion,122] ( 200.00) Filing Fee. Receipt number A13278548. Fee amount 200.00. (Re: Doc # 25) (U.S. Treasury) (Entered: 06/21/2019) |
| 06/21/2019 | 26<br>(3 pgs) | Notice of Appearance *and Request for Notice and Service of Papers* filed by Jessica Boelter on behalf of Quest Diagnostics Inc.. (Boelter, Jessica) (Entered: 06/21/2019) |
| 06/22/2019 | 27<br>(1 pg) | Order Signed on 6/21/2019 Granting Application of Jessica C K Boelter, Esq. for Admission to Practice Pro Hac Vice (Related Doc # 25). (Li, Dorothy) (Entered: 06/22/2019) |

| | | |
|---|---|---|
| 06/22/2019 | [28](#) (1 pg) | Order Signed on 6/21/2019 Granting Application of Justin K Clouser, Esq. for Admission to Practice Pro Hac Vice (Related Doc # [18](#)) . (Li, Dorothy) (Entered: 06/22/2019) |
| 06/24/2019 | [29](#) (2 pgs) | Order signed on 6/24/2019 Granting Debtor's Motion For Entry of an Order (A) Scheduling an Expedited Hearing on and Shortening the Notice Period for the "First Day" Motions Filed by the Debtor and (B) Approving the Form and Manner of Notice Thereof (Related Doc # [9](#)), with hearing held on 6/21/2019 at 02:00 PM at Courtroom 118, White Plains Courthouse. (Correa, Mimi) (Entered: 06/24/2019) |
| 06/24/2019 | [30](#) (6 pgs) | Interim Order signed on 6/24/2019 Authorizing the Debtor to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits Programs (related document(s)[8](#)), with Final Hearing to be held on 7/16/2019 at 10:00 AM at Courtroom 118, White Plains Courthouse. (Correa, Mimi) (Entered: 06/24/2019) |
| 06/24/2019 | [31](#) (25 pgs) | Order signed on 6/24/2019 Granting Debtor's Motion for Order Authorizing the Establishment of Certain Notice, Case Management and Administrative Procedures (Related Doc # [5](#)). (Correa, Mimi) (Entered: 06/24/2019) |
| 06/24/2019 | [32](#) (8 pgs) | Interim Order signed on 6/24/2019 Authorizing the Debtor to Continue to Operate the Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms (related document(s)[7](#)), with Fina Hearing to be held on 7/16/2019 at 10:00 AM at Courtroom 118, White Plains Courthouse. (Correa, Mimi) (Entered: 06/24/2019) |
| 06/24/2019 | [33](#) (2 pgs) | Order signed on 6/24/2019 Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs (Related Doc # [6](#)). (Correa, Mimi) (Entered: 06/24/2019) |
| 06/24/2019 | [34](#) (1 pg) | Order signed on 6/24/2019 Granting Application for Pro Hac Vice Admission of Aaron M. Krieger to represent Retrieval-Masters Creditors Bureau, Inc. (Related Doc # [14](#)). (Correa, Mimi) (Entered: 06/24/2019) |
| 06/25/2019 | [35](#) (27 pgs) | Adversary case 19-08270. Complaint against Retrieval-Masters Creditors Bureau, Inc. (Fee Amount $ 350.). Nature(s) of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by Linda M. Tirelli on behalf of Lana Wilk. (Tirelli, Linda) (Entered: 06/25/2019) |
| 06/26/2019 | [36](#) (3 pgs; 2 docs) | Notice of Appearance *and Request for Notice Pursuant to Bankruptcy Rule 9010* filed by Nicholas A. Pasalides on behalf of Clearbrook Cross LLC. (Attachments: # [1](#) Affidavit of Service)(Pasalides, Nicholas) (Entered: 06/26/2019) |

| | | |
|---|---|---|
| 06/27/2019 | 37 (4 pgs; 3 docs) | Application for Pro Hac Vice Admission filed by Derek W. Edwards on behalf of Nuvei Technologies, Inc.. (Attachments: # 1 Exhibit A: Bar Admissions -- Derek W. Edwards # 2 Appendix Proposed Order) (Edwards, Derek) (Entered: 06/27/2019) |
| 06/27/2019 | | Receipt of Application for Pro Hac Vice Admission( 19-23185-rdd) [motion,122] ( 200.00) Filing Fee. Receipt number A13287888. Fee amount 200.00. (Re: Doc # 37) (U.S. Treasury) (Entered: 06/27/2019) |
| 06/27/2019 | 38 (3 pgs) | Affidavit of Service *of Electronic Service* (related document(s)32, 33, 31, 30) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 06/27/2019) |
