```
Label Matrix for local noticing          Clearbrook Cross LLC                   Internal Revenue Service
0208-7                                   c/o Robert Martin Company LLC          PO Box 7346
Case 19-23185-rdd                        100 Clearbrook Road                    Philadelphia, PA 19101-7346
Southern District of New York            Elmsford, NY 10523-1116
White Plains
Thu Sep  5 13:37:31 EDT 2019

Laboratory Corporation of America Holdings   New York City Dept. Of Finance    New York State Attorney General's Offic
PO Box 12140                             210 Joralemon Avenue                   Bureau of Internet and Technology
Burlington, NC 27216-2140                Attn: Bankruptcy Section               28 Liberty Street
                                         Brooklyn, NY 11201-3716                20th Floor
                                                                                New York, NY 10005-1495

Parking Violations Bureau                Retrieval-Masters Creditors Bureau, Inc.   State of Indiana
210 Joralemon Avenue                     PO Box 160                             Office of the Attorney General
Brooklyn, NY 11201-3745                  Elmsford, NY 10523-0160                IGCS-5th Floor
                                                                                302 W. Washington St.
                                                                                Indianapolis, IN 46204-2760

State of Texas                           TN Dept of Revenue                     United States Attorney's Office
c/o Attorney General's Office            c/o TN Attorney General's Office       Southern District of New York
Bankruptcy & Collections Division        Bankruptcy Division                    Attention: Tax & Bankruptcy Unit
P. O. Box 12548   MC-008                 PO Box 20207                           86 Chambers Street, Third Floor
Austin, TX 78711-2548                    Nashville, TN 37202-4015               New York, NY 10007-1825

Wagner, Ferber, Fine & Ackerman, PLLC    White Plains Division                  ACA International
c/o Steven S. Newburgh                   300 Quarropas Street                   PO Box 390106
McLaughlin & Stern PLLC                  White Plains, NY 10601-4140            Minneapolis, MN 55439-0106
525 Okeechobee Blvd., Suite 1700
West Palm Beach, FL 33401-6327

ALSTON & BIRD LLP                        ALSTON & BIRD LLP                      Ahdoot & Wolfson PC
Attorneys for Optum360, LLC              Attorneys for Optum360, LLC            Attn: Tina Wolfson, Brad King, Theodore
90 Park Avenue                           One Atlantic Center                    45 Main StreetSuite 528
New York, NY 10016-1387                  1201 W. Peachtree St.                  Brooklyn, NY 11201-1023
                                         Atlanta, Georgia 30309-3424

Allied Administrators for Delta Dental   Alston & Bird                          Altice Business (Cablevision Lightpath, Inc.
P.O. Box 26908                           Attn: Kimberly Peretti, Kate Hanniford,   PO Box 360111
San Francisco, CA 94126-6908             950 F Street NW                        Pittsburg, PA 15251-6111
                                         Washington, DC 20004-1491

Amanda Hayhurst and Donetta Huffman represen   American Express                 American Express National Bank
Hayhurst Plaintiffs c/o Bailey & Gl      PO Box 981535                          c/o Becket and Lee LLP
209 Capitol Street                       El Paso, TX 79998-1535                 PO Box 3001
Charleston, WV 25301-2210                                                       Malvern  PA 19355-0701

Andrew Berkowitz                         Apex Technology Services               Armand Favilla
