# Claims Summary

## 19-23185-rdd Retrieval-Masters Creditors Bureau, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 | Office: 7 (White Plains) |
| Assets: y | Judge: rdd | |
| Date Filed: 06/17/2019 | Last Date to File Claims: | Last Date to File (Govt): |
| Trustee: | | |

| Claim # | | Amount claimed * | Date filed | Creditor number | Creditor name |
|---:|---|---:|---|---|---|
| 1 | View | $0.00 | 06/19/2019 | 7551034 | D Nickens |
| 2 | View | $3928.56 | 07/02/2019 | 7558452 | Tennessee Departmemt of Revenue |
| 3 | View | $13955.98 | 07/08/2019 | 7560364 | Oxford Health Plans |
| 4 | View | $1900.00 | 07/15/2019 | 7552963 | Department of the Treasury |
| 5 | View | $222500.00 | 07/18/2019 | 7566219 | Armand Favilla |
| 6 | View | $9121.71 | 07/23/2019 | 7567898 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC. |
| 7 | View | $91648.21 | 07/24/2019 | 7568693 | Clearbrook Cross LLC |
| 8 | View | $7586.98 | 07/25/2019 | 7568751 | American Express National Bank |
| 9 | View | $48257.50 | 07/18/2019 | 7568842 | CRA International, Inc |
| 10 | View | $100000.00 | 08/02/2019 | 7575547 | Jones, Wolf & Kapasi, LLC |
| 11 | View | $10000000.00 | 08/07/2019 | 7577150 | Lana Wilk as Proposed Class Claimant |
| 12 | View | | 08/16/2019 | 7581972 | Amanda Hayhurst and Donetta Huffman representative |
| 13 | View | $950.92 | 09/03/2019 | 7589854 | Windstream |

**Total Number of Claims: 13**

| | |
|---|---|
| Total Amount Claimed * | $10499849.86 |
| Total Amount Allowed * | |

* Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

EXHIBIT
E

|  | Claimed | Allowed |
|---|---|---|
| **Secured** | $0 | |
| **Priority** | $18958.64 | |
| **Administrative** | | |

### PACER Service Center

#### Transaction Receipt

09/05/2019 16:13:29

| **PACER Login:** | abbyrryanoag | **Client Code:** | |
|---|---|---|---|
| **Description:** | Claims Summary | **Search Criteria:** | 19-23185-rdd Filed or Entered From: 9/3/2017 Filed or Entered To: 9/5/2019 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
