**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                                                                  Case No.: 19-23185-rdd

    Retrieval-Masters Creditors Bureau, Inc.

                                 Debtor.    Chapter 11
-----------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Steven S. Newburgh to be admitted, ***pro hac vice***, to represent Wagner Ferber, Fine & Ackerman, PLLC (the "Client") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida and the bar of the U.S. District Court for the Southern District of Florida, it is hereby

**ORDERED**, that Steve S. Newburgh, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  September 10, 2019
        White Plains, New York                                    /s/ Robert D. Drain  _____
                                                            UNITED STATES BANKRUPTCY JUDGE