CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Proposed Counsel for the Debtor and
Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| Retrieval-Masters Creditors Bureau, Inc.,[1] | : | Case No. 19-23185 (RDD) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------x | | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 13, 2019 AT 10:00 A.M.**

| | |
|---|---|
| Location of Hearing: | The Honorable Robert D. Drain |
| | United States Bankruptcy Court for the Southern District of New York |
| | 300 Quarropas Street, Room 248 |
| | White Plains, New York 10601 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov or by request of Debtor's undersigned proposed counsel. |

---

[1] The last four digits of the Debtor's taxpayer identification number is 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

4815-3548-7396
7022536

I. **UNCONTESTED MATTER**

    A.    Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Chapman and Cutler LLP as Attorneys for the Debtor Effective *Nunc Pro Tunc* to the Petition Date [Doc. No. 58].

        Objection Deadline:    September 5, 2019 at 4:00 p.m. (EDT).

        Related Document:

        1.    Updated Schedules to Declaration of Steven Wilamowsky in Support of the Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Chapman and Cutler LLP As Attorneys for the Debtor, Effective *Nunc Pro Tunc* to the Petition Date [Doc. No. 123].

        2.    Revised Proposed Order Authorizing the Retention and Employment of Chapman and Cutler LLP as Attorneys for the Debtor, *Nunc Pro Tunc* to the Petition Date [Doc No. 124].

        3.    Certificate of No Objection [Doc. No. 132].

        Responses Received:  None.[2]

        Status: The Debtor has submitted a Certicate of No Objection and has requested that the Court enter the proposed order at or prior to the hearing.

    B.    Debtor's Application for an Order: (I) to Retain and Employ Morvillo Abramowitz Grand Iason & Anello P.C. as Special Regulatory Counsel, *Nunc Pro Tunc* as of the Petition dtate; and (II) Granting Certain Related Relief [Doc No. 91].

        Objection Deadline:    September 5, 2019 at 4:00 p.m. (EDT).

        Related Document:

        1.    Amended Declaration of Richard Weinberg in Support of Application for an Order: (I) to Retain and Employ Morvillo Abramowitz Grand Iason & Anello P.C. as Special Regulatory Counsel, Effective *Nunc Pro Tunc* to the Petiton Date; and (II) Granting Certain related Relief [Doc. No. 125].

        2.    Revised Proposed Order Authorizing the Debtor to Retain and Employ Morvillo Abramowitz Grand Iason & Anello P.C. as Special Regulatory

---

[2] The Debtor received informal comments from the Office of the United States Trustee that have been incorporated in the revised proposed order.

      Counsel, Effective *Nunc Pro Tunc* to the Petiton Date [Doc. No. 126].

   3.    Certificate of No Objection [Doc. No. 133].

<u>Responses Received</u>:  None.²

<u>Status</u>:  The Debtor has submitted a Certicate of No Objection and has requested that the Court enter the proposed order at or prior to the hearing.

C.    Debtor's Motion for Order Authorizing Reimbursement and/or Payment of Expenses Under Insurance Policies [Doc. No. 89].

<u>Objection Deadline</u>:  September 5, 2019 at 4:00 p.m. (EDT).

<u>Related Document</u>:  N/A

<u>Responses Received</u>:  None.

<u>Status</u>:  This matter is going forward.

D.    Debtor's Motion for Entry of an Order: (I) Setting Bar Dates for Submitting Proofs of Claim; (II) Approving Procedures for Submitting Proofs of Claims; and (III) Approving Notice Thereof [Doc. No. 121].

<u>Objection Deadline</u>:  September 6, 2019 at 4:00 p.m. (EDT).

<u>Related Document</u>:  None.

<u>Responses Received</u>:

1.    Limited Objection by the State of Texas of the Notice of Debtor's Motion For Entry of an Order: (I) Setting Bar Dates for Submitting Proofs of Claim; (II) Approving Procedures for Submitting Proofs of Claims; and (III) Approving Notice Thereof (Dkt. No. 121) [Doc. No. 128].

2.    Debtor's Reply to Limited Objection by the State of Texas to the Debtor's Motion For Entry of an Order: (I) Setting Bar Dates for Submitting Proofs of Claim; (II) Approving Procedures for Submitting Proofs of Claims; and (III) Approving Notice Thereof [Doc. No. 130].

*[Remainder of page intentionally left blank]*

Status: The limited objection of the State of Texas has been resolved. The parties will describe the proposed resolution to the Court on the record at the hearing.

Dated: September 12, 2019
New York, New York

        CHAPMAN AND CUTLER LLP
        *Proposed Counsel for the Debtor and*
        *Debtor in Possession*

By: /s/Steven Wilamowsky
     Steven Wilamowsky
     1270 Avenue of the Americas
     30th Floor
     New York, NY 10020-1708
     Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000