CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Proposed Counsel for the Debtor and
Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| Retrieval-Masters Creditors Bureau, Inc.,[1] | : | Case No. 19-23185 (RDD) |
| | : | |
| Debtor. | : | |
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )
COUNTY OF NEW YORK)

    Patricia A. Wright, being duly sworn, deposes and says: I am over the age of eighteen years, am employed by Chapman and Cutler LLP and am not a party to the action herein.

---

[1] The last four digits of the Debtor's taxpayer identification number are 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

4822-3454-3014
7022536

On September 12, 2019, I caused to be served by electronic service a true copy of the following upon those parties listed on the attached *Exhibit A - Email Service List:*

1. Certificate of No Objection Regarding Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Chapman and Cutler LLP as Attorneys for the Debtor Effective *Nunc Pro Tunc* to the Petition Date [Dkt. No. 132];

2. Certificate of No Objection Regarding Debtor's Application for Entry of an Order: (I) to Retain and Employ Morvillo Abramowitz Grand Iason & Anello P.C. as Special Regulatory Counsel, *Nunc Pro Tunc* as of the Petition Date; and (II) Granting Certain Related Relief [Dkt. No. 133]; and

3. Notice of Agenda of Matters Scheduled for Hearing on September 13, 2019 at 10:00 a.m. [Dkt. No. 134].

_____
Patricia A. Wright

Sworn to before me this
16th day of September 2019

_____
Notary Public

[Notary Seal: RICHARD BRADLEY VOLLKOMMER, NOTARY PUBLIC, STATE OF NEW YORK, NEW YORK COUNTY, Comm. No. 02VO6364084, Comm. Exp. 09/05/2021]

**EMAIL MASTER SERVICE LIST**

serene.nakano@usdoj.gov
rick@endpoint.com
j.johnson@pcigroup.com
william.hao@alston.com
will.sugden@alston.com
chris.donoho@hoganlovells.com
john.beck@hoganlovells.com
clark.russell@ag.ny.gov
jboelter@sidley.com
apropps@sidley.com
wcurtin@sidley.com
npasalides@reichpc.com
justin.clouser@atg.in.gov
heather.crockett@atg.in.gov
cleveland.burke@wallerlaw.com
derek.edwards@wallerlaw.com
AGBankNewYork@ag.tn.gov
keith.wofford@ropesgray.com
daniel.egan@ropesgray.com
roy.dixon@ropesgray.com
brcalendar@ropesgray.com
scott@bursor.com
jmarchese@bursor.com
pfraietta@bursor.com
aleslie@bursor.com
ltaylor@carellabyrne.com
jordan.adler@ag.ny.gov
snewburgh@mclaughlinstern.com
Abigail.ryan@oag.texas.gov
mshriro@singerlevick.com