UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
Retrieval-Masters Creditors Bureau, Inc.,          :        Case No. 19-23185 (RDD)
                                                   :
                       Debtor.                     :
------------------------------------------------------------x

**ORDER AUTHORIZING REIMBURSEMENT AND/OR
PAYMENT OF EXPENSES UNDER INSURANCE POLICIES**

Upon the motion (the "**Motion**") of the debtor and debtor in possession herein (the "**Debtor**") for entry of an order, pursuant to sections 105(a), 541, 1107(a) and 1108 of the Bankruptcy Code, authorizing the Debtor's insurers, Starr Surplus Lines Insurance Company ("**Starr**") and Ironshore Specialty Insurance Company ("**Ironshore**" and, together with Starr, the "**Insurers**"),[1] to make payments to, or on behalf of, the Debtor for the advancement or reimbursement of covered costs under the Starr Policy and Ironshore Policy, as defined in the Motion (collectively, the "**Policies**"); and, after due and sufficient notice of the Motion, there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on September 13, 2019; and after due deliberation thereon, the Court having found good cause and sufficient for the relief requested, it is hereby

ORDERED, that the Motion is granted to the extent set forth herein; and it is further

ORDERED, that amounts payable by Starr for the reimbursement or advancement of costs or expenses incurred by the Debtor under the Starr Policy (as defined in the Motion) constitute property of the Debtor's estate and shall be paid to, or pursuant to the direction of, the Debtor, subject to the terms and conditions of the Starr Policy; and it is further

---

[1] Under the relevant "policy tower," Starr provides primary insurance coverage, while Ironshore provides excess insurance coverage.

-2-

ORDERED, that amounts payable by Ironshore for the reimbursement or advancement of costs or expenses incurred by the Debtor under the Ironshore Policy (as defined in the Motion) constitute property of the Debtor's estate and shall be paid to, or pursuant to the direction of, the Debtor; subject to the terms and conditions of the Ironshore Policy; and it is further

ORDERED, that any amounts payable by the Insurers for the reimbursement or advance of costs or expenses incurred by the Debtor under the Policies (as defined in the Motion) are proceeds of the Policies; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters relating to or arising from the interpretation or implementation of this Order.

Dated: September 19, 2019
      White Plains, New York

    /s/Robert D. Drain_____
    THE HONORABLE ROBERT D. DRAIN
    UNITED STATES BANKRUPTCY JUDGE