**Presentment Date and Time: September 26, 2019 at 12:00 noon (EDT)**
**Objection Deadline: September 25, 2019 at 11:30 a.m. (EDT)**

CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Counsel for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                                      :    Chapter 11
                                                           :
Retrieval-Masters Creditors Bureau, Inc.,[1]               :    Case No. 19-23185 (RDD)
                                                           :
          Debtor.                                          :
-----------------------------------------------------------x

# NOTICE OF PRESENTMENT OF STIPULATION AND ORDER RESOLVING CLAIMS BETWEEN AND AMONG DEBTOR AND CONDUENT STATE & LOCAL SOLUTIONS, LLC

---

[1] The last four digits of the Debtor's taxpayer identification number is 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

4851-0663-4662
7022536

**PLEASE TAKE NOTICE** that the undersigned will present the annexed *Stipulation and Order Resolving Claims Between and Among Debtor and Conduent State & Local Solutions, LLC* (the "**Stipulation**"), to the Honorable Robert D. Drain, United States Bankruptcy Judge for signature on September 26, 2019 at 12:00 noon (EDT).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Stipulation must: (i) be made in writing; (ii) state with particularity the grounds therefore; (iii) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York (the **"Bankruptcy Court"**); (iv) be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov, the official website of the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), (with hard copy delivered directly to Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601-4140); and be served in accordance with *Order Granting Debtor's Motion For Order Authorizing the Establishment of Certain Notice, Case Management, and Administrative Procedures*, entered on June 24, 2019 (ECF No. 31).

**PLEASE TAKE FURTHER NOTICE** that unless an objection is served and filed so as to be received by **September 25, 2019 at 11:30 a.m. (EDT),** the Stipulation may be signed and entered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed and served, a hearing will be held to consider such objection before the Honorable Robert D. Drain, United States Bankruptcy Judge at a date and time to be announced.

Dated: September 19, 2019
      New York, New York

           CHAPMAN AND CUTLER LLP
           *Counsel for the Debtor and Debtor in Possession*

           By:  /s/Steven Wilamowsky
               Steven Wilamowsky
               1270 Avenue of the Americas
               30th Floor
               New York, NY 10020-1708
               Telephone: 212.655.6000

           -and-

           Aaron M. Krieger
           111 West Monroe Street
           Chicago, IL 60603-4080
           Telephone: 312.845.3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                              :     Chapter 11
                                                                   :
Retrieval-Masters Creditors Bureau, Inc.,[1]                       :     Case No. 19-23185 (RDD)
                                                                   :
                        Debtor.                                    :
---------------------------------------------------------------x

### STIPULATION AND ORDER RESOLVING CLAIMS BETWEEN AND AMONG DEBTOR AND CONDUENT STATE & LOCAL SOLUTIONS, LLC

This *Stipulation and Order Resolving Claims Between and Among Debtor And Conduent State & Local Solutions, LLC* (this "Stipulation") is entered into by and between: Retrieval-Masters Creditors Bureau, Inc. (the "Debtor") and Conduent State & Local Solutions, LLC ("Conduent" and, together with the Debtor, the "Parties"), by their undersigned counsel, with reference to the following facts:

### RECITALS

A.   Conduent (as successor) and the Debtor are parties to that Definitive Subcontract Agreement By and Between ACS State & Local Solutions, Inc. and Retrieval-Masters Creditors Bureau, Inc., to Provide Services in Support of Payment Collections For New Jersey E-ZPass Professional Services Program (as amended from time to time, the "Contract").

B.   Pursuant to the Contract and the Parties' course of conduct prior to the date of the commencement of the Debtor's chapter 11 case on June 17, 2019 (the "Petition Date"), the Debtor would receive funds on behalf of Conduent, and was entitled to a fixed percentage of those funds. Similarly, Conduent would receive funds that would entitle the Debtor to a fixed

---

[1]   The last four digits of the Debtor's taxpayer identification number is 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also has done business as American Medical Collection Agency.

percentage of the amounts received. The Parties would then reconcile the various accounts receivable and payable to each other in the ordinary course of business on a regular basis.

