**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RETRIEVAL-MASTERS CREDITORS BUREAU, INC.,[1]

Debtor.

Chapter 11

Case No. 19-23185 (RDD)

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Adrienne K. Walker to be admitted¸ *pro hac vice*, to represent Inform Diagnostics Life Sciences in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, it is hereby

**ORDERED**, that Adrienne K. Walker, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case to represent Inform Diagnostics Life Sciences in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 26, 2019
White Plains, New York

/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

---

[1]    The last four digits of the Debtor's taxpayer identification number are 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, New York. The Debtor also does business as American Medical Collection Agency ("AMCA").

5849139.1