CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Counsel for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                        : Chapter 11
                                                             :
Retrieval-Masters Creditors Bureau, Inc.,[1]                 : Case No. 19-23185 (RDD)
                                                             :
                    Debtor.                                  :
---------------------------------------------------------x

# NOTICE OF CANCELLATION OF OMNIBUS HEARING
## SCHEDULED FOR OCTOBER 11, 2019 AT 10:00 A.M.

Location of Hearing:    The Honorable Robert D. Drain
                        United States Bankruptcy Court for the Southern District of New York
                        300 Quarropas Street, Room 248
                        White Plains, New York 10601

Copies of Motions:      A copy of each pleading can be viewed on the Court's website at
                        http://www.nysb.uscourts.gov or by request of Debtor's undersigned
                        proposed counsel.

---

[1] The last four digits of the Debtor's taxpayer identification number is 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

4816-7731-4473
7022536

**PLEASE TAKE NOTICE** that all of the following matters scheduled for consideration at the omnibus hearing on **October 11, 2019 at 10:00 a.m. (EDT)** (the "**Hearing**") are uncontested or have been adjourned.  Accordingly, **this Hearing has been cancelled**.

I.   **CERTIFICATE OF NO OBJECTION:**

    A.   Creditor Wagner, Ferber, Fine & Ackerman, PLLC's Motion to Confirm no Automatic Stay is in Effect and to Approve Third Party Payment to Complete and File Debtor's 2018 Corporate Tax Return [Docket No. 145].

        Objection Deadline:   October 4, 2019 at 4:00 p.m. (EDT).

        Related Document:   Certificate of No Objection [Docket No. 155].

        Responses Received:   None.

        Status: The Creditor has submitted a Certificate of No Objection and has requested that the Court enter the proposed order.

    B.   Debtor's Application for an Order: (i) to Retain and Employ Geist Schwarz & Jellinek, PLLC as Special Landlord Litigation Counsel, *Nunc Pro Tunc* as of September 6, 2019; and (ii) Granting Certain Related Relief [Docket No. 150].

        Objection Deadline:   October 4, 2019 at 4:00 p.m. (EDT).

        Related Document:   Certificate of No Objection [Docket No. 157].

        Responses Received:   None.

        Status: The Debtor has submitted a Certificate of No Objection and has requested that the Court enter the proposed order.

II.   **ADJOURNED MATTERS:**

    C.   State of Indiana's Motion to Convert to Chapter 7, or in the Alternative, Appoint a Chapter 11 Trustee [Docket No. 52].

        Objection Deadline:   October 4, 2019 at 4:00 p.m. (EDT).

        Related Documents:

        1.   State of Indiana's Notice and Motion Scheduling Hearing on Motion to Convert to Chapter 7, or in the Alternative, Appoint a Chapter 11 Trustee [Docket No. 111];

2. Statements in support of State of Indiana's Motion to Convert to Chapter 7, Or in the Alternative, Appoint a Chapter 11 Trustee [Docket No. 60];

3. Supplemental Statements in Support of State of Indiana's Motion to Convert to Chapter 7, or in the Alternative, Appoint a Chapter 11 Trustee [Docket No. 69];

4. Second Supplemental Statement in Support of State of Indiana's Motion to Convert to Chapter 7, or in the Alternative, Appoint a Chapter 11 Trustee [Docket No. 75];

5. Joinder of Optum360, LLC to State of Indiana's Motion to Convert to Chapter 7, or, in the Alternative, Appoint a Chapter 11 Trustee [Docket No. 67];

6. Joinder of Quest Diagnostics Incorporated to the State of Indiana's Motion to Convert to Chapter 7 or, in the Alternative, Appoint a Chapter 11 Trustee [Docket No. 72];

7. Notice of Presentment and Joint Motion to Adjourn Docket Numbers 3 and 52 without Date and Without Prejudice and Notice of Agreement Between Debtor and Multi-State Group [Docket No. 153].

Responses Received: None

Status: The parties have jointly moved to have this matter consensually adjourned *sine die*.

D. Motion of Inform Diagnostics Life Sciences for an Order Modifying the Automatic Stay to Permit Termination of Certain Contracts or, in the Alternative, to Provide Adequate Protection and Compel the Debtor to Assume or Reject Certain Contracts [Docket No. 147].

Objection Deadline: October 4, 2019 at 4:00 p.m. (ET).

Related Document: N/A.

Responses Received: N/A.

Status: This matter has been consensually adjourned to the November 14, 2019 Omnibus Hearing Date.

*[Remainder of page intentionally left blank]*

3

Dated: October 10, 2019
New York, New York

                    CHAPMAN AND CUTLER LLP
                    *Counsel for the Debtor and Debtor in Possession*

By: /s/ Steven Wilamowsky
    Steven Wilamowsky
    1270 Avenue of the Americas
    30th Floor
    New York, NY 10020-1708
    Telephone: 212.655.6000

    -and-

    Aaron M. Krieger
    111 West Monroe Street
    Chicago, IL 60603-4080
    Telephone: 312.845.3000