HEARING DATE AND TIME: NOVEMBER 14, 2019 AT 10:00 A.M. (EST)

McLAUGHLIN & STERN PLLC
Steven S. Newburgh (*admitted pro hac vice*)
525 Okeechobee Blvd.
CityPlace Office Tower – Suite 1700
West Palm Beach, FL  33401
Telephone: (561) 659-4020 Ext. 3027
snewburgh@mclaughlinstern.com

*Attorneys for Creditor, Wagner, Ferber,*
*Fine & Ackerman, PLLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Retrieval-Masters Creditors Bureau, Inc. | Case No. 19-23185 (RDD) |
| Debtor. | **RELATED DOC. NO. 145** |

------------------------------------------------------------------------------------------------x

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing on *Creditor, Wagner, Ferber, Fine & Ackerman, PLLC's Motion to Confirm No automatic Stay is in Effect and to Approve Third Party Payment to Complete and File Debtor's 2018 Corporate Tax Return* **[Docket No. 145]** will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 248 of the United States bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York  10601, on **November 14, 2019 at  10:00 a.m. (Eastern Time).**

Dated: October 10, 2019

                                              McLAUGHLIN & STERN PLLC

                        By:   /s/ Steven S. Newburgh
                               Steven S. Newburgh, Esq.
                               CityPlace Office Tower-Suite 1700
                               525 Okeechobee Boulevard
                               West Palm Beach, FL  33401
                               Telephone: (561) 659-4020 Ext. 3027
                               Facsimile: (561) 659-4438
                               Email:snewburgh@mclaughlinstern.com

                               *Attorneys for Creditor Wagner, Ferber, Fine & Ackerman, PLLC*