MORVILLO ABRAMOWITZ
 GRAND IASON & ANELLO P.C.
Richard D. Weinberg
565 Fifth Avenue
10th Floor
New York, NY 10017
Telephone: 212.856.9600

*Counsel for the Debtor and*
*Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re                          :    Chapter 11
                               :
Retrieval-Masters Creditors Bureau, Inc.,[1]   :    Case No. 19-23185 (RDD)
                               :
                  Debtor.          :
----------------------------------------------------------x

### SUMMARY OF FIRST INTERIM APPLICATION OF MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. AS DEBTOR'S COUNSEL FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED

| | |
|---|---|
| Name of Applicant: | Morvillo Abramowitz Grand Iason & Anello P.C. |
| Authorized to provide professional services to: | Debtor and Debtor in Possession |
| Date of Retention: | September 18, 2019, *nunc pro tunc* to June 17, 2019 |
| Period for which Interim Compensation and Reimbursement is Sought: | June 17, 2019 through September 30, 2019 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary for Interim Period: | $392,780.00 |

---

[1]     The last four digits of the Debtor's taxpayer identification number is 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

Amount of Expense Reimbursement Sought
as Actual, Reasonable and Necessary for
Interim Period:                                    $3,819.61

This is an:                                        Interim Application

MORVILLO ABRAMOWITZ
 GRAND IASON & ANELLO P.C.
Richard D. Weinberg
565 Fifth Avenue
10th Floor
New York, NY 10017
Telephone: 212.856.9600

*Counsel for the Debtor and*
*Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                 :    Chapter 11
                                                                        :
Retrieval-Masters Creditors Bureau, Inc.,[2]     :    Case No. 19-23185 (RDD)
                                                                        :
                                       Debtor.               :
---------------------------------------------------------x

## FIRST INTERIM APPLICATION OF MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. AS DEBTOR'S COUNSEL FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED

Morvillo Abramowitz Grand Iason & Anello P.C. ("Morvillo Abramowitz"), as chapter

11 regulatory counsel for the debtor and debtor in possession in the above captioned chapter 11

case (the "Debtor"), files its first application (this "Application") pursuant to §330(a) of title 11,

United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") for allowance of interim compensation for professional

services performed and for reimbursement of expenses for the period between June 17, 2019 and

---

[2]      The last four digits of the Debtor's taxpayer identification number is 9495.  The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

September 30, 2019 (the "First Interim Period"). In support of the Application, Morvillo Abramowitz respectfully represents as follows:

## RELIEF REQUESTED

1.      During the First Interim Period, Morvillo Abramowitz represented the Debtor in connection with all of its dealings with regulatory and law enforcement authorities.

2.      By this Application, Morvillo Abramowitz seeks to be approved for interim compensation in the aggregate amount of $392,780.00 for professional services performed on behalf of the Debtor and reimbursement of actual and necessary expenses in the aggregate amount of $3,819.61 incurred by Morvillo Abramowitz during the First Interim Period.

3.      Morvillo Abramowitz received a pre-petition retainer in the amount of $50,000.00 (the "Initial Retainer"). Morvillo Abramowitz has applied the $50,000 retainer against legal services performed pre-petition; of the initial retainer, $3,371.45 remains, and has been applied to legal services performed post-petition. Morvillo Abramowitz has not received any payment other than the Retainer on account of its representation of the Debtor in this chapter 11 case. After giving the Debtor credit for the amount of the Initial Retainer, Morvillo Abramowitz requests an aggregate award for this First Interim Period authorizing payment of $389,416.55 for services rendered and $3,819.61 for reimbursement of actual and necessary expenses, for a total payment request of $393,228.16.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§157 and 1334. This is a "core" proceeding pursuant to 28 U.S.C. §159(b).

5.      Venue of these proceedings and over this Application are proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

## COMPLIANCE WITH GUIDELINES

6.      This Application was prepared in accordance with (a) the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (the "Local Guidelines") established and adopted by the United States Bankruptcy Court for the Southern District of New York pursuant to General Order M-389; and (b) the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, adopted on January 30, 1996 (the "UST Guidelines" and together with the Local Guidelines, the "Guidelines").

7.      Pursuant to, and consistent with, the Guidelines, the following exhibits are attached hereto:

> **Exhibit A** contains a certification by undersigned counsel regarding compliance with the Guidelines;
>
> **Exhibit B** contains a list of Morvillo Abramowitz's project categories and the total billed to each category (all of Morvillo Abramowitz's work was billed to a single regulatory matters project category as a result of its sole role in this case as regulatory counsel);
>
> **Exhibit C** contains a billing summary for the First Interim Period that includes the name of each attorney and paraprofessional for whose work compensation is sought, each attorney's year of bar admission and area of practice concentration, the aggregate time expended by each professional and each paraprofessional and the corresponding hourly billing rate at Morvillo Abramowitz's current billing rates and an indication of the individual amounts requested as part of this Application; and
>
> **Exhibit D** contains copies of Morvillo Abramowitz's time logs for the First Interim Period, subject to redaction to preserve privileged and confidential information. The time log contains: (i) a daily description of the services rendered and the hours expended by the various Morvillo Abramowitz attorneys and paraprofessionals who performed services in this case; and (ii) a detailed schedule listing the expenses and disbursements for which Morvillo Abramowitz seeks reimbursement.[3]

---

[3]    Morvillo Abramowitz has prepared this exhibit based upon, among other things, computerized daily time records maintained by Morvillo Abramowitz's attorneys and paraprofessionals who provided services in this case.

8.     The fees sought in this Application reflect an aggregate of 501.80 hours expended by Morvillo Abramowitz professionals and paraprofessionals during the First Interim Period rendering necessary and beneficial legal services to the Debtor at a blended average hourly rate of $782.74 for both attorneys and paraprofessionals.  Morvillo Abramowitz maintains computerized records of the time expended in the performance of the professional services required by the Debtor and its estate.  These records are maintained in the ordinary course of Morvillo Abramowitz's practice.

9.     The hourly rates and corresponding rate structure utilized by Morvillo Abramowitz in this chapter 11 case are equivalent to the hourly rates and corresponding rate structure predominately used by Morvillo Abramowitz for representing entities or individuals in regulatory or law enforcement investigations, regardless of whether a fee application is required.

10.     Morvillo Abramowitz's hourly rates are set at a level designed to compensate Morvillo Abramowitz fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

11.     Morvillo Abramowitz regularly reviews its bills to ensure that the Debtor is only billed for services that are actual and necessary.  Moreover, in accordance with the Guidelines, Morvillo Abramowitz regularly reduces its expenses, particularly expenses related to travel and overtime meals.

12.     This Application is Morvillo Abramowitz's first interim request for compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor.  No understanding exists between Morvillo Abramowitz and any other person for the sharing of

compensation sought by Morvillo Abramowitz except among the partners and associates of Morvillo Abramowitz.

## RETENTION OF MORVILLO ABRAMOWITZ

13.    Pursuant to an order of this Court dated September 18, 2019 [ECF No. 139] (the "Retention Order"), the Debtor was authorized to retain Morvillo Abramowitz as its counsel to render legal services during this chapter 11 case *nunc pro tunc* to the chapter 11 petition date of June 17, 2019 (the "Petition Date").  An as-filed copy of the Retention Order is annexed hereto as Exhibit "E".

14.    The Retention Order authorizes the Debtor to compensate and reimburse Morvillo Abramowitz in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the U.S. Trustee Guidelines.

15.    The Retention Order further authorizes the Debtor to compensate Morvillo Abramowitz at its standard hourly rates charged for services of this type and to reimburse Morvillo Abramowitz for its actual necessary out-of-pocket expenses incurred, subjected to application to this Court.

## SUMMARY OF PROFESSIONAL SERVICES

16.    All of the legal services provided by Morvillo Abramowitz related to representation of the Debtor with all regulatory and law enforcement agencies.

17.    As set out more fully in the *Declaration of Russell H. Fuchs Pursuant to Local Bankruptcy Rule 1007-2 and in Support of "First Day" Motions* [Doc. No. 2], the Debtor's filing for chapter 11 protection was the direct result of a catastrophic data breach.

18.    As a result of the data breach, the Debtor has become the subject of numerous

local, state and federal regulatory investigations, all of which require the assistance of special

regulatory counsel.  During the pendency of this chapter 11 case, Morvillo Abramowitz, in

collaboration with the Debtor's primary bankruptcy counsel, has provided services relating these

ongoing regulatory investigations including, but not limited to, the following:

    a.    Reviewing and responding to formal and informal regulatory information

       requests;

    b.    Preparing the Debtor's professionals for interviews with government agencies;

    c.    Investigating Debtor policies and procedures in connection with the foregoing;

    d.    Conversations and correspondence with regulators and law enforcement agencies.

19.    Work billed by Morvillo Abramowitz was conducted in consultation with the

Debtor's bankruptcy counsel in such a way as to avoid duplication of services.

## REASONABLE AND NECESSARY SERVICES
## RENDERED BY MORVILLO ABRAMOWITZ

20.    The foregoing professional services rendered by Morvillo Abramowitz on behalf

of the Debtor during the First Interim Period were reasonable, necessary and appropriate given

the circumstances of this small, but complex chapter 11 case.

21.    During the First Interim Period, Morvillo Abramowitz advised and assisted the

Debtor in every phase of Debtor's dealings with regulatory and law enforcement authorities.

22.    Morvillo Abramowitz's hourly billing rotes for the attorneys primarily

responsible for representing the Debtor range from $575 to $975.  Allowance of compensation in

the amount requested would result in a blended hour billing rate for attorneys of approximately

$804.40, based on approximately 484 attorney hours at Morvillo Abramowitz's regular billing rates in effect at the time of the performance of services.

23.     The hourly rates and corresponding rate structure utilized by Morvillo Abramowitz in this chapter 11 case are equivalent to the hourly rates in corresponding rate structure predominately used by Morvillo Abramowitz for representing clients in regulatory and law enforcement investigations.

## ACTUAL AND NECESSARY EXPENSES INCURRED BY MORVILLO ABRAMOWITZ

24.     As set forth in Exhibit "D" attached hereto, Morvillo Abramowitz has incurred a total of $3,819.61 in expenses on behalf of the Debtor during the First Interim Period

25.     Only clients who actually use services of the types set forth in Exhibit "D" of this Application are separately charged for such services.  The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive services of the type listed.  The actual expenses incurred in providing professional services were necessary, reasonable and justified under the circumstances to serve the needs of the Debtor in the chapter 11 case.

## STATUTORY BASIS FOR RELIEF REQUESTED

26.     The statutory basis for relief sought herein are sections 330 and 331 of Title 11 of the Bankruptcy Code and Bankruptcy Rule 2016, as supplemented by the Local bankruptcy Rules.  Under Section 330(a)(3) of the Bankruptcy Code, a Court shall consider the following factors in determining whether the amount of compensation requested is reasonable:

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*See* Section 330(a)(3) of the Bankruptcy Code.

