**Hearing Date and Time: November 14, 2019 at 10:00 a.m. (EST)**
**Objection Deadline: November 7, 2019 at 4:00 p.m. (EST)**

CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Counsel for the Debtor and*
*Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Retrieval-Masters Creditors Bureau, Inc.,[1] | : Case No. 19-23185 (RDD) |
| | : |
| Debtor. | : |

------------------------------------------------------------x

## NOTICE OF HEARING ON FIRST INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES ON NOVEMBER 14, 2019 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that a hearing to consider the following applications for interim allowance of compensation for services provided and reimbursement of expenses incurred (collectively, the "**Applications**") will be held on **November 14, 2019, at 10:00 a.m. (EST)** before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), or as soon thereafter as counsel can be heard seeking the following:

---

[1] The last four digits of the Debtor's taxpayer identification number is 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

4850-3266-3721
7022536

| Applicant | ECF No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Chapman and Cutler LLP | 172 | 06/17/2019 through 09/30/2019 | $477,268.50 | $8,583.24 |
| Morvillo Abramowitz Grand Iason & Anello P.C. | 173 | 06/17/2019 through 09/30/2019 | $392,780.00 | $3,819.61 |

**PLEASE TAKE FURTHER NOTICE**, that the Applications have been electronically filed with the Clerk of the Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, and may be examined during scheduled business hours or by accessing the Applications through the electronic filing system utilized by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each, an "**Objections**") to the Applications and the relief requested therein shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the *Order Granting Debtor's Motion for Order Authorizing the Establishment of Certain Notice, Case Management, and Administrative Procedures [Doc. No. 31]* (the Case Management Order"), shall set forth the basis for the Objection and the specific grounds therefore, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), and, by all other parties in interest, on a CD-ROM, in text-searchable portable document form (PDF) with a hard-copy delivered directly to chambers pursuant to Local Bankruptcy Rule 9070-1 and served so as to be actually received no later than **November 7, 2019, at 4:00 p.m. (EST)** (the "**Objection Deadline**"), upon the parties on the Service List (as defined in the Case Management Order).

*[Remainder of page intentionally left blank]*

**PLEASE TAKE FURTHER NOTICE**, that if no Objections are timely filed and served with respect to the Applications, such Applications shall be deemed unopposed and the Bankruptcy Court may enter an order granting such Applications without a hearing.

Dated: October 29, 2019
New York, New York

>CHAPMAN AND CUTLER LLP
>*Counsel for the Debtor and*
>*Debtor in Possession*
>
>By: /s/Steven Wilamowsky
>Steven Wilamowsky
>1270 Avenue of the Americas
>30th Floor
>New York, NY 10020-1708
>Telephone: 212.655.6000
>
>-and-
>
>Aaron M. Krieger
>111 West Monroe Street
>Chicago, IL 60603-4080
>Telephone: 312.845.3000