CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Counsel for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| Retrieval-Masters Creditors Bureau, Inc.,[1] | : | Case No. 19-23185 (RDD) |
| | : | |
| Debtor. | : | |
---------------------------------------------------------x

### NOTICE OF REVISED PROPOSED ORDER GRANTING JOINT MOTION TO ADJOURN CERTAIN MOTIONS [Doc Nos. 3 and 52] *SINE DIE* AND APPROVING RELATED AGREEMENT

PLEASE TAKE NOTICE THAT attached hereto is a redline version of the following proposed AMENDED order which was revised in response to further discussions among the parties. A clean copy of this order will be submitted directly to the Court: *Order Granting Joint Motion to Adjourn Certain Motions [Doc Nos. 3 And 52] Sine Die and Approving Related Agreement*.

---

[1] The last four digits of the Debtor's taxpayer identification number is 9495. As of November 1, 2019, the Debtor's service address for purposes of this chapter 11 case is 200 Pemberwick Road, Greenwich, CT 06831. The Debtor also does business as American Medical Collection Agency.

Dated: November 13, 2019
New York, New York

        CHAPMAN AND CUTLER LLP
        *Counsel for the Debtor and Debtor in Possession*

        By:  /s/Steven Wilamowsky
            Steven Wilamowsky
            1270 Avenue of the Americas
            30th Floor
            New York, NY 10020-1708
            Telephone: 212.655.6000

        -and-

        Aaron M. Krieger
        111 West Monroe Street
        Chicago, IL 60603-4080
        Telephone: 312.845.3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: CHAPTER 11
In re: :
: Case No. 19-23185-rdd
RETRIEVAL-MASTERS CREDITORS :
BUREAU, INC.[1], :
:
       Debtor. :
-----------------------------------------------------------------x

**ORDER GRANTING JOINT MOTION TO ADJOURN CERTAIN MOTIONS [Doc Nos. 3 and 52] *SINE DIE* AND APPROVING RELATED AGREEMENT**

Upon consideration of the Debtor's and State of Indiana's *Joint Motion to Adjourn Certain Motions* Sine Die *and Approving Related Agreement* (the "Motion"); and it appearing that notice of the Motion was adequate under the circumstances, and it appearing that no other or further notice is necessary, and good cause having been shown for the relief requested therein, it is hereby:

ORDERED THAT the Motion is granted; and it is further

ORDERED that the Debtor's *Motion to Authorize /Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code: (A) for Order Authorizing and Approving Procedures for Managing Governmental Requests and/or Demands for Information; and (B) for an Emergency Order Enjoining Related Governmental Action Pending Court's Consideration of Such Procedures, and Granting Related Relief* [doc. no. 3], and the State of Indiana's *Motion to Convert to Chapter 7, or in the Alternative, Appoint a Chapter 11 Trustee* [doc. no. 52], are hereby adjourned *sine die* without prejudice to the right of the relevant movant to seek rescheduling upon an appropriate amended notice of hearing and in accordance with the Court's scheduling

---

[1] The last four digits of the Debtor's taxpayer identification number is 9495. The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523. The Debtor also does business as American Medical Collection Agency.

2

procedures; and it is further

ORDERED, that the Debtor is directed to provide its responses to Indiana CID No. 19-00378-8753 and otherwise cooperate with the Multi-State Group, all as and to the extent set forth in the Agreement annexed ~~hereto~~ as Exhibit "A" ~~is approved in its entirety~~ to the Motion.

Dated: _____, 2019
White Plains, New York

                                                                    _____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

2