14th November 2019

Kind Attention:

Honourable Judge Robert D.Drain
U.S Bankruptcy Court
Southern District of New York

FILED
U.S. BANKRUPTCY COURT

2019 NOV 14  P 2: 04

S.D. OF N.Y.

Debtor: Retrieval-Masters Creditors Bureau, Inc.
Case Number: 19-23185-rdd

<u>Subject : Application for Administrative Claim</u>

Respected Sir,

We are herewith filing an application for claim of post-petition charges that are due from above mentioned debtor.

The charges for post-petition activity of $80,000 were agreed by Mr.Russell Fuchs, owner CEO of the Debtor, Mr.Jeff Wollman their CFO & COO under knowledge of their attorney Mr.Steven Wilamowsky.

We have completed the activity for which these charges were agreed to, subsequently we have only received $68,750 from the debtor leaving unpaid charges of $11,250.

For your ready reference please find attached:

1) Email chain of agreement between the concerned parties
2) Proof of activity completion
3) Administrative Claim Working: Reflecting statement of payments received & outstanding balance.

We are hereby requesting for acceptance of this application and an order approving this claim.

I am also requesting your honourable office that if any hearing needs to take place for this matter, it should be considered to conduct the same on telephone as I am based in Mumbai, India.

I humbly request your prompt attention in this matter.

Yours Sincerely,

For ExpertSource Global Services Private Limited

Anil Wadhwa
CEO
Address: Unit 102, Deekay Tech Park, TTC Industrial Area,
MIDC, Turbhe, Navi Mumbai, Maharashtra, INDIA. 400705
Email: Anil@expertsource.com
Mobile: +91 750 640 4224 Office: +1 347.899.4250

## ACCOUNTS

| | |
|---|---|
| **From:** | Anil Wadhwa [anil@expertsource.com] |
| **Sent:** | Thursday, October 31, 2019 2:05 AM |
| **To:** | 'ACCOUNTS' |
| **Subject:** | FW: RE: Make PDF |

**From:** Anil Wadhwa [mailto:anil@expertsource.com]
**Sent:** Friday, June 21, 2019 2:14 AM
**To:** 'Russ Fuchs'
**Cc:** 'Jeff Wollman'; 'wilamowsky@chapman.com'
**Subject:** RE: RE:

OK. Accepting your original offer of $35000 this week and $45000 over next 4 weeks.

Anil Wadhwa

**From:** Russ Fuchs [mailto:tkrf@aol.com]
**Sent:** Friday, June 21, 2019 2:12 AM
**To:** Anil Wadhwa
**Cc:** Jeff Wollman; wilamowsky@chapman.com
**Subject:** Re: RE:

Cannot Anil.

Russ

On Jun 20, 2019, at 4:37 PM, Anil Wadhwa <anil@expertsource.com> wrote:

> Jeff,
> We are in agreement in principle. Request you to try and increase some amount for this week to say around $45000 and future weeks payments can be reduced to $35000.
>
> Anyways expecting this week's wire by tomorrow.
>
> Anil Wadhwa
>
> **From:** Jeff Wollman [mailto:jwollman@retrievalmasters.com]
> **Sent:** Thursday, June 20, 2019 9:45 PM
> **To:** Anil Wadhwa; Russell Fuchs AOL
> **Cc:** wilamowsky@chapman.com
> **Subject:** Re:
>
> Anil,
>
> Russ is in his car however I conveyed the information you wrote in your last text to me. As of now our offer below still stands but we cannot deviate from it.
>
> Sincerely,
>
> <image001.gif>

1

Jeffrey S Wollman
Chief Financial Officer
Retrieval-Masters Creditors Bureau, Inc.
American Medical Collection Agency
4 Westchester Plaza, Suite 110 (Overnight Mail)
PO Box 160 (Regular Mail)
Elmsford, NY 10523
914 721-8666 (Direct)
800 666-8097 (Office)
914 345-7134 (Fax)
914 772-2298 (Mobile)

CONFIDENTIALITY: This communication, including attachments, is for the exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.

