CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Counsel for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                          :   Chapter 11
                                                               :
Retrieval-Masters Creditors Bureau, Inc.,[1]    :   Case No. 19-23185 (RDD)
                                                               :
                                 Debtor.                  :
-----------------------------------------------------------x

## NOTICE OF ESTABLISHMENT OF ADDITIONAL OMNIBUS HEARING DATES PURSUANT TO CASE MANAGEMENT ORDER IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES

**PLEASE TAKE NOTICE** that pursuant to the order dated June 24, 2019 [Dkt. No. 31]

(the **"Case Management Order"**), implementing certain notice and case management

procedures, the United States Bankruptcy Court for the Southern District of New York (the

---

[1]   The last four digits of the Debtor's taxpayer identification number is 9495. As of November 1, 2019, the Debtor's service address for purposes of this chapter 11 case is 200 Pemberwick Road, Greenwich, CT 06831. The Debtor also does business as American Medical Collection Agency.

**"Bankruptcy Court"**) has scheduled the following additional omnibus hearing dates in the above-captioned case:

**January 30, 2020 at 10:00 a.m. (EST)**

**February 27, 2020 at 10:00 a.m. (EST)**

**March 26, 2020 at 10:00 a.m. (EDT)**

**April 23, 2020 at 10:00 a.m. (EDT)**

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise ordered by the Bankruptcy Court, the Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

**PLEASE TAKE FURTHER NOTICE** that all hearings will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 unless otherwise ordered by the Bankruptcy Court.

Dated:  November 21, 2019
New York, New York

CHAPMAN AND CUTLER LLP
*Counsel for the Debtor and Debtor in Possession*


By:   /s/Steven Wilamowsky
Steven Wilamowsky
1270 Avenue of the Americas
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000