UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:     Chapter 11
In re: :
:     Case No. 19-23185 (RDD)
RETRIEVAL-MASTERS CREDITORS :
BUREAU, INC.[1], :
:
        Debtor. :
-----------------------------------------------------------------x

**ORDER GRANTING JOINT MOTION TO ADJOURN
CERTAIN MOTIONS [Doc. Nos. 3 and 52]** *SINE DIE*
**AND GRANTING RELATED RELIEF**

Upon the Debtor's and State of Indiana's *Joint Motion to Adjourn Certain Motions* Sine Die *and Approving Related Agreement* (the "Motion"); and it appearing that notice of the Motion was due and sufficient under the circumstances and that no other or further notice is necessary; and upon the *Limited Objection* (the "Objection") *by Laboratory Corporation of America Holdings, Laboratory Corporation of America, Quest Diagnostics Incorporated, and Optum360, LLC* filed in opposition to the Motion; and upon the record of the hearing on the Motion held on November 14, 2019 (the "Hearing") and all of the proceedings herein; and, after due deliberation and for the reasons stated by the Court in its bench ruling at the Hearing, the Court having determined that the Motion should be granted as set forth herein and the Objection denied, it is hereby

ORDERED that the Motion is granted as and to the extent set forth herein; and it is further

---

[1] The last four digits of the Debtor's taxpayer identification number is 9495. As of November 1, 2019, the Debtor's service address for purposes of this chapter 11 case is 200 Pemberwick Road, Greenwich, CT 06831. The Debtor also did business as American Medical Collection Agency.

2

ORDERED that the hearings to consider the *Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code: (A) for Order Authorizing and Approving Procedures for Managing Governmental Requests and/or Demands for Information; and (B) for an Emergency Order Enjoining Related Governmental Action Pending Court's Consideration of Such Procedures, and Granting Related Relief* [doc. no. 3], and the State of Indiana's *Motion to Convert to Chapter 7, or in the Alternative, Appoint a Chapter 11 Trustee* [doc. no. 52], are adjourned *sine die* without prejudice to the right of the relevant movant to seek rescheduling upon an appropriate amended notice of hearing and in accordance with the Court's scheduling procedures; and it is further

ORDERED, that the Debtor is directed to provide its responses to Indiana CID No. 19-00378-8753 and otherwise cooperate with the Multi-State Group, all as and to the extent set forth in the Agreement annexed as Exhibit "A" to the Motion.

Dated: November 21, 2019
      White Plains, New York

                                      /s/Robert D. Drain_____
                                      THE HONORABLE ROBERT D. DRAIN
                                      UNITED STATES BANKRUPTCY JUDGE