UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:          CHAPTER 11
In re:                                                      :
:          Case No. 19-23185-rdd
RETRIEVAL-MASTERS CREDITORS     :
BUREAU, INC.[1],                             :
:
        Debtor.                               :
---------------------------------------------------------------x

## ORDER GRANTING APPLICATIONS OF DEBTOR'S PROFESSIONALS FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the applications (collectively, the "Fee Applications") filed by the professionals (collectively, the "Professionals") listed on **Schedule A** attached hereto and retained in the chapter 11 case of the above-captioned debtor (the "Debtor") under 11 U.S.C. § 331 for compensation and reimbursement for professional services rendered and expenses incurred from June 17, 2019 through September 30, 2019 (the "First Interim Fee Period"); and a hearing having been held before this Court to consider the Applications on November 14, 2018; and due notice of the Applications having been given; and the Court having jurisdiction to decide the Fee Applications pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), consideration of the Fee Applications being a core proceeding pursuant to 28 U.S.C. § 158(b) and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of the November 14, 2018 hearing thereon; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] The last four digits of the Debtor's taxpayer identification number is 9495. As of November 1, 2019, the Debtor's service address for purposes of this chapter 11 case is 200 Pemberwick Road, Greenwich, CT 06831. The Debtor also did business as American Medical Collection Agency.

      1.      The Fee Applications are granted to the extent set forth on Schedule A attached hereto on an interim basis under 11 U.S.C. § 331.

      2.      Compensation to the Professionals for professional services rendered during the First Interim Fee Period is allowed in the amounts set forth on Schedule A in the column entitled "Fees Allowed" subject to a holdback of 10% set forth in the column entitled "Holdback Amount."

      3.      Reimbursement to Professionals for expenses incurred during the First Interim Fee Period is allowed on a final basis in the amounts set forth on Schedule A in the column entitled "Expenses to be Paid for Current Fee Period."

      4.      The Debtor is authorized and directed to pay each Professional all fees and expenses allowed in this Order.

      5.      The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order.

      6.      Notwithstanding the possible applicability of Rules 6004(h), 7062 and 9014 of the Federal Rules of Bankruptcy Procedure or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

      7.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 21, 2019
       White Plains, New York

                                         /s/Robert D. Drain
                                         THE HONORABLE ROBERT D. DRAIN
                                         UNITED STATES BANKRUPTCY JUDGE

## Schedule A

Fees

| Applicant | Date of Application | Docket No. | Fees Requested | Fees Allowed | Petition Date Retainer | Fees Allowed After Retainer | Holdback Amount (10%) | Total Fees to be Paid |
|---|---|---|---|---|---|---|---|---|
| Chapman and Cutler LLP | October 23, 2019 | 172 | $477,268.50 | $477,268.50 | $47,000.00 | $430,268.50 | $43,026.85 | $387,241.65 |
| Morvillo Abramowitz Grand Iason & Anello P.C. | October 23, 2019 | 173 | $392,780.00 | $380,996.60 | $3,371.45 | $377,625.15 | $37,762.5 | $339,862.63 |

Expenses and Total

| Applicant | Date of Application | Docket No. | Expenses Requested | Expenses Allowed | Total Expenses to be Paid | Total Fees and Expenses to be Paid |
|---|---|---|---|---|---|---|
| Chapman and Cutler LLP | October 23, 2019 | 172 | $8,583.24 | $8,583.24 | $8,583.24 | $395,824.89 |
| Morvillo Abramowitz Grand Iason & Anello P.C. | October 23, 2019 | 173 | $3,819.61 | $3,819.61 | $3,819.61 | $343,682.24 |

Date Order Signed:  11/21/2019                                                                 Initials:  RDD  USBJ