| 06/27/2019 | 39 (25 pgs) | Motion for Approval of Adequate Assurance of Payment to Utility Services and Continuation of Service */Debtor's Motion For Order: (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services (II) Determining Adequate Assurance of Payment For Future Utility Services; and (III) Establishing Procedures For Determining Adequate Assurance of Payment* filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc. with hearing to be held on 7/16/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 7/9/2019,. (Wilamowsky, Steven) (Entered: 06/27/2019) |
| 06/27/2019 | 40 (4 pgs) | Certificate of Service (related document(s)32, 33, 31, 30) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 06/27/2019) |
| 06/28/2019 | | Pending Deadlines Terminated: Cred List Needed on Dkt. (Walker, Justin) (Entered: 06/28/2019) |
| 06/28/2019 | | Pending Deadlines Terminated: List of All Creditors. (Walker, Justin) (Entered: 06/28/2019) |
| 07/01/2019 | 41 (3 pgs) | Affidavit of Service *of Electronic Service* (related document(s)39) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/01/2019) |
| 07/01/2019 | 42 (5 pgs) | Certificate of Service (related document(s)39) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/01/2019) |
| 07/01/2019 | 43 (10 pgs) | Disclosure of Compensation of Attorney For Debtor (Rule 2016(b))-Form 2030 Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/01/2019) |
| 07/02/2019 | | Pending Deadline Terminated: Local Rule 1007-2 Afdt--FILED. (Correa, Mimi). (Entered: 07/02/2019) |
| 07/02/2019 | 44 (2 pgs) | Notice Appointing Creditors Committee filed by Serene K. Nakano on behalf of United States Trustee. (Nakano, Serene) (Entered: |

| | | |
|---|---|---|
| | | 07/02/2019) |
| 07/02/2019 | [45](#) (22 pgs) | Motion to Assume *Software Consulting Agreement with End Point Corporation* filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc. with hearing to be held on 7/16/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD). (Wilamowsky, Steven) (Entered: 07/02/2019) |
| 07/02/2019 | [46](#) (2 pgs) | Amended Notice of Meeting of Creditors filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. with 341(a) meeting to be held on 8/6/2019 at 02:30 PM at Office of UST (One Bowling Green, Fifth Floor, Room 511). (Wilamowsky, Steven) (Entered: 07/02/2019) |
| 07/02/2019 | 47 | [Terminated--See AP 19-8270 for Summons] Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 9/12/2019 at 10:00 AM at Courtroom 118, White Plains Courthouse, Answer due by 8/1/2019. (Rai, Narotam) Modified on 7/10/2019 (Correa, Mimi). (Entered: 07/02/2019) |
| 07/08/2019 | [48](#) (4 pgs) | Affidavit of Service *of Electronic Service* (related document(s)[46](#), [45](#)) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/08/2019) |
| 07/08/2019 | [49](#) (4 pgs) | Certificate of Service (related document(s)[45](#)) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/08/2019) |
| 07/08/2019 | [50](#) (13 pgs) | Certificate of Service (related document(s)[46](#)) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/08/2019) |
| 07/10/2019 | [51](#) (7 pgs) | Motion to Authorize/*Motion to Dismiss Debtor's Motion (A) for Order Authorizing and Approving Procedures for Managing Governmental Requests and/or Demands for Information; and (B) for an Emergency Order Enjoining Related Governmental Action Pending Court's Consideration of Such Procedures,* (related document(s)[3](#)) filed by Heather M Crockett on behalf of State of Indiana. (Crockett, Heather) Modified on 7/12/2019 (Correa, Mimi). (Entered: 07/10/2019) |
| 07/10/2019 | [52](#) (7 pgs) | Motion to Convert Chapter 11 Case to Chapter 7 *or in the Alternative, Appoint a Chapter 11 Trustee* filed by Heather M Crockett on behalf of State of Indiana. (Crockett, Heather) (Entered: 07/10/2019) |
| 07/10/2019 | | Receipt of Motion to Convert Case 11 to 7( [19-23185-rdd](#)) [motion,146] ( 15.00) Filing Fee. Receipt number A13307300. Fee amount 15.00. (Re: Doc # [52](#)) (U.S. Treasury) (Entered: 07/10/2019) |