725 Lisa Circle                          Attn: Larry Szebeni                    Genova & Malin LLP
Huntingdon Valley, PA 19006-2223         535 Connecticut Avenue                 1136 Route 9
                                         Suite 104                              Wappingers Falls NY 12590-4905
                                         Norwalk, CT 06854-1713

BURSOR & FISHER, P.A.                    Berger Montague, PC                    Bisnar Chase LLP
Counsel for Elizabeth Hollway            Attn: Jon Lambiras, Shanon Carson, Sherr   Attn: Brian D Chase, Jerusalem Beligan
888 Seventh Avenue                       1818 Market Street                     1301 Dove Street
New York, NY 10106-0001                  Suite 3600                             Suite 120
                                         Philadelphia, PA 19103-3657            Newport Beach, CA 92660-2491
```

EXHIBIT B

| | | |
|---|---|---|
| Business Card Services (Jet Blue Mastercard)<br>PO Box 23066<br>Columbus, GA 31902-3066 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE 1875-S<br>NEW YORK, NY 10003-3502 | CRA International, Inc<br>200 Clarendon Street<br>Attn; Accounts Receiva<br>Boston, MA 02116-5092 |
| CSI International, Inc.<br>PO Box 417<br>Williamsport, OH 43164-0417 | CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | Cablevision<br>PO Box 742698<br>Cincinnati, OH 45274-2698 |
| Carella Byrne Cecchi Olstein Brody & Agnello<br>Attn: James Cecchi, Caroline Bartlett<br>5 Becker Farm Road<br>Roseland, NJ 07068-1741 | Cary Law Office<br>Attn: Michael Cary<br>122 Capitol StSuite 200<br>Charlston, WV 25301-2626 | Charles River Associates<br>Attn: Janet Just<br>200 Clarendon Street<br>Boston, MA 02116-5092 |
| Clearbrook Cross LLC<br>c/o Reich, Reich & Reich, P.C.<br>235 Main Street, Suite 450<br>White Plains, NY 10601-2421 | Clearbrook JV LLC<br>100 Clearbrook Rd<br>2nd Floor<br>Elmsford, NY 10523-1138 | Cohn, Lifland, Pearlman, Herrmann & Knoff, L<br>Attn: Peter Pearlman<br>250 Pehle Avenue<br>Suite 401<br>Saddlebrook, NJ 07663-5841 |
| Conduent<br>Attn: David Kenney<br>375 McCarter Highway<br>Newark, NJ 07114-2562 | Consolidated Edison, Inc.<br>PO Box 1702<br>New York, NY 10116-1702 | Creditron Corporation<br>15800 Crabbs Branch Way<br>Suite 210<br>Rockville, MD 20855-2813 |
| Criden & Love P.A.<br>Attn: Michael E. Criden<br>7301 SW 57th Court<br>Suite 515<br>South Miami, FL 33143-5339 | Cup-A-Jo Coffee Solutions<br>Suite 324<br>382 Route 59<br>Monsey, NY 10952-3422 | D Nickens<br>C/o Kim Parker, Esq<br>2123 Maryland Avenue<br>Baltimore, MD 21218-5614 |
| Department of the Treasury<br>Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Dicello Levitt Gutzler LLC<br>Attn: Adam Levitt, Amy Keller<br>Ten North Dearborn Street<br>Eleventh Floor<br>Chicago, IL 60602-4276 | End Point Corporation<br>Attn: Rick Peltzman<br>304 Park Avenue South<br>Suite 214<br>New York, NY 10010-4321 |
| Epiq Corporate Services, Inc<br>Attn: Managing Director, Legal Departmen<br>10300 SW Allen Blvd<br>Beaverton, OR 97005-4833 | Esensten Law<br>Attn: Robert Esensten, Jordan Esensten<br>12100 Wilshire Blvd<br>Suite 1660<br>Los Angeles, CA 90025-7124 | FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 |
| Federal Express<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | Finkelstein Blankinship, Frei-Pearson & Garb<br>Attn: Jeremiah Lee Frei-Pearson<br>445 Hamilton AvenueSuite 605<br>White Plains, NY 10601-1827 | Geist Schwarz & Jellinek, PLLC<br>One North Lexington Avenue11th floor<br>White Plains, NY 10601 |