C. Since the Petition Date, the Debtor is no longer operating its business as a going concern. However, residual receipts associated with collection accounts assigned to Conduent under the Contract have continued, both for the Debtor and for Conduent.

D. The Parties wish to wind-up their relationship on an amicable basis, provide for the reconciliation of all outstanding balances, and for mutual cooperation in furtherance of the foregoing.

## AGREEMENT

**NOW, THEREFORE,** in consideration of the foregoing, the Parties hereby stipulate and agree as follows:

1. Effective as of September 1, 2019, the Debtor shall forward all payments received from or on behalf of Conduent account debtors (including, without limitation, checks, money orders and cash) to Conduent for deposit and Conduent shall be authorized to deposit the cash, checks and money orders into its New Jersey Turnpike Authority Account.

2. Within four (4) business days after this Stipulation is "so ordered" by the Court: (a) the Debtor shall provide Conduent with all payment files (payments processed by the Debtor – known as "pmt" files) not previously provided to Conduent; and (b) Conduent (New Jersey Turnpike Authority account) shall transfer $21,827.65 to the Debtor, representing the net amount owed to the Debtor as of September 6, 2019 (the "Reconciliation Payment"), in full and final satisfaction of any amounts due and owing between the Parties as of such date.

3. For the avoidance of doubt, the Debtor shall conduct no additional active collection efforts on behalf of Conduent or Conduent's customers.

4. To the extent that, notwithstanding the foregoing, payments continue to be received by either or both of the Parties in respect of accounts previously assigned to the Debtor for collection under the Contract and in accordance with the Parties' prior course of conduct, Conduent shall continue to provide to the Debtor, on a weekly basis, update files that identify all payments Conduent has received directly from Conduent account debtors and/or from the payments that the Debtor has forwarded in the manner described in paragraph 1 hereof. Unless otherwise agreed, the Debtor shall provide Conduent with reconciliation invoices and reports approximately every fifteen (15) days for a period of at least ninety (90) days after the date hereof, reflecting the payments and fees due the Debtor from Conduent account debtors assigned to the Debtor for collection under the Contract.

5. This Stipulation shall be in full and final satisfaction of any claims (including, without limitation, chapter 5 causes of action) of the Parties against each other under the Contract in relation to the Reconciliation Payment or any ancillary documents or agreements, and shall insure to the benefit of any successors or assigns. Other than the respective obligations of the Parties set forth herein, the Parties shall have no further obligations to each other arising from or related to the Contract or the course of the Parties' dealings thereunder.

6. The Parties have cooperated in the drafting and preparation of this Stipulation. Therefore, neither shall be considered the sole or primary drafter for the purposes of the interpretation of any ambiguities in this Stipulation.

7. This Stipulation shall not be effective unless and until "so ordered" by the Court.

8. The Court shall retain jurisdiction with respect to the interpretation, implementation, and enforcement of this Stipulation.

Dated:  September 19, 2019
       New York, New York

| | |
|---|---|
| **CHAPMAN AND CUTLER LLP** | **SINGER & LEVICK** |
| *[signature]* | *[signature]* |
| Steven Wilamowsky, Esq. | Larry A. Levick |
| 1270 Avenue of the Americas | 16200 Addison Road, Suite 140 |
| New York, NY 10022 | Addison, Texas 75001 |
| Telephone: 212.655.6000 | Tel: 972.380.5533 |
| Email: wilamowsky@chapman.com | Email: levick@singerlevick.com |
| | |
| and | *Attorneys for Conduent State & Local Solutions, LLC* |
| | |
| Aaron M. Krieger | |
| 111 West Monroe Street | |
| Chicago, IL 60603-4080 | |
| Telephone: 312.845.3000 | |
| Email: akrieger@chapman.com | |
| | |
| *Counsel for Debtor and Debtor in Possession* | |

**SO ORDERED:**

Dated: [_____], 2019
      White Plains, NY

_____
The Honorable Robert D. Drain
United States Bankruptcy Judge

- 4 -