27.     The philosophy underlying the adoption of section 330 of the Bankruptcy Code is equally applicable to interim compensation. The Bankruptcy Code provides that the same consideration apply to making interim awards of compensation under section 331 as to final allowances under section 330. *See In re Public Service Co. of New Hampshire*, 93 B.R. at 826; *In re International Horizons, Inc.*, 10 B.R. 895 (Bankr.N.D.Ga. 1981). Section 331 of the Bankruptcy Code provides: "A trustee, an examiner, a debtor's attorney, or any professional person employed under section 327 or 1103 of this title may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered before the date of such an application or reimbursement for expenses incurred before such date as is provided under section 330 of this title. After notice and a hearing, the court may allow and disburse to such applicant such compensation or reimbursement." 11 U.S.C. §331.

28.     In the instant case, Morvillo Abramowitz respectfully submits that the services for which it seeks compensation in this Application were necessary for and beneficial to the Debtor and its estate and were rendered to protect and preserve the Debtor's estate. Morvillo

-8-

Abramowitz respectfully submits that the services rendered to the Debtor were performed economically, effectively and efficiently and that the results obtained to date have benefited not only the Debtor but all stakeholders in the Debtor's chapter 11 case. Morvillo Abramowitz further submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Debtor, its estate and all parties in interest.

29.    As demonstrated by this Application and all of the exhibits submitted in support hereof, Morvillo Abramowitz spent its time economically and without unnecessary duplication. In addition, the work conducted was carefully assigned to appropriate attorneys or paraprofessionals according to the experience and level of expertise required for each particular task. In summary, the services rendered by Morvillo Abramowitz were necessary and beneficial to the Debtor and its estate and were consistently performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved.

30.    It is respectfully submitted that the compensation and expenses sought herein by Morvillo Abramowitz should be allowed based on the above standard. The rates charged are typical of other comparably skilled practitioners, and the amount of time spent was reasonable in light of the nature of the issues presented and the complexity of the administration of the Debtor's case. The services provided were both necessary and beneficial to the administration of the case, the estate and the Debtor's creditors.

31.    Accordingly, Morvillo Abramowitz respectfully submits that approval of the compensation and expense reimbursement sought herein is warranted.

32.    This Application includes citations to the applicable rules and statutory authorities upon which the relief requested herein is predicated, and a discussion of their application to this

Application.  Accordingly, Morvillo Abramowitz submits that this Application satisfies Rule

9013-1(a) of the Local Bankruptcy Rules.

## STATEMENT REGARDING UNITED STATES TRUSTEE GUIDELINES

33.     The following information is provided in response to information requested in the

UST Guidelines:

**Question**: Did Morvillo Abramowitz agree to any variations from, or alternatives to, Morvillo Abramowitz's standard or customary billing arrangements for this engagement?

**Response**: No.

**Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the Debtor?

**Response**: The fees sought are not higher by 10% or more than budgeted.

**Question**: Have any of the professionals whose fees are sought in the Fee Application varied their rate based on the geographic location of the Debtor's chapter 11 case?

**Response**: No.

**Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application). If so, please quantify by hours and fees.

**Response**: No.

**Question**: If the Fee Application includes any rate increase since retention, (i) Did your client review and approve those rate increases in advance?; and (ii) Did your client agree when retaining the law firm to accept all future rate increases?

**Response**: The Fee Application does not include a rate increase.

**NOTICE**

34.  A copy of this Application has been provided to the Office of the United States Trustee and the Debtor.

35.  The Debtor will provide notice of this Application in a manner compliant with the Court's *Order Granting Debtor's Motion for Order Authorizing the Establishment of Certain Notice, Case Management, and Administrative Procedures* [Doc. No. 31], dated June 24, 2019.

36.  Any party in interest may obtain copies of this Application from the Court's ECF System or upon reasonable written request to undersigned counsel.

37.  Morvillo Abramowitz respectfully submits that further or different notice of this Application is neither required nor necessary.

38.  No prior application for the relief requested herein has been made to this or any other court.

WHEREFORE, Morvillo Abramowitz Grand Iason & Anello P.C. respectfully requests that the Court enter an order granting this Application in its entirety and for such further and different relief as is just, proper and equitable.


Dated:  October 23, 2019
New York, New York

<div style="margin-left:40%">

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.
Counsel for the Debtor and
Debtor *in Possession*

Telephone: (212) 856-9600

By: /s/Richard D. Weinberg
     Richard D. Weinberg
     565 Fifth Avenue
     10th Floor
     New York, NY 10020-1708
     Telephone: 212.655.6000

</div>

Exhibit A

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.
Richard D. Weinberg
565 Fifth Avenue
10th Floor
New York, NY 10017
Telephone: 212.856.9600

*Counsel for the Debtor and*
*Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                                  :    Chapter 11
                                                       :
Retrieval-Masters Creditors Bureau, Inc.,[4]           :    Case No. 19-23185 (RDD)
                                                       :
                            Debtor.                    :
--------------------------------------------------------x

**CERTIFICATION OF RICHARD WEINBERG PURSUANT TO GENERAL ORDER M-
389 REGARDING THE FIRST INTERIM APPLICATION OF MORVILLO
ABRAMOWITZ GRAND IASON & ANELLO P.C. AS ATTORNEYS FOR THE
DEBTOR AND DEBTOR IN POSSESSION FOR ALLOWANCE AND PAYMENT OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM
JUNE 17, 2019 THROUGH SEPTEMBER 30, 2019**

I, Richard Weinberg, certify as follows:

      1.      I am a partner at the law firm of Morvillo Abramowitz Grand Iason & Anello P.C.

("Morvillo Abramowitz"), with responsibility for the chapter 11 case of Retrieval-Masters

Creditors Bureau, Inc., debtor and debtor in possession (the "Debtor") in respect of, among other

things, compliance with (a) the Amended Guidelines for Fees and Disbursements for

Professionals in Southern District of New York Bankruptcy Cases (the "Local Guidelines")

---

[4]      The last four digits of the Debtor's taxpayer identification number is 9495.  The location of the Debtor's
service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523.
The Debtor also does business as American Medical Collection Agency.

established and adopted by the United States Bankruptcy Court for the Southern District of New

York pursuant to General Order M-389, and (b) the United States Trustee Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11

U.S.C. §330, adopted on January 30, 1996 (the "UST Guidelines" and, collectively, the

"Guidelines").

2.    With respect to Section B. I of the Local Guidelines, I certify that:

a.   I have read Morvillo Abramowitz's first interim application for
compensation and reimbursement of expenses (the "Application");

b.   to the best of my knowledge, information and belief: insofar as I can tell
after reasonable inquiry, the fees and disbursements sought fall within the
Guidelines, unless otherwise specifically noted in this certification and
described in the Application;

c.   except to the extent that fees or disbursements are prohibited by the Local
Guidelines or the UST Guidelines, the fees and disbursements sought are
billed at rates and in accordance with practices customarily employed by
Morvillo Abramowitz and generally accepted by Morvillo Abramowitz's
clients; and

d.   in providing a reimbursable service, Morvillo Abramowitz does not make
a profit on the service, whether the service is performed by Morvillo
Abramowitz in-house or through a third-party.

3.    With respect to Section B.3 of the Local Guidelines, I certify that the U.S. Trustee

will be provided with a copy of the application concurrently with the filing thereof and will have

at least 14 days to review such Application prior to any objection deadline with respect thereto.

Dated:  October 23, 2019
New York, New York

By:  /s/Richard Weinberg
Richard Weinberg
565 Fifth Avenue
10th Floor
New York, NY 10017
Telephone: 212.856.960

Exhibit B

| Project Category | Hours | Total Billed |
|---|---|---|
| Regulatory Matters | 501.80 | $392,780.00 |

| Total | 501.80 | $392,780.00 |

Exhibit C

| Professional Name | Year of Admission | Practice Area | Hours Billed | Billing Rate | Billed Amount |
|---|---|---|---|---|---|
| Richard Weinberg | 1973 | Litigation | 213.60 | $975 | $208,260.00 |
| Lawrence Iason | 1971 | Litigation | 51.20 | $975 | $ 49,920.00 |
| Justin Roller | 2014 | Litigation | 205.50 | $595 | $122,272.50 |
| William Kinder | 2015 | Litigation | 13.70 | $575 | $   8,877.50 |

Exhibit D

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

565 Fifth Avenue
New York, N.Y. 10017

Telephone  (212) 856-9600
Facsimile  (212) 856-9494
Fed Id #   13-2996017

Retrieval Masters Creditors Bureau
c/o Russell Fuchs
4 Westchester Plaza
Elmsford NY  10523

October 15, 2019
7453.00
Invoice No. 138964

### FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2019

**RE:   Investigation**

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| 06/17/19 | IASON | Telephone conference with D. Spears, J. Hendon, Weinberg, Roller | 0.80 | 780.00 |
| 06/17/19 | IASON | Conference with R. Weinberg | 0.40 | 390.00 |
| 06/17/19 | IASON | Exchange email | 1.80 | 1,755.00 |
| 06/17/19 | ROLLER | Call with L. Iason, R. Weinberg, D. Spears, and J. Hendon; follow-up call with L. Iason and R. Weinberg. | 0.80 | 476.00 |
| 06/17/19 | WEINBERG | Read documents. | 1.40 | 1,365.00 |
| 06/17/19 | WEINBERG | Conferences with L. Iason. | 0.40 | 390.00 |
| 06/17/19 | WEINBERG | Communications with other counsel. | 0.60 | 585.00 |
| 06/18/19 | IASON | Conference call with lawyers for RMCB, R. Fuchs, Weinberg, Roller | 1.30 | 1,267.50 |
| 06/18/19 | IASON | Exchange email | 1.30 | 1,267.50 |
| 06/18/19 | MOSS | Printed copies of documents related to Voluntary Petition. | 0.30 | 75.00 |
| 06/18/19 | ROLLER | Reviewing correspondence regarding bankruptcy filings and client requests. | 0.80 | 476.00 |
| 06/18/19 | ROLLER | Reviewing documents re RMCB. | 2.30 | 1,368.50 |
| 06/18/19 | ROLLER | Call with L. Iason, R. Weinberg, D. Spears, J. Hendon, S. Wilamowsky, A. Krieger, B. Scher, and R. Fuchs. | 1.30 | 773.50 |
| 06/18/19 | WEINBERG | Read documents. | 2.10 | 2,047.50 |
| 06/19/19 | IASON | Conference call including R. Fuchs | 0.50 | 487.50 |
| 06/19/19 | IASON | Telephone conference with D. Spears, J. Hendon, Weinberg | 0.30 | 292.50 |
| 06/19/19 | IASON | Conference with R. Weinberg | 0.30 | 292.50 |
| 06/19/19 | IASON | Conference with R. Weinberg, J. Roller | 0.30 | 292.50 |
| 06/19/19 | IASON | Review email | 1.00 | 975.00 |
| 06/19/19 | MOSS | Updated communications chart to reflect new correspondence with state AGs. | 0.30 | 75.00 |
| 06/19/19 | PRAGERP | Assemble and organize client documents | 1.50 | 375.00 |