**From:** Anil Wadhwa <anil@expertsource.com>
**Date:** Thursday, June 20, 2019 at 11:17 AM
**To:** Russell Fuchs <tkrf@aol.com>
**Cc:** Jeffrey Wollman <jwollman@retrievalmasters.com>, Steven Wilamowsky <wilamowsky@chapman.com>
**Subject:** RE: RE:

In that case I am afraid we will be at a dead end, with more troubles to pile up.

Anil Wadhwa

**From:** Russ Fuchs [mailto:tkrf@aol.com]
**Sent:** Thursday, June 20, 2019 8:18 PM
**To:** Anil Wadhwa
**Cc:** jwollman@retrievalmasters.com; wilamowsky@chapman.com
**Subject:** Re: RE:

Sorry Anil.

I don't have it.

Russ

On Jun 20, 2019, at 10:33 AM, Anil Wadhwa <anil@expertsource.com> wrote:

> Russell,
> I am willing to accept the budget cut to $2000 for next 4 weeks and guarantee you we will staff the lines if you pay us as per below schedule. Here is the proposal –
>
> 1. Charges Billed to you up until 13th June:    $80,000
> 2. This week expected billing:    $12,000
> 3. Next 4 weeks (4 x 2000):    $ 8000

2

    4.  Total:    $100,000

We need to receive minimum $50,000 from you this week. And remaining $50,000 in next 4 weeks $12500 each week. I am not negotiating here but only asking for money to survive.

Anil Wadhwa

**From:** tkrf@aol.com [mailto:tkrf@aol.com]
**Sent:** Thursday, June 20, 2019 7:40 PM
**To:** anil@expertsource.com; jwollman@retrievalmasters.com; wilamowsky@chapman.com
**Subject:** re:

Trying to see if we can do something, but if you are not willing to budge from what is the most I can do, there won't be anything to talk about..

I don't agree with your 30,000 deficiency from our prior collection programs. So it's not on the table.

You have incurred $50,000 in costs that were not necessary for the inbound from notices.

You can cut your staff to @ $2,000 per week for the next 4 weeks.

I am willing to give you 35,000. this week and then the remaining 45,000 over the next 4 weeks as long as you operate.

I won't negotiate any further.

Russ

```
Disclaimer: The content of this email is confidential and
intended for the
recipient specified in message only. It is strictly forbidden
to share any p
art of this message with any third party, without a written
consent of the s
ender. If you received this message by mistake, please reply to
this message
 and follow with its deletion, so that we can ensure such a
mistake does not
 occur in the future.
```

```
Disclaimer: The content of this email is confidential and intended for the
recipient specified in message only. It is strictly forbidden to share any
p
art of this message with any third party, without a written consent of the
s
ender. If you received this message by mistake, please reply to this
message
 and follow with its deletion, so that we can ensure such a mistake does
not
 occur in the future.
```