| 07/11/2019 | [53](#) (1 pg) | Notice of Appearance *and Request for Notice* filed by Marvin E. Clements Jr. on behalf of TN Dept of Revenue. (Clements, Marvin) (Entered: 07/11/2019) |

| | | |
|---|---|---|
| 07/11/2019 | [54](#) (13 pgs) | Certificate of No Objection Pursuant to LR 9075-2 *Regarding Debtor's Motion For Order: (I) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Utility Services (II) Determining Adequate Assurance Of Payment For Future Utility Services; and (III) Establishing Procedures For Determining Adequate Assurance Of Payment* (related document(s)[39](#)) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/11/2019) |
| 07/11/2019 | [55](#) (14 pgs) | Certificate of No Objection Pursuant to LR 9075-2 *Regarding Motion Of Debtor Pursuant to 11 U.S.C. § 355(a), Fed. R. Bankr. P. 6006, And Local Rule 6006-1 To Assume Software Consulting Agreement With End Point Corporation* (related document(s)[45](#)) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/11/2019) |
| 07/11/2019 | [56](#) (2 pgs) | Notice of Hearing */ Notice of Establishment of Omnibus Hearing Dates Pursuant To Case Management Order Implementing Certain Notice And Case Management Procedures* filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/11/2019) |
| 07/12/2019 | [57](#) (2 pgs) | Amended Notice of Hearing */ Amended Notice of Establishment of Omnibus Hearing Dates Pursuant to Case Management Order Implementing Certain Notice and Case Management Procedures* (related document(s)[56](#)) filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/12/2019) |
| 07/12/2019 | [58](#) (73 pgs) | Application to Employ Chapman and Cutler LLP as Attorneys for the Debtor filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc. Responses due by 9/5/2019,. (Wilamowsky, Steven) (Entered: 07/12/2019) |
| 07/12/2019 | [59](#) (14 pgs; 2 docs) | Statement *Statements in Support of State of Indiana's Motion to Dismiss Debtor's Request for Relief* (related document(s)[51](#)) filed by Heather M Crockett on behalf of State of Indiana. (Attachments: # [1](#) Exhibit AG Letters) (Crockett, Heather) (Entered: 07/12/2019) |
| 07/12/2019 | [60](#) (12 pgs; 2 docs) | Statement *Statements in Support of State of Indiana's Motion to Convert to Chapter 7, or in the Alternative, Appoint a Chapter 11 Trustee* (related document(s)[52](#)) filed by Heather M Crockett on behalf of State of Indiana. (Attachments: # [1](#) Exhibit AG Letters) (Crockett, Heather) (Entered: 07/12/2019) |
| 07/12/2019 | [61](#) (6 pgs) | Statement *In Further Support of Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code for Order Authorizing and Approving Procedures for Managing Governmental Requests and/or Demands for Information* (related document(s)[3](#)) filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/12/2019) |

| | | |
|---|---|---|
| 07/12/2019 | [62](#) (4 pgs) | Notice of Agenda *of Matters Scheduled For Hearing on July 16, 2019 at 10:00 A.M.* (related document(s)[3](#), [39](#), [7](#), [45](#), [8](#)) filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. with hearing to be held on 7/16/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) (Wilamowsky, Steven) (Entered: 07/12/2019) |
| 07/13/2019 | [63](#) (10 pgs) | Objection to Motion (related document(s)[3](#)) filed by Heather M Crockett on behalf of State of Indiana. (Crockett, Heather) (Entered: 07/13/2019) |
| 07/15/2019 | [64](#) (4 pgs) | Affidavit of Service (related document(s)[55](#), [56](#), [54](#)) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/15/2019) |
| 07/15/2019 | [65](#) (3 pgs) | Affidavit of Service (related document(s)[57](#), [62](#), [61](#)) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/15/2019) |