| Giatras Law Firm<br>Attn: Troy Giatras, Matthew Stonestreet,<br>118 Capitol Street<br>Suite 400<br>Charlston, West Virginia 25301-2614 | Gibbs Law Group LLP<br>Attn: Eric Gibbs, David Berger<br>501 14th Street<br>Suite 1110<br>Oakland, CA 94612-1488 | Golden Scaz Gagain<br>Attn: Charles McHale<br>201 North Armenia Avenue<br>Tampa, FL 33609-2303 |

| | | |
|---|---|---|
| Gordon Rees Scully Mansukhani<br>1111 Broadway, Suite 1700<br>Oakland, CA 94607-4023 | Greenwich Legal Associates LLC<br>Attn: Adam Frankel<br>881 Lake Avenue<br>Greenwich, CT 06831-3019 | HOGAN LOVELLS US LLP<br>Counsel for Laboratory Corporation<br>of America Holdings<br>390 Madison Avenue<br>New York, New York 10017-2513 |
| Hinshaw & Culbertson, LLP<br>Attn: Carlos Ortiz<br>151 N. Franklin Street<br>Suite 2500<br>Chicago, IL 60606-1915 | Hogan & Lovells US LLP<br>555 Thirteenth St NW<br>Marcy Wilder, Allison Holt<br>Washington, DC 20004-1109 | Hudson Valley Fire Inc.<br>136 Washington Street<br>Peekskill, NY 10566-3215 |
| Hyde & Swigert<br>Attn: Joshua Swigert<br>2221 Camino Del Rio South<br>Suite 101<br>San Diego, CA 92108-3609 | International Business Machines Corp.<br>PO Box 643600<br>Pittsburgh, PA 15264-3600 | JP McHale Pest Management, Inc.<br>PO Box 98<br>Montrose, NY 10548-0098 |
| Jack Henry & Associates, Inc<br>PO Box 609<br>Monett, MO 65708-0609 | Jackson Lee PA<br>Attn: Jared Michael Lee<br>1991 Longwood Lake Nary Rd<br>Longwood, FL 32750-4620 | Javerbaum Wurgaft Hicks Kahn Wikstrom and Si<br>1000 Haddonfield-Berlin Road<br>Suite 203<br>Michael Galpern<br>Vorhees, NJ 08043-3520 |
| Jones Wolf & Kapasi LLC<br>Attn: Joseph Jones<br>375 Passaic Ave<br>Suite 100<br>Fairfield, NJ 07004-2000 | Jones, Wolf & Kapasi, LLC<br>60 East 42nd St., 46th Floor<br>New York, NY 10165-0043 | Kaplan Fox & Kilsheimer LLP<br>Attn: Frederic Fox, Joel Strauss, David<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022-7237 |
| Kaplan Fox & Kilsheimer LLP<br>Attn: Laurence King, Mario Choi<br>350 Sansome Street<br>Suite 400<br>San Francisco, CA 94104-1308 | Kazerouni Law Group, APC<br>Attn: Seyed Abbas Kazerounian<br>245 Fischer Avenue<br>Suite D1<br>Costa Mesa, CA 92626-4539 | Kehoe Law Firm PC<br>Attn: John Kehoe<br>41 Madison Avenue<br>31st Floor<br>New York, NY 10010-2345 |
| Keith H. Wofford<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Kelly Law Offices LLC<br>Attn: Thomas Kelly III<br>3000 Atrium Way<br>Suite 291<br>Mount Laurel, NJ 08054-3928 | Konica Minolta Premier Finance<br>PO Box 3072<br>Cedar Rapids, IA 52406-3072 |
| Lana Wilk as Proposed Class Claimant<br>c/o Zimmerman Law Offices, P.C.<br>77 West Washington Street, Suite 1220<br>Chicago, Illinois 60602-3247 | Law Offices of Ron Bochner<br>Attn: Ron Bochner<br>3905 State St<br>Santa Barbara, CA 93105-3138 | Law Offices of Todd Friedman PC<br>Attn: Todd Friedman<br>21550 Oxnard Street<br>Suite 780<br>Woodland Hills, CA 91367-7104 |
| Lemberg Law LLC<br>Sergei Lemberg<br>43 Danbury Road<br>3rd Floor<br>Wilton, CT 06897-4430 | Levin, Papantonio, Thomas, Mitchell, Raffert<br>Attn: Matt Schultz, Bill Cash, Brenton G<br>316 S Baylen St<br>Suite 600<br>Pensacola, FL 32502-5996 | LexisNexis Risk Solutions<br>Attn: Andrew Rothman<br>1000 Alderman Drive<br>Alpharetta, GA 30005-4101 |
| Liberty Mutual Insurance<br>PO Box 2839<br>New York, NY 10116-2839 | Lieff Cabraser Heimann & Bernstein LLP<br>Attn: Jason Lichtman, Sean Petterson<br>250 Hudson Street<br>8th Floor<br>New York, NY 10013-1413 | Lieff Cabraser Heimann & Bernstein LLP<br>Attn: Michael Sobol<br>275 Battery Street<br>29th Floor<br>San Francisco, CA 94111-3305 |

| | | |
|---|---|---|
| Linda S. Allen<br>4713 Caspian Ave.<br>Farmington, NM 87402-1718 | Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza<br>Buffalo, NY 14202-2216 | Lite Depaqlma Greenberg LLC<br>Attn: Bruce Greenberg<br>570 Broad Street<br>Suite 1201<br>Newark, NJ 07102-4532 |