Retrieval Masters Creditors Bureau                                             October 15, 2019
7453.00                                                                        Invoice No. 138964
Page 2

| | | | | |
|---|---|---|---|---|
| 06/19/19 | ROLLER | Meeting with L. Iason and R. Weinberg. | 0.20 | 119.00 |
| 06/19/19 | ROLLER | Reviewing AG and client requests; emails with L. Iason and R. Weinberg re same. | 1.30 | 773.50 |
| 06/19/19 | ROLLER | Reviewing correspondence re RMCB notices. | 0.50 | 297.50 |
| 06/19/19 | WEINBERG | Telephone conference with Spears, Hendon, Iason. | 0.30 | 292.50 |
| 06/19/19 | WEINBERG | Read documents. | 2.10 | 2,047.50 |
| 06/19/19 | WEINBERG | Telephone conference with Wilamowsky, Spears, Iason. | 0.40 | 390.00 |
| 06/19/19 | WEINBERG | Conferences with L. Iason. | 0.30 | 292.50 |
| 06/20/19 | IASON | Conference call with lawyers for RMCB | 0.80 | 780.00 |
| 06/20/19 | IASON | Telephone conference with S. Wilamowsky | 0.20 | 195.00 |
| 06/20/19 | MOSS | Updated information regarding pending civil suits. | 0.70 | 175.00 |
| 06/20/19 | PRAGERP | Assemble and organize client documents | 0.30 | 75.00 |
| 06/20/19 | ROLLER | Reviewing state attorney general requests. | 0.80 | 476.00 |
| 06/20/19 | ROLLER | Call with L. Iason, R. Weinberg, D. Spears (Spears & Imes), and S. Wilamowsky (Chapman). | 0.80 | 476.00 |
| 06/20/19 | WEINBERG | Prepare for AG call. | 0.40 | 390.00 |
| 06/20/19 | WEINBERG | Review documents. | 1.30 | 1,267.50 |
| 06/21/19 | IASON | Court appearances and conferences with lawyers for interested parties | 4.50 | 4,387.50 |
| 06/21/19 | IASON | Telephone conference with D. Spears, J. Hendon, S. Wilamowsky | 0.30 | 292.50 |
| 06/21/19 | ROLLER | Reviewing documents re RMCB. | 0.80 | 476.00 |
| 06/21/19 | WEINBERG | Read documents. | 0.80 | 780.00 |
| 06/21/19 | WEINBERG | Telephone conference with Chapman, Spears, Iason. | 0.10 | 97.50 |
| 06/22/19 | IASON | Telephone conference with A. Burnette (Alston & Bird) | 0.50 | 487.50 |
| 06/22/19 | IASON | Exchange email | 0.80 | 780.00 |
| 06/22/19 | WEINBERG | Read documents. | 1.20 | 1,170.00 |
| 06/23/19 | IASON | Telephone conference with A. Burnette | 0.30 | 292.50 |
| 06/23/19 | IASON | Exchange email | 0.70 | 682.50 |
| 06/23/19 | WEINBERG | Read documents. | 1.50 | 1,462.50 |
| 06/24/19 | IASON | Exchange email | 0.80 | 780.00 |
| 06/24/19 | IASON | Telephone conference with R. Fuchs, D. Spears, J. Hendon, S. Wilamowsky, R. Weinberg | 1.50 | 1,462.50 |
| 06/24/19 | IASON | Telephone conference with D. Spears, J. Hendon | 0.40 | 390.00 |
| 06/24/19 | IASON | Telephone conference with R. Weinberg | 0.40 | 390.00 |
| 06/24/19 | IASON | Telephone conference with A. Burnette | 0.40 | 390.00 |
| 06/24/19 | WEINBERG | Read documents. | 0.50 | 487.50 |
| 06/25/19 | IASON | Telephone conference with R. Fuchs, S. Wilanowsky, D. Spears | 0.40 | 390.00 |

Retrieval Masters Creditors Bureau                                        October 15, 2019
7453.00                                                                   Invoice No. 138964
Page 3

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/25/19 | IASON | Telephone conference with Alston & Bird lawyers | 1.00 | 975.00 |
| 06/25/19 | IASON | Telephone conference with D. Spears, J. Hendon | 0.20 | 195.00 |
| 06/25/19 | IASON | Telephone conference with R. Weinberg | 0.20 | 195.00 |
| 06/25/19 | IASON | Exchange email | 1.00 | 975.00 |
| 06/25/19 | ROLLER | Call with L. Iason. | 0.10 | 59.50 |
| 06/25/19 | ROLLER | Call with L. Iason, R. Weinberg, S. Wilamowsky, and Alston & Bird (counsel for Quest). | 0.80 | 476.00 |
| 06/25/19 | ROLLER | Call with L. Iason, D. Spears, J. Hendon, S. Wilamowsky, R. Fuchs, and J. Wollman. | 0.40 | 238.00 |
| 06/25/19 | ROLLER | Call with L. Iason, S. Wilamowsky, and Alston & Bird (counsel for Quest). | 0.30 | 178.50 |
| 06/26/19 | IASON | Telephone conference with S. Wilamowsky, C. Russell, H. Harris | 1.20 | 1,170.00 |
| 06/26/19 | IASON | Telephone conference with J. Wollman, S. Wilamowsky, representatives of Optum, lawyers from Alston & Bird | 1.10 | 1,072.50 |
| 06/26/19 | ROLLER | Call with L. Iason, R. Weinberg, S. Wilamowsky, C. Russell (NYAG), and H. Morris (TXAG). | 1.20 | 714.00 |
| 06/26/19 | ROLLER | Email L. Iason and R. Weinberg re state attorney general requests. | 0.20 | 119.00 |
| 06/26/19 | ROLLER | Call with L. Iason, S. Wilamowsky, J. Wollman, Alston & Bird (counsel for Quest), and Optum representatives. | 1.10 | 654.50 |
| 06/26/19 | ROLLER | Call with L. Iason, R. Weinberg, S. Wilamowsky, D. Spears, J. Hendon, and R. Fuchs. | 0.90 | 535.50 |
| 06/26/19 | ROLLER | Reviewing documents re RMCB; email L. Iason and R. Weinberg re same. | 0.40 | 238.00 |
| 06/26/19 | WEINBERG | Telephone conference with state regulators, L. Iason, J. Roller. | 1.20 | 1,170.00 |
| 06/26/19 | WEINBERG | Telephone conference with Spears, Hendon, Iason, Roller. | 0.80 | 780.00 |
| 06/27/19 | IASON | Conference with J. Wollman | 1.50 | 1,462.50 |
| 06/27/19 | IASON | Telephone conference with J. Hendon | 0.50 | 487.50 |
| 06/27/19 | IASON | Conference with R. Weinberg, J. Roller | 0.40 | 390.00 |
| 06/27/19 | IASON | Exchange email | 1.20 | 1,170.00 |
| 06/27/19 | ROLLER | Meeting with L. Iason, R. Weinberg, J. Hendon, and J. Wollman. | 1.50 | 892.50 |
| 06/27/19 | ROLLER | Reviewing documents re RMCB; emails with L. Iason and R. Weinberg re same. | 0.80 | 476.00 |
| 06/27/19 | ROLLER | Meeting with L. Iason and R. Weinberg. | 0.40 | 238.00 |
| 06/27/19 | ROLLER | Call with L. Iason, R. Weinberg, and J. Hendon. | 0.50 | 297.50 |

Retrieval Masters Creditors Bureau                                    October 15, 2019
7453.00                                                               Invoice No. 138964
Page 4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/27/19 | WEINBERG | Conference with J. Wollman, Hendon, Iason, Roller. | 1.50 | 1,462.50 |
| 06/27/19 | WEINBERG | Read documents. | 1.80 | 1,755.00 |
| 06/27/19 | WEINBERG | Conference with L. Iason, J. Roller. | 0.40 | 390.00 |
| 06/27/19 | WEINBERG | Telephone conference with Hendon, Iason, Roller. | 0.40 | 390.00 |
| 06/28/19 | IASON | Telephone conference with J. Wollman, J. Hendon | 0.50 | 487.50 |
| 06/28/19 | IASON | Review report | 0.30 | 292.50 |
| 06/28/19 | ROLLER | Call with L. Iason, D. Spears, J. Hendon, and S. Wilamowsky. | 0.50 | 297.50 |
| 06/28/19 | ROLLER | Call with L. Iason, R. Weinberg, J. Hendon, and J. Wollman. | 0.50 | 297.50 |
| 06/28/19 | ROLLER | Reviewing EndPoint documents; emails with L. Iason, R. Weinberg, and M. Moss re same. | 0.60 | 357.00 |
| 06/28/19 | ROLLER | Drafting and editing memorandum of meeting with J. Wollman. | 0.40 | 238.00 |
| 06/28/19 | WEINBERG | Telephone conference with Hendon, Wollman, Iason, Roller. | 0.50 | 487.50 |
| 06/28/19 | WEINBERG | Read documents. | 0.80 | 780.00 |
| 06/29/19 | WEINBERG | Read documents. | 0.40 | 390.00 |
| 06/30/19 | ROLLER | Reviewing Quest/Optum agreement and email correspondence re same. | 0.40 | 238.00 |
| 06/30/19 | WEINBERG | Read documents. | 0.40 | 390.00 |
| 07/01/19 | MOSS | Created binders related to RMBC reports and invoices. | 1.90 | 475.00 |
| 07/01/19 | ROLLER | Call with R. Weinberg, D. Spears, J. Hendon, S. Wilamowsky, B. Scher, R. Fuchs, and J. Wollman; follow-up meeting with R. Weinberg. | 1.10 | 654.50 |
| 07/01/19 | ROLLER | Reviewing correspondence re RMCB. | 0.20 | 119.00 |
| 07/01/19 | ROLLER | Call with L. Iason, R. Weinberg, D. Spears, J. Hendon, and S. Wilamowsky. | 0.60 | 357.00 |
| 07/01/19 | ROLLER | Meeting with L. Iason and R. Weinberg. | 0.30 | 178.50 |
| 07/01/19 | ROLLER | Call with R. Weinberg, L. Iason, J. Hendon, R. Keefe, and D. Briones/R. Phipps (End Point). | 0.70 | 416.50 |
| 07/01/19 | ROLLER | Drafting and editing memo re call with J. Wollman and data security; emails with L. Iason and R. Weinberg re same. | 2.00 | 1,190.00 |
| 07/01/19 | WEINBERG | Read documents. | 1.20 | 1,170.00 |
| 07/01/19 | WEINBERG | Telephone conference with Hendon. | 0.40 | 390.00 |
| 07/01/19 | WEINBERG | Telephone conference with Fuchs, Wollman, Wilamowsky, Spears, Hendon. | 0.40 | 390.00 |
| 07/01/19 | WEINBERG | Prepare letter to AGs. | 1.00 | 975.00 |
| 07/02/19 | IASON | Telephone conference with J. Hendon | 0.50 | 487.50 |
| 07/02/19 | IASON | Telephone conference with C. Russell | 0.30 | 292.50 |
| 07/02/19 | IASON | Exchange email | 1.20 | 1,170.00 |