4 Week Activity Details as Below

| Date | Day | FTE | Calls Offered | Calls Answered | Answered Level % | Average Speed to Answer | Abandoned In Queue | Abandoned Before Call Queue | Abandoned Level % | Net Login Hrs | Handle Time | AHT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-Jun | Mon | 10 | 486 | 473 | 97.33% | 0:00:08 | 7 | 6 | 1.46% | 79:47:24 | 28:26:01 | 0:03:36 | |
| 25-Jun | Tue | 7 | 353 | 339 | 96.03% | 0:00:08 | 11 | 3 | 3.14% | 56:17:16 | 19:28:39 | 0:03:27 | |
| 26-Jun | Wed | 6 | 287 | 277 | 96.52% | 0:00:13 | 7 | 3 | 2.46% | 43:15:44 | 15:46:43 | 0:03:25 | |
| 27-Jun | Thu | 6 | 233 | 224 | 96.14% | 0:00:09 | 8 | 1 | 3.45% | 48:09:41 | 12:59:56 | 0:03:29 | |
| 28-Jun | Fri | 6 | 184 | 182 | 98.91% | 0:00:08 | 1 | 1 | 0.55% | 45:19:44 | 9:59:10 | 0:03:18 | |
| **Week 1** | | **7** | **1543** | **1495** | **96.89%** | **0:00:09** | **34** | **14** | **2.22%** | **272:49:49** | **86:40:29** | **0:03:29** | |
| 1-Jul | Mon | 5 | 234 | 226 | 96.58% | 0:00:16 | 6 | 2 | 2.59% | 40:01:13 | 12:43:08 | 0:03:23 | |
| 2-Jul | Tue | 4 | 160 | 152 | 95.00% | 0:00:08 | 7 | 1 | 4.40% | 32:59:20 | 6:17:32 | 0:02:29 | |
| 3-Jul | Wed | 4 | 131 | 126 | 96.18% | 0:00:19 | 5 | 0 | 3.82% | 40:17:44 | 6:04:14 | 0:02:53 | |
| 4-Jul | Thu | | | | | | | | | | | | US Holiday |
| 5-Jul | Fri | 4 | 113 | 110 | 97.35% | 0:00:07 | 2 | 1 | 1.79% | 39:32:43 | 7:27:35 | 0:04:04 | |
| **Week 2** | | **4** | **638** | **614** | **96.24%** | **0:00:12** | **20** | **4** | **3.15%** | **152:51:00** | **32:32:29** | **0:03:11** | |
| 8-Jul | Mon | 2 | 138 | 131 | 94.93% | 0:00:33 | 6 | 1 | 4.38% | 17:00:28 | 7:34:31 | 0:03:28 | |
| 9-Jul | Tue | 2 | 124 | 118 | 95.16% | 0:00:20 | 5 | 1 | 4.07% | 17:39:03 | 6:13:44 | 0:03:10 | |
| 10-Jul | Wed | 2 | 75 | 75 | 100.00% | 0:00:18 | 0 | 0 | 0.00% | 16:13:53 | 3:32:54 | 0:02:50 | |
| 11-Jul | Thu | 2 | 88 | 82 | 93.18% | 0:00:15 | 5 | 1 | 5.75% | 14:46:13 | 3:03:11 | 0:02:14 | |
| 12-Jul | Fri | 2 | 78 | 71 | 91.03% | 0:00:13 | 6 | 1 | 7.79% | 17:58:43 | 3:55:15 | 0:03:19 | |
| **Week 3** | | **2** | **503** | **477** | **94.83%** | **0:00:20** | **22** | **4** | **4.41%** | **83:38:20** | **24:19:35** | **0:03:04** | |
| 15-Jul | Mon | 2 | 92 | 92 | 100.00% | 0:00:12 | 0 | 0 | 0.00% | 18:22:15 | 5:04:20 | 0:03:18 | |
| 16-Jul | Tue | 2 | 87 | 79 | 90.80% | 0:00:55 | 8 | 0 | 9.20% | 15:23:59 | 4:01:46 | 0:03:04 | |
| 17-Jul | Wed | 2 | 53 | 52 | 98.11% | 0:00:07 | 0 | 1 | 0.00% | 17:23:38 | 2:09:12 | 0:02:29 | |
| 18-Jul | Thu | 2 | 124 | 117 | 94.35% | 0:00:26 | 5 | 2 | 4.10% | 18;11:38 | 6:57:42 | 0:03:34 | |
| 19-Jul | Fri | 2 | 136 | 125 | 91.91% | 0:00:19 | 9 | 2 | 6.72% | 18:05:27 | 6:40:17 | 0:03:12 | |
| **Week 4** | | **2** | **492** | **465** | **94.51%** | **0:00:24** | **22** | **5** | **4.52%** | **69:15:19** | **24:53:17** | **0:03:13** | |

**Administrative Expenses Claim working under 11 U.S.C 503.**

| Particulers | Amount ($) |
|---|---|
| Agreed Offer amount | $80,000.00 |
| Total Receivable (A) | $80,000.00 |
| | |
| Payments receipt details of above offer amount | |
| Payment Receipt date | Payment receipt Amount |
| 24.06.2019 | $35,000.00 |
| 01.07.2019 | $11,250.00 |
| 04.07.2019 | $11,250.00 |
| 15.07.2019 | $11,250.00 |
| Total Receipt (B) | $68,750.00 |
| | |
| Balance amount receivable (A-B) | $11,250.00 |
| | |