| 07/15/2019 | 66 | [Refer to Doc. 67] Statement */Joinder of Optum360, LLC to State of Indiana's Motion to Convert to Chapter 7, or, in the Alternative, Appoint a Chapter 11 Trustee* (related document(s)[52](#)) filed by William Hao on behalf of Optum360, LLC. (Hao, William) Modified on 7/16/2019 (Correa, Mimi). (Entered: 07/15/2019) |
| 07/15/2019 | [67](#) (7 pgs) | Statement */Joinder of Optum360, LLC to State of Indiana's Motion to Convert to Chapter 7, or, in the Alternative, Appoint a Chapter 11 Trustee* (related document(s)[52](#)) filed by William Hao on behalf of Optum360, LLC. (Hao, William) (Entered: 07/15/2019) |
| 07/15/2019 | [68](#) (7 pgs) | Statement *Supplemental Statements in Support of State of Indiana's Motion to Dismiss Debtor's Request for Relief* (related document(s)[51](#)) filed by Heather M Crockett on behalf of State of Indiana. (Crockett, Heather) (Entered: 07/15/2019) |
| 07/15/2019 | [69](#) (5 pgs) | Statement *Supplemental Statements in Support of State of Indiana's Motion to Convert to Chapter 7, or in the Alternative, Appoint a Chapter 11 Trustee* (related document(s)[52](#)) filed by Heather M Crockett on behalf of State of Indiana. (Crockett, Heather) (Entered: 07/15/2019) |
| 07/15/2019 | [70](#) (5 pgs) | Statement *in Support of State of Indiana's Objection to Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code: (A) for Order Authorizing and Approving Procedures for Managing Governmental Requests and/or Demands for Information; and (B) for an Emergency Order Enjoining Related Governmental Action Pending Court's Consideration of Such Procedures, and Granting Related Relief* (related document(s)[63](#)) filed by Heather M Crockett on behalf of State of Indiana. (Crockett, Heather) (Entered: 07/15/2019) |
| 07/15/2019 | [71](#) (12 pgs) | Operating Report */ Corporate Monthly Operating Report for the Period of June 17, 2019 to June 30, 2019* Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. |

| | | |
|---|---|---|
| | | (Wilamowsky, Steven) (Entered: 07/15/2019) |
| 07/15/2019 | [72](#) (5 pgs) | Statement */Joinder of Quest Diagnostics Incorporated to the State of Indiana's Motion to Convert to Chapter 7 or, in the Alternative, Appoint a Chapter 11 Trustee* (related document(s)[52](#)) filed by Jessica Boelter on behalf of Quest Diagnostics Inc.. (Boelter, Jessica) (Entered: 07/15/2019) |
| 07/15/2019 | [73](#) (3 pgs) | Notice of Appearance *and Request for Service of Papers* filed by Keith Wofford on behalf of CareCentrix Inc.. (Wofford, Keith) (Entered: 07/15/2019) |
| 07/16/2019 | [74](#) (5 pgs) | Second Statement *in Support of State of Indiana's Motion to Dismiss Debtor's Request for Relief* (related document(s)[51](#)) filed by Heather M Crockett on behalf of State of Indiana. (Crockett, Heather) (Entered: 07/16/2019) |
| 07/16/2019 | [75](#) (4 pgs) | Statement *Second Supplemental Statement in Support of State of Indiana's Motion to Convert to Chapter 7, or in the Alternative, Appoint a Chapter 11 Trustee* (related document(s)[52](#)) filed by Heather M Crockett on behalf of State of Indiana. (Crockett, Heather) (Entered: 07/16/2019) |
| 07/16/2019 | [76](#) (3 pgs) | Order Signed on 7/16/2019 Granting Motion to Assume Software Consulting Agreement with End Point Corporation (Related Doc # [45](#)). (Li, Dorothy) (Entered: 07/16/2019) |
| 07/17/2019 | [77](#) (7 pgs) | Final Order signed on 7/17/2019 Authorizing the Debtor to Continue to Operate its Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms (Related Doc # [7](#)). (Correa, Mimi) (Entered: 07/17/2019) |
| 07/17/2019 | [78](#) (5 pgs) | Order signed on 7/17/2019 Authorizing the Debtor to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits Programs (Related Doc # [8](#)) . (Correa, Mimi) (Entered: 07/17/2019) |