| Locks Law Firm LLC<br>Attn: James A. Barry<br>801 N. Kings Highway<br>Cherry Hill, NJ 08034-1513 | Mack-Cali CW Realty Associates LLC<br>PO Box 416382<br>Boston, MA 02241-6382 | Messer Strickler, Ltd.<br>225 W. Washington St.<br>SUITE 575<br>Chicago, IL 60606-0099 |
| Michael P. McIlree, Attorney at Law<br>100 Brown Avenue<br>Suite 2<br>Chesterson, IN 46304-2390 | Morgan & Morgan Complex Litigation Group<br>Attn: John Yanchunis, Patrick Barthle<br>201 N. Franklin Street 7th Floor<br>Tampa, FL 33602 | N.Y. State Dept. Of Taxation And Finance<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| New York State Office of the Attorney Genera<br>Bureau of Internet and Technology<br>Attn: Clark P. Russell, Deputy Bureau Ch<br>28 Liberty Street, 20th Fl<br>New York, NY 10005-1495 | Nussbaum Law Group PC<br>Linda Nussbaum, Bart Cohen<br>1211 Avenue of the Americas<br>40th Floor<br>New York, NY 10036-8718 | Nuvei Technologies<br>5000 Legacy Drive, Suite 320<br>Plano, TX 75024-3112 |
| O'Connell & Aronowitz<br>Kurt Bratten<br>54 State Street<br>Albany, NY 12207-2540 | OLSTEIN, BRODY & AGNELLO<br>Attorneys for MDL Class Plaintiffs<br>5 Becker Farm Rd.<br>Roseland, New Jersey 07068-1741 | Office of the Sheriff<br>111 Grove Street<br>White Plains, NY 10601-2509 |
| Office of the United States Trustee<br>Attn: Serene K. Nakano<br>U.S. Federal Office Building<br>201 Varick St., Room 1006<br>New York, New York 10014-9449 | Online Data Exchange LLC<br>12276 San Jose Blvd<br>Suite 427<br>Jacksonville, FL 32223-8629 | Optimum by Altice<br>1111 Stewart Avenue<br>Bethpage, NY 11714-3581 |
| Oxford Health Plans<br>ATTN: CDM/Bankruptcy<br>185 Asylum Street<br>03B<br>Hartford, CT 06103-3408 | Oxford Health Plans<br>PO BOX 1697<br>Newark, NJ 07101-1697 | PCI Group, Inc.<br>Attn: Christian Kropac<br>PO Box 566<br>Pineville, NC 28134-0566 |
| Paylocity Corporation<br>Dept #2007<br>PO Box 87844<br>Carol Stream, IL 60188-7844 | Pitney Bowes Global Financial Services LLC<br>PO Box 3718877<br>Pittsburgh, PA 15250-0001 | Pontello & Bressler<br>Attn: Dominic Pontello<br>406 Boones Lick Rd<br>St Charles, MO 63301-3509 |
| Proshred Security<br>5 W. Main Street<br>Suite 200<br>Elmsford, NY 10523-2437 | Protection One Alarm Monitoring, Inc.<br>PO BOX 219044<br>Kansas City, MO 64121-9044 | REICH REICH & REICH, P.C.<br>Attorneys for Clearbrook Cross LLC<br>235 Main Street, Suite 450<br>White Plains, New York 10601-2421 |
| ROPES & GRAY LLP<br>Counsel for CareCentrix Inc.<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Robbins Geller Rudman & Dowd LLP<br>Attn: Paul Geller, Stuart A. Davisdon<br>120 East Palmetto Park Road Suite 500<br>Boca Raton, FL 33432 | Robbins Geller Rudman & Dowd LLP<br>Attn: Samuel H. Rudman, Mark S. Reich<br>58 S. Service Road<br>Suite 200<br>Melville, NY 11747-5103 |

| | | |
|---|---|---|
| Robert L. Clark<br>131 Overlook Ter<br>Lander, WY 82520-3930 | Robinson Calcagnie Inc<br>Attn: Daniel Robinson<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660-7904 | Ropes & Gray<br>2099 Pennsylvania Ave, NW<br>Edward McNicholas<br>Washington, DC 20006-6809 |
| Russell Fuch<br>975 Banks North Road<br>Fairfield, CT 06824-1704 | Sauder Schelkopf LLC<br>555 Lancaster Avenue<br>Joseph Sauder, Matthew Schelkopf, Joseph<br>Berwynn, PA 19312-1680 | Seeger Weiss LLP<br>55 Challenger Road<br>6th Floor<br>Christopher Seeger, Parvin Aminolroaya<br>Ridgefiled Park, NJ 07660-2109 |
| Seeger Weiss LLP<br>Attn: Jennifer Scullion<br>77 Water Street<br>8th Floor<br>New York, NY 10005-4418 | Sentient Solutions Limited<br>Guinness Enterprise Centre<br>Taylor's Lane, Dublin 8<br>IRELAND | Service Express, Inc<br>Dept 6306<br>PO Box 30516<br>Lansing, MI 48909-8016 |