Retrieval Masters Creditors Bureau                                October 15, 2019
7453.00                                                           Invoice No. 138964
Page 5

| | | | | |
|---|---|---|---|---|
| 07/02/19 | ROLLER | Call with R. Weinberg, L. Iason, J. Hendon, and S. Wilamowsky. | 0.50 | 297.50 |
| 07/02/19 | WEINBERG | Communication with other counsel. | 0.60 | 585.00 |
| 07/02/19 | WEINBERG | Review documents for call. | 1.40 | 1,365.00 |
| 07/02/19 | WEINBERG | Telephone conference with Hendon, Wilamowsky, L. Iason, J. Roller. | 0.20 | 195.00 |
| 07/02/19 | WEINBERG | Read documents. | 1.30 | 1,267.50 |
| 07/02/19 | WEINBERG | Prepare communications for AGs. | 0.80 | 780.00 |
| 07/02/19 | WEINBERG | Telephone conference with NYAG. | 0.40 | 390.00 |
| 07/02/19 | WEINBERG | Telephone conference with [redact]. | 0.50 | 487.50 |
| 07/03/19 | IASON | Conference with D. Spears, J. Hendon, S. Wilamowsky | 2.50 | 2,437.50 |
| 07/03/19 | IASON | Telephone conference with S. Wilamowsky, A. Holt Ryan, M. Wilder | 0.40 | 390.00 |
| 07/03/19 | IASON | Telephone conference with D. Spears, J. Hendon | 0.30 | 292.50 |
| 07/03/19 | IASON | Review email | 0.80 | 780.00 |
| 07/03/19 | ROLLER | Review correspondence re RMCB/Optum. | 0.30 | 178.50 |
| 07/03/19 | WEINBERG | Read documents. | 1.80 | 1,755.00 |
| 07/03/19 | WEINBERG | Telephone conference with Spears, Hendon, Iason. | 0.30 | 292.50 |
| 07/03/19 | WEINBERG | Conference with Spears, Hendon, Wilamowsky, Iason. | 2.50 | 2,437.50 |
| 07/03/19 | WEINBERG | Communications with other counsel. | 0.30 | 292.50 |
| 07/04/19 | ROLLER | Reviewing memo prepared by Spears & Imes and related RMCB documents. | 1.20 | 714.00 |
| 07/04/19 | WEINBERG | Read documents, correspondence, memos. | 3.50 | 3,412.50 |
| 07/06/19 | WEINBERG | Read memos. | 1.40 | 1,365.00 |
| 07/07/19 | WEINBERG | Read correspondence. | 0.80 | 780.00 |
| 07/08/19 | IASON | Telephone conference with J. Hendon | 0.20 | 195.00 |
| 07/08/19 | ROLLER | Reviewing interview memos and RMCB documents. | 3.00 | 1,785.00 |
| 07/08/19 | ROLLER | Drafting and editing J. Wollman [redact] interview prep outline. | 1.60 | 952.00 |
| 07/08/19 | ROLLER | Call with L. Iason, R. Weinberg, and J. Hendon; follow-up meeting with L. Iason and R. Weinberg re same. | 0.20 | 119.00 |
| 07/08/19 | WEINBERG | Communications with other counsel. | 0.40 | 390.00 |
| 07/08/19 | WEINBERG | Prepare for call. | 0.50 | 487.50 |
| 07/08/19 | WEINBERG | Telephone conference with [redact]. | 0.30 | 292.50 |
| 07/08/19 | WEINBERG | Telephone conference with Spears, Hendon. | 0.20 | 195.00 |
| 07/08/19 | WEINBERG | Telephone conference with Wilamowsky. | 0.30 | 292.50 |
| 07/08/19 | WEINBERG | Telephone conference with Hendon, L. Iason. | 0.20 | 195.00 |
| 07/08/19 | WEINBERG | Telephone conference with Kirshner. | 0.20 | 195.00 |

Retrieval Masters Creditors Bureau
7453.00
Page 6

October 15, 2019
Invoice No. 138964

| 07/09/19 | ROLLER | Drafting and editing J. Wollman [redact] interview prep outline; reviewing RMCB documents re same. | 4.50 | 2,677.50 |
|----------|--------|---|------|----------|
| 07/09/19 | WEINBERG | Telephone conference with Hendon, L. Iason. | 0.20 | 195.00 |
| 07/09/19 | WEINBERG | Review documents for Wollman prep. | 2.40 | 2,340.00 |
| 07/10/19 | IASON | Conference call - lawyers | 0.80 | 780.00 |
| 07/10/19 | IASON | Conference with R. Weinberg | 0.60 | 585.00 |
| 07/10/19 | IASON | Exchange email | 1.00 | 975.00 |
| 07/10/19 | ROLLER | Review correspondence re RMCB bankruptcy filings and AG demands. | 0.40 | 238.00 |
| 07/10/19 | ROLLER | Call with L. Iason, R. Weinberg, S. Wilamowsky, D. Spears, and J. Hendon. | 0.90 | 535.50 |
| 07/10/19 | ROLLER | Meeting with R. Weinberg re correspondence with AGs. | 0.50 | 297.50 |
| 07/10/19 | WEINBERG | Prepare letter. | 1.50 | 1,462.50 |
| 07/10/19 | WEINBERG | Telephone conference with Spears, Hendon, Wilamowsky, Iason, Roller. | 1.00 | 975.00 |
| 07/11/19 | IASON | Conference with J. Wollman | 2.50 | 2,437.50 |
| 07/11/19 | IASON | Telephone conference with D. Spears | 0.40 | 390.00 |
| 07/11/19 | IASON | Review email and letter | 1.50 | 1,462.50 |
| 07/11/19 | IASON | Conference with R. Weinberg | 0.50 | 487.50 |
| 07/11/19 | ROLLER | Drafting and editing Weinberg affirmation re communications with state AGs; emails with L. Iason and R. Weinberg re same. | 5.90 | 3,510.50 |
| 07/11/19 | ROLLER | Meeting with L. Iason, R. Weinberg, I. Kirshner, and J. Wollman. | 3.00 | 1,785.00 |
| 07/11/19 | ROLLER | Meeting with L. Iason and R. Weinberg. | 1.00 | 595.00 |
| 07/11/19 | WEINBERG | Read documents for interview. | 1.50 | 1,462.50 |
| 07/11/19 | WEINBERG | Communications with other counsel. | 0.50 | 487.50 |
| 07/11/19 | WEINBERG | Prepare Wollman. | 3.00 | 2,925.00 |
| 07/11/19 | WEINBERG | Telephone conference with [redact]. | 0.40 | 390.00 |
| 07/11/19 | WEINBERG | Review letters and response. | 2.00 | 1,950.00 |
| 07/12/19 | IASON | Telephone conference with D. Spears, S. Wilamowsky | 0.50 | 487.50 |
| 07/12/19 | IASON | Conference with R. Weinberg | 0.30 | 292.50 |
| 07/12/19 | IASON | Review reply to motion to dismiss | 0.60 | 585.00 |
| 07/12/19 | IASON | Review Indiana CID | 0.40 | 390.00 |
| 07/12/19 | IASON | Review email | 1.00 | 975.00 |
| 07/12/19 | ROLLER | Editing Weinberg affirmation; emails with L. Iason and R. Weinberg re same. | 1.60 | 952.00 |
| 07/12/19 | ROLLER | Call with L. Iason, R. Weinberg, D. Spears, S. Wilamowsky, and A. Krieger. | 0.50 | 297.50 |
| 07/12/19 | ROLLER | Reviewing RMCB bankruptcy filings; emails with L. Iason and R. Weinberg re same. | 0.60 | 357.00 |
| 07/12/19 | WEINBERG | Work on affirmation. | 1.00 | 975.00 |

Retrieval Masters Creditors Bureau                                  October 15, 2019
7453.00                                                             Invoice No. 138964
Page 7

| 07/12/19 | WEINBERG | Telephone conference with Spears, Wilamowsky, Iason, Roller. | 0.40 | 390.00 |
|---|---|---|---|---|
| 07/12/19 | WEINBERG | Communications with other counsel. | 0.80 | 780.00 |
| 07/12/19 | WEINBERG | Communicaton with AG. | 0.60 | 585.00 |
| 07/14/19 | WEINBERG | Read memo. | 0.70 | 682.50 |
| 07/15/19 | IASON | Attorneys conference call | 0.50 | 487.50 |
| 07/15/19 | IASON | Review email | 1.00 | 975.00 |
| 07/15/19 | MOSS | Updated table consisting of potential conflicts of interest. | 1.90 | 475.00 |
| 07/15/19 | ROLLER | Calls with L. Iason. | 0.20 | 119.00 |
| 07/15/19 | ROLLER | Reviewing conflicts table; meeting and emails with M. Moss re same. | 0.70 | 416.50 |
| 07/15/19 | ROLLER | Call with R. Weinberg, I. Kirshner, S. Wilamowsky, and J. Wollman. | 1.00 | 595.00 |
| 07/15/19 | ROLLER | Meeting with L. Iason, R. Weinberg, I. Kirshner, J. Wollman, and [redact]. | 1.50 | 892.50 |
| 07/15/19 | ROLLER | Reviewing RMCB bankruptcy filings. | 0.40 | 238.00 |
| 07/15/19 | ROLLER | Reviewing and editing conflict table; emails with L. Iason, R. Weinberg, and M. Moss re same. | 1.40 | 833.00 |
| 07/15/19 | WEINBERG | Read documents for meeting. | 1.00 | 975.00 |
| 07/15/19 | WEINBERG | Conference with Wollman, other counsel. | 1.00 | 975.00 |
| 07/15/19 | WEINBERG | Attend interview. | 1.50 | 1,462.50 |
| 07/15/19 | WEINBERG | Telephone conference with Spears, Hendon, Wilamowsky, Iason, Roller. | 0.50 | 487.50 |
| 07/16/19 | IASON | Read memos | 1.30 | 1,267.50 |
| 07/16/19 | IASON | Court appearance | 3.00 | 2,925.00 |
| 07/16/19 | ROLLER | Reviewing notes and drafting memo of [redact] interview of J. Wollman; emails with L. Iason and R. Weinberg re same. | 7.40 | 4,403.00 |
| 07/16/19 | ROLLER | Emails with L. Iason and R. Weinberg re conflicts. | 0.40 | 238.00 |
| 07/16/19 | WEINBERG | Telephone conference with Spears. | 0.10 | 97.50 |
| 07/16/19 | WEINBERG | Read emails. | 0.40 | 390.00 |
| 07/17/19 | ROLLER | Reviewing bankruptcy counsel application; emails with L. Iason and R. Weinberg re same. | 0.50 | 297.50 |
| 07/17/19 | ROLLER | Review correspondence re RMCB. | 0.30 | 178.50 |
| 07/18/19 | ROLLER | Call with S. Wilamowsky, A. Krieger, B. Scher, R. Fuchs, and J. Wollman; email L. Iason and R. Weinberg re same. | 1.10 | 654.50 |
| 07/19/19 | ROLLER | Reviewing RMCB security documentation provided by J. Wollman. | 3.80 | 2,261.00 |
| 07/19/19 | WEINBERG | Telephone conference with Spears. | 0.10 | 97.50 |
| 07/20/19 | WEINBERG | Read interview memos. | 3.40 | 3,315.00 |
| 07/22/19 | ROLLER | Reviewing and editing Jeff Wollman [redact] interview memo. | 1.70 | 1,011.50 |