| 07/17/2019 | [79](#) (9 pgs) | Order signed on 7/17/2019 (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services (II) Determining Adequate Assurance of Payment For Future Utility Services; and (III) Establishing Procedures For Determining Adequate Assurance of Payment (Related Doc # [39](#)) . (Correa, Mimi) (Entered: 07/17/2019) |
| 07/17/2019 | [80](#) (3 pgs) | Affidavit of Service (related document(s)[71](#)) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/17/2019) |
| 07/17/2019 | [81](#) (3 pgs) | Affidavit of Service *of Joinder of Quest Diagnostics Incorporated to the State of Indiana's Motion to Convert to Chapter 7 or, in the Alternative, Appoint a Chapter 11 Trustee* (related document(s)[72](#)) Filed by Jessica Boelter on behalf of Quest Diagnostics Inc.. (Boelter, |

| | | |
|---|---|---|
| | | Jessica) (Entered: 07/17/2019) |
| 07/22/2019 | [82](#)<br>(66 pgs) | Motion to Approve Debtor in Possession Financing /Motion of Debtor For Entry of an Order Pursuant to 11 U.S.C.§§ 105, 361, 362, 363, 364, 503 and 507: (I) Authorizing the Debtor to Obtain Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VII) Granting Related Relief filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc. with hearing to be held on 8/8/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 8/1/2019,. (Wilamowsky, Steven) (Entered: 07/22/2019) |
| 07/23/2019 | [83](#)<br>(3 pgs) | Affidavit of Service (related document(s)58) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/23/2019) |
| 07/23/2019 | [84](#)<br>(4 pgs) | Affidavit of Service (related document(s)77, 79, 76, 78) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/23/2019) |
| 07/24/2019 | [85](#)<br>(3 pgs) | Affidavit of Service (related document(s)82) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/24/2019) |
| 07/24/2019 | 86 | Transcript regarding Hearing Held on 07/16/19 at 11:01 a.m. RE: Notice Of Agenda Of Matters Scheduled For Hearing On July 16, 2019 At 10:00 A.M. (Related Document(S) 3, 39, 7, 45, 8); Final Hearing On Motion For Authorization To Continue To Operate The Cash Management System, Honor Certain Prepetition Obligations Related Thereto, And Maintain Existing Business Forms (Related Document(S) 7);..et al... Remote electronic access to the transcript is restricted until 10/22/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: TypeWrite Word Processing.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 3, 39, 7, 45, 51, 61, 63, 8). Notice of Intent to Request Redaction Deadline Due By 7/31/2019. Statement of Redaction Request Due By 8/14/2019. Redacted Transcript Submission Due By 8/26/2019. Transcript access will be restricted through 10/22/2019. (Harris, A'Shalanique) (Entered: 07/24/2019) |
| 07/29/2019 | [87](#)<br>(2 pgs) | Notice Appointing Creditors Committee (NOTICE OF RESIGNATION FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS) filed by John Douglas Beck on behalf of Laboratory Corporation of America Holdings. (Beck, John) (Entered: 07/29/2019) |
| 07/29/2019 | [88](#)<br>(57 pgs) | [Missing Exhibit B; refer to Doc. 91] Application to Employ Morvillo Abramowitz Grand Iason & Anello P.C. as Special Regulatory Counsel Nunc Pro Tunc as of the Petition Date; and Granting Certain Related Relief filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc. Responses due by 9/5/2019, with presentment to |

| | | |
|---|---|---|
| | | be held on 9/12/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD). (Wilamowsky, Steven) Modified on 7/31/2019 (Correa, Mimi). (Entered: 07/29/2019) |
| 07/29/2019 | [89](#) (12 pgs) | Motion to Authorize *Reimbursement and/or Payment of Expenses Under Insurance Policies* filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc. with hearing to be held on 9/12/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 9/5/2019,. (Wilamowsky, Steven) (Entered: 07/29/2019) |
| 07/30/2019 | [90](#) (5 pgs) | Application for Pro Hac Vice Admission filed by Cleveland Roswell Burke on behalf of Nuvei Technologies, Inc.. (Burke, Cleveland) (Entered: 07/30/2019) |