| Sessions Firm, LLC<br>Attn: Sunny Sheppard<br>3850 N. Causeway Blvd<br>Suite 200<br>Metairie, LA 70002-7227 | Sheehan & Associates, PC<br>Spencer Sheehan<br>505 Northern Blvd<br>Suite 311<br>Great Neck, NY 11021-5101 | Sidley Austin<br>Attn: David Hoffman, Kate Heinzelman, Cl<br>1501 K Street NW<br>Washington, DC 20005-1420 |
| Sidley Austin LLP<br>Attorneys for Quest Diagnostics Inc.<br>787 Seventh Avenue<br>New York, NY 10019-6018 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522 | Staples Business Advantage<br>PO Box 105638<br>Atlanta, GA 30348-5638 |
| Suburban Carting Co.<br>566 North State Rd<br>Briarcliff Manor, NY 10510-1522 | TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-4015 | Tennessee Departmemt of Revenue<br>c/o Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 37202-4015 |
| The Answer Company<br>PO Box 3442<br>New York, NY 10163-3442 | The Law Offices of Andres Mointejo, Esq<br>Attn: Andres Montejo<br>6157 NW 167th Street<br>Suite F-21<br>Miami, FL 33015-4357 | The Law Offices of Gary Merenstein<br>Attn: Gary Merenstein<br>773 Furrow Way<br>Lafayette, CO 80026-9438 |
| Trans Union, LLC<br>PO Box 99506<br>Chicago, IL 60693-9506 | Twilio, Inc.<br>375 Beale Street, Suite 300<br>San Fransico, CA 94105-2177 | United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-9449 |
| Vanguard Cleaning Systems<br>Attn: Adrienne Hays<br>155 Airport Executive Park<br>Nanuet, NY 10954-5261 | Verizon Wireless<br>PO Box 408<br>Newark, NJ 07101-0408 | Waller Landsden Dortch & Davis LLP<br>Attn: Derek Edwards<br>511 Union Street<br>Suite 2700<br>Nashville, TN 37219-1791 |
| Waller Lansden Dortch & Davis, LLP<br>Attorneys for Nuvei Technologies, Inc.<br>100 Congress Ave., Suite 1800<br>Austin, Texas 78701-4042 | Waller Lansden Dortch & Davis, LLP<br>Nuvei Technologies, Inc.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-1791 | Webrecon, LLC.<br>6115 28th St. SE<br>Suite 214<br>Grand Rapids, MI 49546-6942 |

```
Wells Fargo Vendor Fin Serv              Westchester County Dept. Of Public Safety       Windstream
PO Box 70241                             CIVIL BUREAU                                    1450 N Center Point Rd
Philadelphia, PA 19176-0241              110 Grove Street, Room L217                     Hiawatha, IA 52233-1232
                                         White Plains, NY 10601-2519


Windstream Enterprise                    Worldpay ISO Inc                                Yanwitt LLP
PO Box 70268                             8500 Governors Hill Dr                          Attn: Russell Marc Yankwitt
Philadelphia, PA 19176-0268              MD 1GH2X2                                       140 Grand Street
                                         Symmes Township, OH 45249-1384                  Suite 705
                                                                                         White Plains, NY 10601-4836


Steven Wilamowsky
Chapman and Cutler LLP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708




            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)CareCentrix Inc.                      (u)Conduent State & Local Solutions, LLC        (u)MDL Class Plaintiffs




(u)Nuvei Technologies, Inc.              (u)Optum360, LLC                                (u)Quest Diagnostics Inc.




(u)ExpertSource Global Services Private Limit    (u)Elizabeth Hollway                    End of Label Matrix
Unit No. 102, 1st Floor                                                                  Mailable recipients    156
Deekay Tech Park, Plot No C-99                                                           Bypassed recipients      8
TTC Industrial Area, MIDC                                                                Total                  164
Turbhe Navi Mumbai
Thane MH 400705 IN
```