Retrieval Masters Creditors Bureau                                          October 15, 2019
7453.00                                                                     Invoice No. 138964
Page 8

| 07/22/19 | ROLLER | Meeting with R. Weinberg re Jeff Wollman [redact] interview memo. | 0.10 | 59.50 |
|---|---|---|---|---|
| 07/22/19 | ROLLER | Reviewing RMCB security documentation provided by J. Wollman and C.F.R regulations cited in Indiana CID. | 4.20 | 2,499.00 |
| 07/22/19 | ROLLER | Reviewing Indiana CID; emails with R. Weinberg re same. | 0.80 | 476.00 |
| 07/22/19 | ROLLER | Call with R. Weinberg, J. Hendon, I. Kirshner, J. Wollman, and R. Fuchs. | 0.30 | 178.50 |
| 07/22/19 | WEINBERG | Telephone conferences with Hendon. | 0.40 | 390.00 |
| 07/22/19 | WEINBERG | Telephone conferences with Spears. | 0.20 | 195.00 |
| 07/22/19 | WEINBERG | Prepare for interview. | 2.00 | 1,950.00 |
| 07/22/19 | WEINBERG | Prepare for telephone conference. | 0.70 | 682.50 |
| 07/22/19 | WEINBERG | Telephone conference with Hendon, Kirshner, Wollman, Fuchs, Roller. | 0.30 | 292.50 |
| 07/23/19 | ROLLER | Reviewing Indiana CID, C.F.R. regulations, and RMCB security documents. | 3.90 | 2,320.50 |
| 07/23/19 | ROLLER | Drafting and editing prep outline for Zak Raxter [redact] interview; emails with L. Iason and R. Weinberg re same. | 1.40 | 833.00 |
| 07/23/19 | ROLLER | Reviewing and editing counsel application for bankruptcy filing; emails with R. Weinberg re same. | 0.50 | 297.50 |
| 07/23/19 | WEINBERG | Telephone conference with Spears. | 0.10 | 97.50 |
| 07/23/19 | WEINBERG | Communications with other counsel. | 1.40 | 1,365.00 |
| 07/23/19 | WEINBERG | Draft letter. | 0.50 | 487.50 |
| 07/23/19 | WEINBERG | Prepare for meeting. | 2.50 | 2,437.50 |
| 07/23/19 | WEINBERG | Revise memorandum. | 0.50 | 487.50 |
| 07/24/19 | ROLLER | Drafting and editing summary of Indiana CID requests, C.F.R. regulations, and potentially responsive RMCB security documentation for L. Iason and R. Weinberg. | 5.20 | 3,094.00 |
| 07/24/19 | ROLLER | Reviewing and editing counsel application for bankruptcy filing; emails with R. Weinberg re same. | 0.20 | 119.00 |
| 07/24/19 | ROLLER | [redact] interview prep with R. Weinberg, J. Hendon, and Z. Raxter. | 2.00 | 1,190.00 |
| 07/24/19 | ROLLER | Call with R. Weinberg, S. Wilamowsky, A. Krieger, and representatives of the Indiana AG; follow-up call with S. Wilamowsky and A. Krieger. | 0.50 | 297.50 |
| 07/24/19 | WEINBERG | Prepare for Raxter meeting. | 2.30 | 2,242.50 |
| 07/24/19 | WEINBERG | Conference with Raxter. | 2.00 | 1,950.00 |
| 07/24/19 | WEINBERG | Communication with other counsel. | 1.50 | 1,462.50 |
| 07/24/19 | WEINBERG | Draft responsive email. | 0.70 | 682.50 |
| 07/25/19 | MOSS | Created binder of Apex invoices and reports. | 2.10 | 525.00 |

Retrieval Masters Creditors Bureau                                            October 15, 2019
7453.00                                                                   Invoice No. 138964
Page 9

| 07/25/19 | ROLLER | Drafting and editing summary of Indiana CID requests, C.F.R. regulations, and potentially responsive RMCB security documentation for L. Iason and R. Weinberg. | 2.60 | 1,547.00 |
|---|---|---|---|---|
| 07/25/19 | ROLLER | Emails with R. Weinberg and M. Moss re Apex documents. | 0.30 | 178.50 |
| 07/25/19 | WEINBERG | Read memos and related documents. | 1.50 | 1,462.50 |
| 07/25/19 | WEINBERG | Communications with other counsel. | 1.30 | 1,267.50 |
| 07/26/19 | ROLLER | Drafting and editing summary of Indiana CID requests, C.F.R. regulations, and potentially responsive RMCB security documentation for L. Iason and R. Weinberg. | 2.50 | 1,487.50 |
| 07/26/19 | ROLLER | Emails with R. Weinberg re [redact] interview. | 0.20 | 119.00 |
| 07/26/19 | ROLLER | Drafting and editing memo re Z. Raxter [redact] interview prep. | 3.20 | 1,904.00 |
| 07/26/19 | WEINBERG | Read and respond to emails from AGs and other counsel. | 1.50 | 1,462.50 |
| 07/27/19 | WEINBERG | Read interview memos. | 1.00 | 975.00 |
| 07/29/19 | ROLLER | Call with R. Weinberg. | 0.10 | 59.50 |
| 07/29/19 | ROLLER | Drafting and editing memo re Z. Raxter [redact] interview prep. | 3.10 | 1,844.50 |
| 07/29/19 | ROLLER | Call with R. Weinberg, J. Hendon, and Z. Raxter. | 0.20 | 119.00 |
| 07/29/19 | ROLLER | Emails and meetings with R. Weinberg re correspondence with state AGs. | 0.70 | 416.50 |
| 07/29/19 | WEINBERG | Communications with [redact]. | 0.30 | 292.50 |
| 07/29/19 | WEINBERG | Communications with other counsel (Spears, Hendon, Wilamowsky). | 1.40 | 1,365.00 |
| 07/29/19 | WEINBERG | Communication with AGs. | 0.80 | 780.00 |
| 07/29/19 | WEINBERG | Telephone conferences with Spears, Hendon. | 0.10 | 97.50 |
| 07/29/19 | WEINBERG | Read documents. | 0.80 | 780.00 |
| 07/30/19 | ROLLER | Reviewing bankruptcy filings. | 0.30 | 178.50 |
| 07/30/19 | ROLLER | Drafting and editing memo re [redact] interview prep; emails with R. Weinberg re same. | 6.90 | 4,105.50 |
| 07/30/19 | ROLLER | Call with R. Weinberg and [redact]. | 0.10 | 59.50 |
| 07/30/19 | ROLLER | Emails with R. Weinberg re correspondence with Indiana AG. | 0.40 | 238.00 |
| 07/30/19 | WEINBERG | Draft correspondence. | 0.60 | 585.00 |
| 07/30/19 | WEINBERG | Communications with Spears, Hendon, Wilamowsky. | 0.30 | 292.50 |
| 07/30/19 | WEINBERG | Read documents. | 1.40 | 1,365.00 |
| 07/30/19 | WEINBERG | Telephone conference with [redact]. J. Roller. | 0.10 | 97.50 |
| 07/30/19 | WEINBERG | Telephone conference with Zak Richter. | 0.20 | 195.00 |
| 07/30/19 | WEINBERG | Telephone conference with Hendon. | 0.10 | 97.50 |
| 07/30/19 | WEINBERG | Prepare for call. | 0.80 | 780.00 |

Retrieval Masters Creditors Bureau                                          October 15, 2019
7453.00                                                                     Invoice No. 138964
Page 10

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/31/19 | ROLLER | Reviewing email correspondence re communications with state AGs. | 0.40 | 238.00 |
| 07/31/19 | ROLLER | Call with R. Weinberg, J. Hendon, and Z. Raxter. | 0.30 | 178.50 |
| 07/31/19 | ROLLER | Meetings with R. Weinberg. | 0.40 | 238.00 |
| 07/31/19 | ROLLER | Drafting and editing responses to interrogatories and document requests in Indiana Civil Investigative Demand. | 4.90 | 2,915.50 |
| 07/31/19 | WEINBERG | Communications with Spears, Hendon, Wilamowsky. | 1.30 | 1,267.50 |
| 07/31/19 | WEINBERG | Read documents for [redact] meeting. | 3.30 | 3,217.50 |
| 07/31/19 | WEINBERG | Revise memo. | 0.60 | 585.00 |
| 07/31/19 | WEINBERG | Telephone conference with Raxter. | 0.20 | 195.00 |
| 07/31/19 | WEINBERG | Telephone conference with Wollman. | 0.10 | 97.50 |
| 08/01/19 | ROLLER | Reviewing documents relating to and drafting and editing response to Indiana Civil Investigative Demand. | 5.80 | 3,451.00 |
| 08/01/19 | ROLLER | Meeting with R. Weinberg and Z. Raxter. | 1.00 | 595.00 |
| 08/01/19 | ROLLER | Meeting with R. Weinberg, Z. Raxter, and [redact]. | 1.40 | 833.00 |
| 08/01/19 | WEINBERG | Prepare for Raxter interview. | 1.40 | 1,365.00 |
| 08/01/19 | WEINBERG | Prepare Raxter. | 1.00 | 975.00 |
| 08/01/19 | WEINBERG | Attend [redact] meeting. | 1.90 | 1,852.50 |
| 08/01/19 | WEINBERG | Read and respond to email. | 0.50 | 487.50 |
| 08/02/19 | ROLLER | Call with R. Weinberg, D. Spears, S. Wilamowsky, and R. Keefe. | 0.20 | 119.00 |
| 08/02/19 | ROLLER | Drafting and editing email summary re Indiana CID for R. Weinberg's review. | 1.20 | 714.00 |
| 08/02/19 | ROLLER | Drafting and editing memo re Z. Raxter [redact] interview. | 4.10 | 2,439.50 |
| 08/02/19 | WEINBERG | Read memos and related documents. | 2.40 | 2,340.00 |
| 08/02/19 | WEINBERG | Telephone conferences with other counsel. | 0.20 | 195.00 |
| 08/02/19 | WEINBERG | Communications with state AGs. | 0.60 | 585.00 |
| 08/03/19 | WEINBERG | Read communications. | 0.30 | 292.50 |
| 08/04/19 | WEINBERG | Read memo. | 0.80 | 780.00 |
| 08/05/19 | ROLLER | Meetings with R. Weinberg and L. Iason. | 0.80 | 476.00 |
| 08/05/19 | ROLLER | Reviewing and editing response to Indiana Civil Investigative Demand. | 5.70 | 3,391.50 |
| 08/05/19 | ROLLER | Emails with J. Wollman. | 0.10 | 59.50 |
| 08/05/19 | ROLLER | Call with R. Weinberg, L. Iason, S. Wilamowsky, A. Krieger, D. Spears, and J. Hendon. | 0.50 | 297.50 |
| 08/05/19 | ROLLER | Call with R. Weinberg and Z. Raxter. | 0.10 | 59.50 |
| 08/05/19 | WEINBERG | Draft correspondence. | 0.50 | 487.50 |
| 08/05/19 | WEINBERG | Telephone conference with Spears, Hendon, Wilmowsky. | 0.50 | 487.50 |