| 07/30/2019 | | Receipt of Application for Pro Hac Vice Admission( 19-23185-rdd) [motion,122] ( 200.00) Filing Fee. Receipt number A13341430. Fee amount 200.00. (Re: Doc # [90](#)) (U.S. Treasury) (Entered: 07/30/2019) |
| 07/30/2019 | [91](#) (59 pgs) | Application to Employ Morvillo Abramowitz Grand Iason & Anello P.C. as Special Regulatory Counsel to the Debtor filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc. Responses due by 9/5/2019, with presentment to be held on 9/12/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD). (Wilamowsky, Steven) (Entered: 07/30/2019) |
| 07/30/2019 | [92](#) (6 pgs) | Objection to Motion (related document(s)[82](#)) filed by Heather M Crockett on behalf of State of Indiana. (Crockett, Heather) (Entered: 07/30/2019) |
| 07/31/2019 | [93](#) (4 pgs) | Affidavit of Service (related document(s)[89](#), [91](#)) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/31/2019) |
| 07/31/2019 | [94](#) (32 pgs; 7 docs) | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, **Schedule E/F - Non-Individual (9 creditors added: Twilio, Inc., Nuvei Technologies, Gordon Rees Scully Mansukhani, Federal Express, Jack Henry & Associates, Inc, Lippes Mathias Wexler, Friedman LLP, Wells Fargo Vendor Fin Serv, Optimum by Altice and Skadden, Arps, Slate, Meagher & Flom LLP--FEE PAID $31, Receipt Number 50985)**, Schedule G - Non-Individual, Schedule H - Non-Individual *with Declaration* Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Attachments: # [1](#) Schedule A&B # [2](#) Schedule D # [3](#) Schedule E&F # [4](#) Schedule G # [5](#) Schedule H # [6](#) Summary of Assets and Liabilities) (Wilamowsky, Steven) Modified on 8/14/2019 (Correa, Mimi). Modified on 8/14/2019 (Correa, Mimi). Modified on 8/15/2019 (Correa, Mimi). (Entered: 07/31/2019) |
| 07/31/2019 | [95](#) (43 pgs) | Statement of Financial Affairs - Non-Individual Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 07/31/2019) |

| | | |
|---|---|---|
| 08/01/2019 | [96](#)<br>(4 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Abigail Ryan on behalf of State of Texas. (Attachments: # [1](#) Exhibit Proposed Order) (Ryan, Abigail) (Entered: 08/01/2019) |
| 08/01/2019 | | Receipt of Application for Pro Hac Vice Admission( [19-23185-rdd](#)) [motion,122] ( 200.00) Filing Fee. Receipt number A13346343. Fee amount 200.00. (Re: Doc # [96](#)) (U.S. Treasury) (Entered: 08/01/2019) |
| 08/01/2019 | [97](#)<br>(3 pgs) | Response *Joinder of the State of Texas* (related document(s)[92](#)) filed by Abigail Ryan on behalf of State of Texas. (Ryan, Abigail) (Entered: 08/01/2019) |
| 08/02/2019 | [98](#)<br>(7 pgs) | Affidavit of Service [87](#) (Beck, John) (Entered: 08/02/2019) |
| 08/02/2019 | [99](#)<br>(7 pgs) | Amended Final Order signed on 8/2/2019 Authorizing the Debtor to Continue to Operate its Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Maintain Existing Business Forms (related document(s)[77](#)). (Li, Dorothy) (Entered: 08/02/2019) |
| 08/02/2019 | [100](#)<br>(4 pgs) | Affidavit of Service *of Electronic Service* (related document(s)[94](#), [95](#)) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 08/02/2019) |
| 08/05/2019 | [101](#)<br>(4 pgs) | Objection to Motion (related document(s)[82](#)) filed by Michelle E. Shriro on behalf of Conduent State & Local Solutions, LLC. (Shriro, Michelle) (Entered: 08/05/2019) |
| 08/05/2019 | [102](#)<br>(16 pgs) | Certificate of Service (related document(s)[94](#), [95](#)) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 08/05/2019) |
| 08/06/2019 | [103](#)<br>(5 pgs) | Response */Debtor's Reply to Objections to Motion for Approval of Debtor-in-Possession Financing* (related document(s)[92](#), [97](#), [101](#)) filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 08/06/2019) |