Retrieval Masters Creditors Bureau                                      October 15, 2019
7453.00                                                                 Invoice No. 138964
Page 11

| | | | | |
|---|---|---|---|---|
| 08/05/19 | WEINBERG | Communicate with [redact[]. | 0.20 | 195.00 |
| 08/05/19 | WEINBERG | Telephone conference with Zak Raxter. | 0.20 | 195.00 |
| 08/05/19 | WEINBERG | Read emails and related documents. | 1.00 | 975.00 |
| 08/06/19 | MOSS | Printed documents related to August 8th bankruptcy hearing. | 0.30 | 75.00 |
| 08/06/19 | ROLLER | Reviewing and editing response to Indiana Civil Investigative Demand. | 4.50 | 2,677.50 |
| 08/06/19 | ROLLER | Meeting with R. Weinberg. | 0.60 | 357.00 |
| 08/06/19 | ROLLER | Drafting and editing memo re Z. Raxter [redact]interview. | 2.10 | 1,249.50 |
| 08/06/19 | WEINBERG | Work on response to CID. | 1.10 | 1,072.50 |
| 08/06/19 | WEINBERG | Read motion papers. | 1.00 | 975.00 |
| 08/06/19 | WEINBERG | Read email correspondence. | 1.20 | 1,170.00 |
| 08/07/19 | ROLLER | Emails with R. Weinberg, D. Spears, and J. Hendon re Indiana Civil Investigative Demand. | 0.50 | 297.50 |
| 08/07/19 | ROLLER | Drafting and editing memo re Z. Raxter [redact] interview. | 4.90 | 2,915.50 |
| 08/07/19 | ROLLER | Reviewing and editing response to Indiana Civil Investigative Demand; emails re same. | 2.00 | 1,190.00 |
| 08/07/19 | WEINBERG | Work on CID response. | 1.40 | 1,365.00 |
| 08/08/19 | ROLLER | Drafting and editing memo re Z. Raxter [redact] interview; email R. Weinberg re same. | 2.20 | 1,309.00 |
| 08/08/19 | ROLLER | Call with A. Sarr. | 0.10 | 59.50 |
| 08/08/19 | ROLLER | Meeting with R. Weinberg. | 0.30 | 178.50 |
| 08/08/19 | ROLLER | Emails with R. Weinberg re Indiana Civil Investigative Demand. | 0.30 | 178.50 |
| 08/08/19 | SARR | Confer with case team re: Producing documents request via secure transfer site | 0.30 | 75.00 |
| 08/08/19 | WEINBERG | Read documents. | 1.10 | 1,072.50 |
| 08/08/19 | WEINBERG | Draft email to AGs. | 1.20 | 1,170.00 |
| 08/08/19 | WEINBERG | Read communications. | 0.80 | 780.00 |
| 08/08/19 | WEINBERG | Attend court. | 1.40 | 1,365.00 |
| 08/09/19 | MOSS | Created a print-out portfolio including Conformance emails. | 0.90 | 225.00 |
| 08/09/19 | ROLLER | Call with R. Weinberg, S. Wilamowsky, A. Krieger, D. Spears, J. Hendon, and R. Keefe. | 0.40 | 238.00 |
| 08/09/19 | ROLLER | Meetings with R. Weinberg. | 0.50 | 297.50 |
| 08/09/19 | ROLLER | Reviewing email correspondence with state AGs. | 0.50 | 297.50 |
| 08/09/19 | ROLLER | Reviewing and editing response to Indiana Civil Investigative Demand. | 1.80 | 1,071.00 |
| 08/09/19 | ROLLER | Call with R. Weinberg and J. Wollman. | 0.50 | 297.50 |
| 08/09/19 | ROLLER | Review of J. Wollman's email correspondence with Conformance. | 1.30 | 773.50 |
| 08/09/19 | WEINBERG | Draft letter to AGs. | 1.20 | 1,170.00 |

Retrieval Masters Creditors Bureau                                      October 15, 2019
7453.00                                                              Invoice No. 138964
Page 12

| 08/09/19 | WEINBERG | Telephone conference with Spears, Hendon, Wilamowsky. | 0.40 | 390.00 |
|----------|----------|---------|------|--------|
| 08/09/19 | WEINBERG | Work on CID response. | 0.80 | 780.00 |
| 08/09/19 | WEINBERG | Read emails/correspondence. | 1.20 | 1,170.00 |
| 08/09/19 | WEINBERG | Telephone conference with Wollman, J. Roller. | 0.50 | 487.50 |
| 08/09/19 | WEINBERG | Telephone conference with [redact]. | 0.30 | 292.50 |
| 08/10/19 | WEINBERG | Read documents. | 1.40 | 1,365.00 |
| 08/12/19 | ROLLER | Reviewing and editing response to Indiana Civil Investigative Demand; emails with R. Weinberg and L. Iason re same. | 3.70 | 2,201.50 |
| 08/12/19 | ROLLER | Meeting with A. Sarr re document production. | 0.10 | 59.50 |
| 08/12/19 | ROLLER | Call with A. Sarr and representatives of the Connecticut, Indiana, and Texas AGs Offices re production. | 0.20 | 119.00 |
| 08/12/19 | ROLLER | Meeting with R. Weinberg. | 0.40 | 238.00 |
| 08/12/19 | ROLLER | Drafting and editing memo re call with AGs. | 0.60 | 357.00 |
| 08/12/19 | ROLLER | Emails with R. Weinberg and L. Iason re [redact] requests. | 0.20 | 119.00 |
| 08/12/19 | ROLLER | Editing memo re Z. Raxter [redact] interview. | 1.40 | 833.00 |
| 08/12/19 | SARR | Review Document Subpoena; Confer with case team re: our Sharefile Secure Transfer site; Attend Teleconference with case team and AG team re: Sharefile Secure Transfer site | 0.40 | 100.00 |
| 08/12/19 | WEINBERG | Read memos. | 0.80 | 780.00 |
| 08/13/19 | ROLLER | Reviewing documents sent by J. Wollman and editing response to Indiana Civil Investigative Demand; emails with R. Weinberg re same. | 5.10 | 3,034.50 |
| 08/13/19 | ROLLER | Meeting with R. Weinberg. | 0.20 | 119.00 |
| 08/13/19 | WEINBERG | Read memo. | 1.20 | 1,170.00 |
| 08/13/19 | WEINBERG | Work on CID. | 1.40 | 1,365.00 |
| 08/13/19 | WEINBERG | Read emails. | 0.80 | 780.00 |
| 08/14/19 | MOSS | Printed and delivered copies of Response to Indiana Civil Demand. | 0.30 | 75.00 |
| 08/14/19 | ROLLER | Reviewing and editing response to Indiana Civil Investigative Demand; emails with R. Weinberg re same. | 1.80 | 1,071.00 |
| 08/14/19 | ROLLER | Call with R. Weinberg and representatives of the Connecticut, Indiana, and Texas AGs offices. | 0.80 | 476.00 |
| 08/14/19 | ROLLER | Meeting with R. Weinberg. | 0.30 | 178.50 |
| 08/14/19 | ROLLER | Emails with Z. Raxter and [redact] re uploading data. | 0.40 | 238.00 |
| 08/14/19 | ROLLER | Emails with R. Weinberg re correspondence with AGs. | 0.50 | 297.50 |
| 08/14/19 | ROLLER | Meeting with R. Weinberg, D. Spears, J. Hendon, R. Keefe, and S. Wilamowsky. | 1.50 | 892.50 |
| 08/14/19 | WEINBERG | Communications with Wollman, Raxter. | 0.40 | 390.00 |

Retrieval Masters Creditors Bureau                                          October 15, 2019
7453.00                                                                     Invoice No. 138964
Page 13

| 08/14/19 | WEINBERG | Work on CID. | 1.10 | 1,072.50 |
|---|---|---|---|---|
| 08/14/19 | WEINBERG | Telephone conference with state AGs. | 0.70 | 682.50 |
| 08/14/19 | WEINBERG | Read notes. | 1.10 | 1,072.50 |
| 08/14/19 | WEINBERG | Conference with Spears, Hendon, Wilamowsky, J. Roller. | 1.50 | 1,462.50 |
| 08/14/19 | WEINBERG | Communications with [redact]. | 0.60 | 585.00 |
| 08/15/19 | ROLLER | Drafting and editing response to Indiana Civil Investigative Demand; emails with R. Weinberg re same. | 1.20 | 714.00 |
| 08/15/19 | ROLLER | Meeting with R. Weinberg. | 0.10 | 59.50 |
| 08/15/19 | WEINBERG | Read correspondence. | 0.50 | 487.50 |
| 08/16/19 | ROLLER | Call with R. Weinberg, J. Wollman, and Z. Raxter. | 0.50 | 297.50 |
| 08/16/19 | ROLLER | Call with R. Weinberg. | 0.10 | 59.50 |
| 08/16/19 | ROLLER | Emails with J. Wollman and Z. Raxter re response to Indiana Civil Investigative Demand. | 0.30 | 178.50 |
| 08/16/19 | ROLLER | Drafting and editing response to Indiana Civil Investigative Demand. | 0.20 | 119.00 |
| 08/16/19 | WEINBERG | Work on CID. | 1.40 | 1,365.00 |
| 08/16/19 | WEINBERG | Telephone conference with Hendon. | 0.40 | 390.00 |
| 08/16/19 | WEINBERG | Telephone conference with state AGs. | 0.30 | 292.50 |
| 08/17/19 | WEINBERG | Read memo of Spears & Imes. | 1.50 | 1,462.50 |
| 08/19/19 | ROLLER | Meetings with R. Weinberg. | 0.50 | 297.50 |
| 08/19/19 | ROLLER | Review correspondence sent by Z. Raxter. | 1.60 | 952.00 |
| 08/19/19 | ROLLER | Emails with R. Weinberg re response to Indiana Civil Investigative Demand. | 0.40 | 238.00 |
| 08/19/19 | ROLLER | Call with R. Weinberg and Z. Raxter. | 0.10 | 59.50 |
| 08/19/19 | ROLLER | Reviewing materials provided by Z. Raxter and editing response to Indiana Civil Investigative Demand. | 2.70 | 1,606.50 |
| 08/19/19 | WEINBERG | Read documents for CID. | 2.20 | 2,145.00 |
| 08/19/19 | WEINBERG | Read memos. | 0.40 | 390.00 |
| 08/19/19 | WEINBERG | Telephone conferences with Wollman. | 0.10 | 97.50 |
| 08/20/19 | KINDER | Conference with Messrs. Roller, Weinberg regarding case status | 0.40 | 230.00 |
| 08/20/19 | LUBELCZYK | Preparing materials for Justin Roller | 1.00 | 250.00 |
| 08/20/19 | QUERVALU | Process electronic documents into database for attorney review. | 1.10 | 275.00 |
| 08/20/19 | ROLLER | Call with R. Weinberg and J. Wollman. | 0.40 | 238.00 |
| 08/20/19 | ROLLER | Meetings with R. Weinberg. | 0.50 | 297.50 |
| 08/20/19 | ROLLER | Meeting with R. Weinberg and W. Kinder. | 0.60 | 357.00 |
| 08/20/19 | ROLLER | Editing response to Indiana Civil Investigative Demand. | 0.70 | 416.50 |
| 08/20/19 | ROLLER | Emails with R. Weinberg and W. Kinder re Indiana Civil Investigative Demand. | 0.70 | 416.50 |

Retrieval Masters Creditors Bureau                                          October 15, 2019
7453.00                                                                      Invoice No. 138964
Page 14