| 08/06/2019 | [104](#)<br>(3 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on August 8, 2019 at 10:00 a.m.* filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. with hearing to be held on 8/8/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 8/1/2019, (Wilamowsky, Steven) (Entered: 08/06/2019) |
| 08/07/2019 | [105](#)<br>(4 pgs) | Affidavit of Service (related document(s)[103](#), [104](#)) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 08/07/2019) |
| 08/09/2019 | [106](#)<br>(23 pgs) | Order signed on 8/9/2019 Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, and 507: (I) Authorizing the Debtor to Obtain Secured Superpriority Postpetition Financing; (II) Granting Liens and |

| | | |
|---|---|---|
| | | Superpriority Administrative Expense Claims; (III)Authorizing Use of Cash Collateral; (IV) Granting Adequate Protection; (V) Modifying The Automatic Stay; And (VII) Granting Related Relief (Related Doc # 82). (Rai, Narotam) (Entered: 08/09/2019) |
| 08/14/2019 | | Pending Deadlines Terminated: Schedules Filed (Rai, Narotam) (Entered: 08/14/2019) |
| 08/16/2019 | 107 (12 pgs) | Operating Report */Corporate Monthly Operating Report for the Reporting Period of July 1, 2019 through July 31, 2019* Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 08/16/2019) |
| 08/16/2019 | 108 (12 pgs) | Amended Operating Report */Revised Corporate Monthly Operating Report for the Reporting Period of June 17, 2019 through June 30, 2019* Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 08/16/2019) |
| 08/16/2019 | 109 (2 pgs) | Chapter 11 or Chapter 9 Cases Non-Individual: List of Creditors Who Have 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) *AS AMENDED* Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 08/16/2019) |
| 08/16/2019 | 110 (1 pg) | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) *Relating to Docket No. 109 - Amended List of Twenty Largest Unsecured Creditors* Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 08/16/2019) |
| 08/16/2019 | 111 (3 pgs) | Notice of Motion to Set Hearing (related document(s)67, 72, 60, 69, 52, 75) filed by Heather M Crockett on behalf of State of Indiana. with hearing to be held on 10/11/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) (Crockett, Heather) (Entered: 08/16/2019) |
| 08/19/2019 | 112 (3 pgs) | Affidavit of Service (related document(s)108, 110, 107, 109) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 08/19/2019) |
| 08/21/2019 | 113 (1 pg) | Order Signed on 8/21/2019 Granting Application of Derek W. Edwards, Esq. for Admission to Practice Pro Hac Vice (Related Doc # 37). (Li, Dorothy) (Entered: 08/21/2019) |
| 08/22/2019 | 114 (3 pgs) | Notice of Appearance filed by Philip Lawrence Fraietta on behalf of Elizabeth Hollway. (Fraietta, Philip) (Entered: 08/22/2019) |
| 08/23/2019 | 115 (1 pg) | Notice of Appearance filed by Lindsey H. Taylor on behalf of MDL Class Plaintiffs. (Taylor, Lindsey) (Entered: 08/23/2019) |
| 08/27/2019 | 116 (3 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Steven S. Newburgh on behalf of Wagner, Ferber, Fine & Ackerman, PLLC. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Proposed Order) (Newburgh, Steven) (Entered: 08/27/2019) |
| 08/27/2019 | | Receipt of Application for Pro Hac Vice Admission( 19-23185-rdd) [motion,122] ( 200.00) Filing Fee. Receipt number A13389521. Fee amount 200.00. (Re: Doc # 116) (U.S. Treasury) (Entered: 08/27/2019) |
| 08/27/2019 | 117 (1 pg) | Order Signed on 8/26/2019 Granting Application of Cleveland R. Burke, Esq. for Admission to Practice Pro Hac Vice (Related Doc # 90) . (Li, Dorothy) (Entered: 08/27/2019) |