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/20/19 | ROLLER | Call with R. Weinberg, J. Hendon, and R. Keefe. | 0.30 | 178.50 |
| 08/20/19 | ROLLER | Reviewing and preparing document production; emails with A. Sarr and O. Quervalu re same. | 1.50 | 892.50 |
| 08/20/19 | ROLLER | Call with A. Sarr re document production. | 0.10 | 59.50 |
| 08/20/19 | ROLLER | Reviewing and editing draft AG agreement. | 0.50 | 297.50 |
| 08/20/19 | ROLLER | Email J. Wollman re response to Indiana Civil Investigative Demand. | 0.10 | 59.50 |
| 08/20/19 | WEINBERG | Telephone conference with Wollman, J. Roller. | 0.40 | 390.00 |
| 08/20/19 | WEINBERG | Work on CID. | 0.50 | 487.50 |
| 08/20/19 | WEINBERG | Conferences with J. Roller. | 0.20 | 195.00 |
| 08/20/19 | WEINBERG | Telephone conference with J. Hendon. | 0.20 | 195.00 |
| 08/20/19 | WEINBERG | Communication with End Point. | 0.30 | 292.50 |
| 08/20/19 | WEINBERG | Communication with Wollman. | 0.40 | 390.00 |
| 08/20/19 | WEINBERG | Communication With Raxter. | 0.30 | 292.50 |
| 08/20/19 | WEINBERG | Communication with [redact]. | 0.60 | 585.00 |
| 08/20/19 | WEINBERG | Read memo. | 1.50 | 1,462.50 |
| 08/21/19 | KINDER | Review memoranda regarding case status | 3.40 | 1,955.00 |
| 08/21/19 | KINDER | Review production and responses to civil investigative demand | 1.10 | 632.50 |
| 08/21/19 | QUERVALU | Process electronic documents into database for attorney review. | 1.90 | 475.00 |
| 08/21/19 | ROLLER | Call with R. Weinberg, S. Wilamowsky, D. Spears, J. Hendon, and R. Keefe. | 0.50 | 297.50 |
| 08/21/19 | ROLLER | Reviewing state confidentiality laws and email summary to R. Weinberg re same. | 1.60 | 952.00 |
| 08/21/19 | ROLLER | Call with R. Weinberg, J. Wollman, Z. Raxter, and [redact]. | 0.50 | 297.50 |
| 08/21/19 | ROLLER | Meeting with R. Weinberg. | 0.20 | 119.00 |
| 08/21/19 | ROLLER | Reviewing and editing agreement with AGs; emails with R. Weinberg, D. Spears, J. Hendon, and S. Wilamowsky re same. | 0.70 | 416.50 |
| 08/21/19 | ROLLER | Editing response to Indiana Civil Investigative Demand; email R. Weinberg re same. | 2.10 | 1,249.50 |
| 08/21/19 | ROLLER | Call with R. Weinberg and R. Peltzman/D. Briones/R. Phipps (End Point). | 0.20 | 119.00 |
| 08/21/19 | ROLLER | Email End Point team re security enhancement list. | 0.10 | 59.50 |
| 08/21/19 | ROLLER | Calls with A. Sarr re document production. | 0.20 | 119.00 |
| 08/21/19 | ROLLER | Reviewing bar date motion. | 0.40 | 238.00 |
| 08/21/19 | SARR | Confer with case team re: Document Production | 0.30 | 75.00 |
| 08/21/19 | WEINBERG | Telephone conference with Spears, Hendon, Wilamowsky. | 0.30 | 292.50 |
| 08/21/19 | WEINBERG | Work on letter to AGs. | 1.20 | 1,170.00 |
| 08/21/19 | WEINBERG | Telephone conferences with Wollman. | 0.40 | 390.00 |
| 08/21/19 | WEINBERG | Telephone conference with Raxter. | 0.30 | 292.50 |

Retrieval Masters Creditors Bureau
7453.00
Page 15

October 15, 2019
Invoice No. 138964

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/21/19 | WEINBERG | Telephone conference with [redact]. | 0.40 | 390.00 |
| 08/21/19 | WEINBERG | Communications with [redact]. | 0.60 | 585.00 |
| 08/21/19 | WEINBERG | Read memo. | 1.50 | 1,462.50 |
| 08/21/19 | WEINBERG | Communications with Wollman. | 0.30 | 292.50 |
| 08/21/19 | WEINBERG | Telephone conference with End Point. | 0.20 | 195.00 |
| 08/21/19 | WEINBERG | Work on CID. | 1.60 | 1,560.00 |
| 08/22/19 | ROLLER | Emails with R. Weinberg, J. Wollman, and [redact]. | 0.10 | 59.50 |
| 08/22/19 | ROLLER | Call with R. Weinberg, J. Wollman, D. Spears, J. Hendon, S. Wilamowsky, and B. Scher. | 0.60 | 357.00 |
| 08/22/19 | ROLLER | Meetings with R. Weinberg. | 0.40 | 238.00 |
| 08/22/19 | ROLLER | Editing response to Indiana Civil Investigative Demand; emails with R. Weinberg, J. Wollman, and Z. Raxter re same. | 1.30 | 773.50 |
| 08/22/19 | SARR | Assist case team with using concordance review tool for attorney document review | 0.30 | 75.00 |
| 08/22/19 | WEINBERG | Telephone conference with Spears, Wilamowsky, Wollman. | 0.40 | 390.00 |
| 08/22/19 | WEINBERG | Telephone conference with End Point. | 0.60 | 585.00 |
| 08/22/19 | WEINBERG | Read memos. | 1.80 | 1,755.00 |
| 08/23/19 | WEINBERG | Communications with other lawyers. | 0.80 | 780.00 |
| 08/26/19 | KINDER | Emails regarding case status, production | 0.70 | 402.50 |
| 08/26/19 | SARR | Coordinate tasks and process electronic documents for attorney document review; Confer with case team re: Document Production | 0.70 | 175.00 |
| 08/26/19 | WEINBERG | Draft correspondence. | 0.50 | 487.50 |
| 08/26/19 | WEINBERG | Communications with [redact]. | 1.00 | 975.00 |
| 08/26/19 | WEINBERG | Communications with other counsel. | 1.20 | 1,170.00 |
| 08/26/19 | WEINBERG | Communications with Wollman. | 0.50 | 487.50 |
| 08/27/19 | KINDER | Call with Messrs. Weinberg, Wollman, and [redact] regarding AMCA database | 0.50 | 287.50 |
| 08/27/19 | KINDER | Emails regarding call with [redact]. | 0.30 | 172.50 |
| 08/27/19 | WEINBERG | Communications with [redact]. | 0.60 | 585.00 |
| 08/27/19 | WEINBERG | Communications with other counsel. | 1.20 | 1,170.00 |
| 08/27/19 | WEINBERG | Telephone conference with [redact], Wollman. | 0.40 | 390.00 |
| 08/27/19 | WEINBERG | Read memos. | 0.60 | 585.00 |
| 08/28/19 | WEINBERG | Read memo. | 0.60 | 585.00 |
| 08/28/19 | WEINBERG | Telephone conferences with [redact]. | 0.40 | 390.00 |
| 08/28/19 | WEINBERG | Telephone conferences with Wollman. | 0.30 | 292.50 |
| 08/28/19 | WEINBERG | Communication with other counsel. | 0.80 | 780.00 |
| 08/29/19 | KINDER | Calls with Mr. Wolman, [redact] regarding database hacking | 0.30 | 172.50 |
| 08/29/19 | KINDER | Prepare notes regarding calls with [redact]. | 0.40 | 230.00 |
| 08/29/19 | WEINBERG | Communications with [redact]. | 0.80 | 780.00 |
| 08/29/19 | WEINBERG | Communication with Wollman. | 0.50 | 487.50 |

Retrieval Masters Creditors Bureau
7453.00
Page 16

October 15, 2019
Invoice No. 138964

| | | | | |
|---|---|---|---|---|
| 08/29/19 | WEINBERG | Communication with other counsel. | 0.70 | 682.50 |
| 08/29/19 | WEINBERG | Read documents. | 1.30 | 1,267.50 |
| 08/30/19 | WEINBERG | Communications with [redact]. | 0.40 | 390.00 |
| 08/30/19 | WEINBERG | Communications with Wollman. | 0.20 | 195.00 |
| 08/30/19 | WEINBERG | Read documents and memos. | 2.50 | 2,437.50 |
| 09/02/19 | WEINBERG | Read memo. | 1.40 | 1,365.00 |
| 09/03/19 | WEINBERG | Telephone conference with Spears, Hendon. | 0.20 | 195.00 |
| 09/03/19 | WEINBERG | Read memos. | 1.20 | 1,170.00 |
| 09/04/19 | KINDER | Review Weinberg declaration regarding appointment of regulatory counsel in bankruptcy proceeding | 0.50 | 287.50 |
| 09/04/19 | WEINBERG | Telephone conference with Hendon. | 0.30 | 292.50 |
| 09/04/19 | WEINBERG | Review documents. | 1.20 | 1,170.00 |
| 09/04/19 | WEINBERG | Telephone conference with Wollman. | 0.30 | 292.50 |
| 09/04/19 | WEINBERG | Communicate with [redact]. | 0.30 | 292.50 |
| 09/05/19 | KINDER | Emails regarding status of investigation | 0.20 | 115.00 |
| 09/05/19 | WEINBERG | Communications with other counsel. | 0.50 | 487.50 |
| 09/05/19 | WEINBERG | Communications with [redact]. | 0.40 | 390.00 |
| 09/05/19 | WEINBERG | Communications with Wollman. | 0.30 | 292.50 |
| 09/05/19 | WEINBERG | Read documents. | 1.00 | 975.00 |
| 09/05/19 | WEINBERG | Telephone conference with Spears, Wiliamowsky. | 0.20 | 195.00 |
| 09/06/19 | KINDER | Call with RMCB, [redact] regarding IP address | 0.40 | 230.00 |
| 09/06/19 | KINDER | Prepare summary of call with [redact]. | 0.70 | 402.50 |
| 09/06/19 | WEINBERG | Prepare for call. | 1.60 | 1,560.00 |
| 09/11/19 | WEINBERG | Telephone conference with Raxter. | 0.30 | 292.50 |
| 09/11/19 | WEINBERG | Read motion papers. | 0.50 | 487.50 |
| 09/11/19 | WEINBERG | Communication with [redact]. | 0.40 | 390.00 |
| 09/11/19 | WEINBERG | Telephone conference with other counsel. | 0.50 | 487.50 |
| 09/12/19 | KINDER | Call with co-counsel regarding bankruptcy hearing, status of AG inquiry | 0.70 | 402.50 |
| 09/12/19 | KINDER | Prepare notes from call with co-counsel | 0.40 | 230.00 |
| 09/12/19 | ROLLER | Emails with R. Weinberg re RMCB lease and mainframe. | 0.10 | 59.50 |
| 09/12/19 | WEINBERG | Read documents for call. | 1.30 | 1,267.50 |
| 09/12/19 | WEINBERG | Telephone conference with Spears, Wilamowsky. | 0.10 | 97.50 |
| 09/12/19 | WEINBERG | Read documents for court. | 1.20 | 1,170.00 |
| 09/13/19 | WEINBERG | Prepare for conference. | 0.40 | 390.00 |
| 09/13/19 | WEINBERG | Attend court. | 1.00 | 975.00 |
| 09/16/19 | KINDER | Call with co-counsel regarding response to attorneys general | 0.60 | 345.00 |
| 09/16/19 | ROLLER | Emails with R. Weinberg re conversion motion and correspondence with State AGs. | 0.10 | 59.50 |

Retrieval Masters Creditors Bureau                                        October 15, 2019
7453.00                                                                   Invoice No. 138964
Page 17

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/16/19 | ROLLER | Reviewing email from S. Wilamowsky re bar date motion. | 0.10 | 59.50 |
| 09/16/19 | WEINBERG | Work on agreement with AGs. | 3.40 | 3,315.00 |
| 09/16/19 | WEINBERG | Telephone conference with Wollman. | 0.30 | 292.50 |
| 09/16/19 | WEINBERG | Telephone conference with Raxter. | 0.30 | 292.50 |
| 09/16/19 | WEINBERG | Telephone conference with Spears, Hendon, Wilamowsky. | 0.40 | 390.00 |
| 09/17/19 | KINDER | Prepare notes for call with co-counsel | 0.30 | 172.50 |
| 09/17/19 | WEINBERG | Work on AG response. | 1.80 | 1,755.00 |
| 09/17/19 | WEINBERG | Communications with Wollman. | 0.50 | 487.50 |
| 09/18/19 | WEINBERG | Telephone conference and communications with Wollman. | 0.40 | 390.00 |
| 09/18/19 | WEINBERG | Read document. | 1.00 | 975.00 |
| 09/19/19 | WEINBERG | Communication with other counsel. | 1.30 | 1,267.50 |
| 09/19/19 | WEINBERG | Communications with AGs. | 0.30 | 292.50 |
| 09/19/19 | WEINBERG | Communications with [redact]. | 0.50 | 487.50 |
| 09/20/19 | WEINBERG | Communications with [redact]. | 0.40 | 390.00 |
| 09/20/19 | WEINBERG | Communications with Wollman. | 0.40 | 390.00 |
| 09/20/19 | WEINBERG | Communications with other counsel. | 0.70 | 682.50 |
| 09/20/19 | WEINBERG | Read documents. | 0.60 | 585.00 |
| 09/22/19 | WEINBERG | Read documents. | 2.40 | 2,340.00 |
| 09/23/19 | KINDER | Call with Texas, Indiana AG offices regarding bankruptcy stipulation | 0.40 | 230.00 |
| 09/23/19 | KINDER | Prepare notes from call with attorneys general | 0.60 | 345.00 |
| 09/23/19 | WEINBERG | Work on AG agreement. | 1.20 | 1,170.00 |
| 09/23/19 | WEINBERG | Read documents. | 0.80 | 780.00 |
| 09/23/19 | WEINBERG | Communications with [redact]. | 0.50 | 487.50 |
| 09/23/19 | WEINBERG | Communications with Wollman. | 0.40 | 390.00 |
| 09/23/19 | WEINBERG | Telephone conference with AGs, Wilamowsky. | 0.30 | 292.50 |
| 09/24/19 | WEINBERG | Telephone conference with [redact]. | 0.30 | 292.50 |
| 09/24/19 | WEINBERG | Communications with other counsel. | 1.20 | 1,170.00 |
| 09/24/19 | WEINBERG | Draft AG letter. | 0.60 | 585.00 |
| 09/24/19 | WEINBERG | Communications with [redact]. | 0.40 | 390.00 |
| 09/24/19 | WEINBERG | Read documents. | 0.50 | 487.50 |
| 09/25/19 | KINDER | Review response to civil investigative demand, bankruptcy stipulation with state attorneys general | 1.20 | 690.00 |
| 09/25/19 | KINDER | Conference with R. Weinberg, J. Roller regarding status of responses to civil investigative demand | 0.30 | 172.50 |
| 09/25/19 | KINDER | Conference with J. Roller regarding document production | 0.30 | 172.50 |
| 09/25/19 | QUERVALU | Produce data set from attorney review tag and create a subset of responsive and non-privileged documents. | 1.00 | 250.00 |

Retrieval Masters Creditors Bureau
7453.00
Page 18

October 15, 2019
Invoice No. 138964

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/25/19 | ROLLER | Reviewing and editing response to Indiana CID; emails with R. Weinberg, W. Kinder, J. Wollman, and Z. Raxter re same. | 1.60 | 952.00 |
| 09/25/19 | ROLLER | Reviewing and editing joint motion and proposed order; emails with R. Weinberg, S. Wilamowsky, D. Spears, and J. Hendon re same. | 1.60 | 952.00 |
| 09/25/19 | SARR | Confer with case team re: Document Production | 0.30 | 75.00 |
| 09/25/19 | WEINBERG | Communication with other counsel. | 0.30 | 292.50 |
| 09/25/19 | WEINBERG | Work on CID response. | 0.80 | 780.00 |
| 09/25/19 | WEINBERG | Work on AG agreement. | 1.40 | 1,365.00 |
| 09/26/19 | ROLLER | Editing agreement, joint motion, and proposed order; emails with R. Weinberg re same. | 0.70 | 416.50 |
| 09/26/19 | ROLLER | Call with R. Weinberg, J. Wollman, and Z. Raxter. | 0.40 | 238.00 |
| 09/26/19 | ROLLER | Editing response to Indiana CID; emails with R. Weinberg and J. Wollman re same. | 0.60 | 357.00 |
| 09/26/19 | WEINBERG | Communication with [redact]. | 0.40 | 390.00 |
| 09/26/19 | WEINBERG | Work on CID. | 1.00 | 975.00 |
| 09/26/19 | WEINBERG | Telephone conferences with Wollman. | 0.40 | 390.00 |
| 09/27/19 | ROLLER | Editing AG agreement, joint motion, and proposed order; meetings and emails with R. Weinberg re same. | 0.40 | 238.00 |
| 09/27/19 | WEINBERG | Telephone conference with Hendon. | 0.20 | 195.00 |
| 09/27/19 | WEINBERG | Telephone conference with Wilamowsky. | 0.20 | 195.00 |
| 09/27/19 | WEINBERG | Work on AG agreement. | 0.70 | 682.50 |
| 09/27/19 | WEINBERG | Draft letter. | 0.50 | 487.50 |
| 09/27/19 | WEINBERG | Work on CID. | 0.70 | 682.50 |

**TOTAL FEES**                                                      **$392,780.00**

## BILLING RATE SUMMARY

| Name | Rate | Hours | Amount |
|---|---|---|---|
| LAWRENCE IASON | 975.00 | 51.20 | 49,920.00 |
| RICHARD D WEINBERG | 975.00 | 213.60 | 208,260.00 |
| WILLIAM C KINDER | 575.00 | 13.70 | 7,877.50 |
| JUSTIN D ROLLER | 595.00 | 205.50 | 122,272.50 |
| MICHAEL LUBELCZYK | 250.00 | 1.00 | 250.00 |
| MAGGIE J MOSS | 250.00 | 8.70 | 2,175.00 |
| PAULENA PRAGER | 250.00 | 1.80 | 450.00 |
| OMAR QUERVALU | 250.00 | 4.00 | 1,000.00 |
| AMADOU SARR | 250.00 | 2.30 | 575.00 |

**TOTAL FEES**                    **501.80**                    **$392,780.00**

Retrieval Masters Creditors Bureau
7453.00
Page 19

October 15, 2019
Invoice No. 138964

## ITEMIZED EXPENSES THROUGH SEPTEMBER 30, 2019

| Description | Amount |
|---|---|
| Computer Research | 119.09 |
| Meals | 101.58 |
| Messenger | 242.99 |
| Overnight Delivery | 382.11 |
| Photocopies and Prints | 1,980.54 |
| Telephone | 131.57 |
| Travel - Local | 848.85 |
| Travel - Out of Town | 12.88 |

| | |
|---|---|
| **TOTAL EXPENSES** | **$3,819.61** |
| **TOTAL CURRENT CHARGES** | **$396,599.61** |
| **RETAINER FUNDS APPLIED** | **($3,371.45)** |
| **TOTAL NOW DUE** | **$393,228.16** |

**Payments can be made by either check or wire.**
Wire Instructions:
JP Morgan Chase Bank, N.A.  |  401 Madison Avenue, New York, NY 10017
ABA # 021000021  |  Account No. 0151217189
Swift Code: CHASUS33 (for international wires only)

Exhibit E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
Retrieval-Masters Creditors Bureau, Inc.,[1]   :    Case No. 19-23185 (RDD)
                                               :
                  Debtor.                      :
---------------------------------------------------------x

### ORDER AUTHORIZING THE DEBTOR TO RETAIN AND EMPLOY MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. AS SPECIAL REGULATORY COUNSEL, NUNC PRO TUNC AS OF THE PETITION DATE

Upon the application (the "**Application**")[2] of the debtor and debtor in possession (the "**Debtor**") in the above-captioned case for entry of an order (this "**Order**") authorizing the Debtor to retain and employ Morvillo Abramowitz Grand Iason & Anello P.C. ("**Morvillo**") as special regulatory counsel effective *nunc pro tunc* to the Petition Date, pursuant to section 327(e) of title 11 of the United States Code (the "**Bankruptcy Code**"); and the Court having reviewed the Application and the Declaration of Richard Weinberg, a partner of Morvillo (the "**Weinberg Declaration**"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and the Court having found that the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtor provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and upon the record of the hearing held by the Court on the

---

[1]    The last four digits of the Debtor's taxpayer identification number are 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Application; and there being no objections to the requested relief; and the Court having found

based on the representations made in the Application and in the Weinberg Declaration that

Morvillo neither holds nor represents an interest materially adverse to the interest of the Debtor

or its estate or of any class of creditors or equity security holders, by reason of any direct or

indirect relationship to, connection with or interest in, the Debtor or for any other reason as

required by section 327(e) of the Bankruptcy Code; and the Court having found that the relief

requested in the Application is in the best interests of the Debtor's estate, its creditors, and other

parties in interest and that the legal and factual bases set forth in the Application and at the

hearing establish just cause for the relief granted herein; and good and sufficient cause appearing

therefor, it is HEREBY ORDERED THAT:

1.      The Application is granted as set forth herein.

2.      The Debtor is authorized to retain and employ Morvillo as special regulatory

counsel in this chapter 11 case, pursuant to section 327(e) of the Bankruptcy Code, Bankruptcy

Rule 2014(a) and Local Bankruptcy Rule 2014-1 on the terms and conditions set forth in the

Application and the Engagement Letter, *nunc pro tunc* as of the Petition Date.

3.      To the extent there is an inconsistency among this Order, the Application and the

Engagement Letter, the terms of this Order shall govern.

4.      Morvillo shall be compensated for its services and reimbursed for any related

expenses in accordance with sections 330 and 331of the Bankruptcy Code, as the case may be,

and the applicable Bankruptcy Rules, Local Bankruptcy Rules, and fee and expense guidelines

and orders of the Court.

5.      Morvillo shall apply any remaining amounts of its prepetition retainer as a credit

toward postpetition fees and expenses, after such postpetition fees and expenses are approved

pursuant to the first Order of the Court awarding reimbursement of fees and expenses to

Morvillo.

6.      The Debtor and Morvillo are authorized to take all actions necessary to effectuate

the relief granted in this Order in accordance with the Application.

7.      Notice of the Application as provided therein is deemed to be good and sufficient

notice of such Application, and the requirements of the Local Bankruptcy Rules are satisfied by

the contents of the Application.

8.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

9.      This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

10.     The Debtor shall not make any advance payments to Morvillo without Court

order.

11.     Morvillo shall use its best efforts to avoid any duplication of services provided by

any of the Debtor's other retained professionals in this chapter 11 case.

12.     Any dispute relating to the services provided by Morvillo shall be referred to

arbitration consistent with the terms of the Engagement Letter only to the extent that this Court

does not have, retain or exercise jurisdiction over the dispute.


Dated:  September 18, 2019
        White Plains, New York

                            /s/ Robert D. Drain
                            THE HONORABLE ROBERT D. DRAIN
                            UNITED STATES BANKRUPTCY JUDGE