| 08/27/2019 | 118 | Transcript regarding Hearing Held on 08/08/19 at 10:34a.m. RE: Notice Of Agenda Of Matters Scheduled For Hearing On August 8, 2019 At 10:00; Motion To Approve Debtor In Possession Financing;..et..al... Remote electronic access to the transcript is restricted until 11/25/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: TypeWrite Word Processing Service.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 82, 103, 92, 97, 101). Notice of Intent to Request Redaction Deadline Due By 9/3/2019. Statement of Redaction Request Due By 9/17/2019. Redacted Transcript Submission Due By 9/27/2019. Transcript access will be restricted through 11/25/2019. (Harris, A'Shalanique) (Entered: 08/27/2019) |
| 08/29/2019 | 119 (3 pgs) | Notice of Appearance filed by Cleveland Roswell Burke on behalf of Nuvei Technologies, Inc.. (Burke, Cleveland) (Entered: 08/29/2019) |
| 08/29/2019 | 120 (2 pgs) | Notice of Adjournment of Hearing /Notice of (I) Cancellation and (II) Rescheduling of Omnibus Hearing Date Previously Scheduled for September 12, 2019 @ 10:00 A.M. filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. with hearing to be held on 9/13/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) (Wilamowsky, Steven) (Entered: 08/29/2019) |
| 08/29/2019 | 121 (49 pgs) | Motion to Approve /Motion of Debtor for Entry of an Order: (I) Setting Bar Dates for Submitting Proofs of Claims; (II) Approving Procedures for Submitting Proofs of Claim; and (III) Approving Notice Thereof filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc. with hearing to be held on 9/13/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 9/6/2019,. (Wilamowsky, Steven) (Entered: 08/29/2019) |
| 08/30/2019 | 122 (3 pgs) | Affidavit of Service (related document(s)121, 120) Filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. (Wilamowsky, Steven) (Entered: 08/30/2019) |
| 09/05/2019 | 123 (35 pgs) | Declaration /Updated Schedules to Declaration of Steven Wilamowsky in Support of the Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Chapman and Cutler LLP as Attorneys for the Debtor, Effective Nunc Pro Tunc to the Petition Date (related document(s)58) filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. with hearing to be held on 9/13/2019 at 10:00 AM at Courtroom TBA, White Plains |

| | | |
|---|---|---|
| | | Courthouse (RDD) (Wilamowsky, Steven) (Entered: 09/05/2019) |
| 09/05/2019 | [124](#) (6 pgs) | Notice of Presentment */Revised Proposed Order Authorizing the Retention and Employment of Chapman and Cutler LLP as Attorneys for the Debtor, Effective Nunc Pro Tunc to the Petition Date* (related document(s)[58](#)) filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. with hearing to be held on 9/13/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) (Wilamowsky, Steven) (Entered: 09/05/2019) |
| 09/05/2019 | [125](#) (46 pgs) | Declaration */Amended Declaration of Richard Weinberg in Support of Application for an Order: (I) to Retain and Employ Morvillo Abramowitz Grand Iason & Anello P.C. as Special Regulatory Counsel, Effective Nunc Pro Tunc to the Petition Date; and (II) Granting Certain Related Relief* (related document(s)[91](#)) filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. with hearing to be held on 9/13/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) (Wilamowsky, Steven) (Entered: 09/05/2019) |
| 09/05/2019 | [126](#) (5 pgs) | Notice of Presentment */Revised Proposed Order Authorizing the Debtor to Retain and Employ Morvillo Abramowitz Grand Iason & Anello P.C. as Special Regulatory Counsel, Effective Nunc Pro Tunc to the Petition Date* (related document(s)[91](#)) filed by Steven Wilamowsky on behalf of Retrieval-Masters Creditors Bureau, Inc.. with hearing to be held on 9/13/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) (Wilamowsky, Steven) (Entered: 09/05/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/06/2019 13:16:44 | | | |
| **PACER Login:** | elizmartin | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 19-23185-rdd Fil or Ent: filed From: 8/23/2011 To: 9/6/2019 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |