Hearing Date & Time: December 19th, 2019 at 10:00 a.m. (EST)

FILED
U.S. BANKRUPTCY COURT

2019 NOV 25  A 9: 47

S.D. OF N.Y.

EXPERTSOURCE GLOBAL SERVICES PRIVATE LIMITED
Anil Wadhwa, CEO
Address: Unit No. 102, Deekay Tech Park, TTC Industrial Area,
MIDC, Turbhe, Navi Mumbai, Maharashtra, INDIA. 400705

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**ATTN : RETRIEVAL-MASTERS CREDITORS BUREAU, INC. (DEBTOR)
 & ALL KNOWN CREDITORS (LIST ANNEXED) OF DEBTOR IN CASE BELOW:**

------------------------------------------------------------x
In re                                             :
                                                  :
Debtor : Retrieval-Masters Creditors Bureau, Inc.  : Chapter 11
                                                  : Case Number: 19-23185-rdd
------------------------------------------------------------x

## NOTICE OF HEARING ON MOTION FOR ADMINISTRATIVE CLAIM 11 U.S.C § 503

**PLEASE TAKE NOTICE** that on 14th November 2019 an Application of Administrative Claim 11 U.S.C § 503 was filed against the Debtor under Chapter 11 Case Number 19-23185-rdd, by ExpertSource Global Services Private Limited, represented by Anil Wadhwa. (A copy of the claim is attached hereto)

A hearing (the "Hearing") on the Motion for the Administrative Claim 11 U.S.C § 503 will be held before the Honorable Judge Robert D.Drain of the United States Bankruptcy Court for the Southern District of New York (the "Court"), at the Court House, 300 Quarropas Street, White Plains, New York 10601, on **December 19, 2019, at 10:00 a.m.** (EDT)

Dated: November 21, 2019
Navi Mumbai, INDIA

        EXPERTSOURCE GLOBAL SERVICES PRIVATE LIMITED
        CEO

        By: /s/Anil Wadhwa

        Anil Wadhwa
        Address: Unit No. 102, Deekay Tech Park, TTC Industrial Area,
        MIDC, Turbhe, Navi Mumbai, Maharashtra, INDIA. 400 705
        Telephone: +1 347.899.4250 Mobile: +91 750 640 4224

## Name & Address of Debtor

| Name | Retrivel Masters Creditors Bereau, Inc |
|---|---|
| Address 1 | 4 Westchester Plaza, |
| Address 2 | Suite 110 |
| Address 3 | |
| City | Elmsford |
| State | New York (NY) |
| Postal code | 10523 |
| Country (If not US) | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country (if not US) |
|---|---|---|---|---|---|---|---|
| ACA International | PO Box 390106 | | | Minneapolis | MN | 55439 | |
| Ahdoot & Wolfson PC | 45 Main Street | Suite 528 | Tina Wolfson, Brad King, Theodore Maya | Brooklyn | NY | 11201 | |
| Allied Administrators- Delta Dental | PO Box 45381 | | | San Francisco | CA | 94145-0381 | |
| Alston & Bird | 950 F Street NW | | Kimberly Peretti, Kate Hanniford, Emily Poole, Amy Mushahwar | Washington | DC | 20004 | |
| Altice Business | PO Box 360111 | | | Pittsburg | PA | 15251 | |
| American Express | PO Box 981535 | | | El Paso | TX | 79998 | |
| Andrew Berkowitz | 725 Lisa Circle | | | Huntingdon Valley | PA | 19006 | |
| Apex Technology Services | 535 Connecticut Avenue | Suite 104 | | Norwalk | CT | 06854 | |
| Berger Montague, PC | 1818 Market Street | Suite 3600 | Jon Lambiras, Shanon Carson, Sherrie Savett | Philadelphia | PA | 19103 | |
| Bisnar Chase LLP | 1301 Dove Street | Suite 120 | Brian D Chase, Jerusalem Beligan | Newport Beach | CA | 92626 | |
| Business Card Services (Jet Blue Mastercard) | PO Box 23066 | | | Columbus | GA | 31902 | |
| Cablevision | PO Box 742698 | | | Cincinnati | OH | 45274-2698 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Carella Byrne Cecchi Olstein Brody & Agnello, PC | 5 Becker Farm Road | | James Cecchi, Caroline Bartlett | Roseland | NJ | 07068 | |
| Cary Law Office | 122 Capitol St | Suite 200 | Michael Cary | Charlston | WV | 25301 | |
| Charles River Associates | 200 Clarendon Street | | | Boston | MA | 02116 | |
| Clearbrook JV LLC | 100 Clearbrook Rd | 2nd Floor | | Elmsford | NY | 10523 | |
| Cohn, Lifland, Pearlman, Herrmann & Knoff, LLP | 250 Pehle Avenue | Suite 401 | Peter Pearlman | Saddlebrook | NJ | 07663 | |
| Conduent | 375 McCarter Highway | | David Kenney | Newark | NJ | 07114 | |
| Consolidated Edison, Inc. | PO Box 1702 | | | New York | NY | 10116-1702 | |
| Creditron Corporation | 15800 Crabbs Branch Way | Suite 210 | | Rockville | MD | 20855 | |
| Criden & Love P.A. | 7301 SW 57th Court | Suite 515 | Michael E. Criden | South Miami | FL | 33143 | |
| CSI International, Inc. | PO Box 417 | | | Williamsport | OH | 43164 | |
| CT Corporation | PO Box 4349 | | | Carol Stream | IL | 60197-4349 | |
| Cup-A-Jo Coffee Solutions | 382 Route 59 Suite 324 | | | Monsey | NY | 10952 | |
| Dicello Levitt Gutzler LLC | Ten North Dearborn Street | Eleventh Floor | Adam Levitt, Amy Keller | Chicago | IL | 60602 | |
| End Point Corporation | 304 Park Avenue South | Suite 214 | | New York | NY | 10010 | |
| Epiq Corporate | 10300 SW Allen Blvd | | Managing Director, | Beaverton | OR | 97005 | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Services, Inc | | | Legal Department | | | | |
| Esensten Law | 12100 Wilshire Blvd | Suite 1660 | Robert Esensten, Jordan Esensten | Los Angeles | CA | 90025 | |
| ExpertSource Global Services Private Limited | Unit 102, 1st Floor | Deekay Tech Park, TTC Industrial Area | Midc, Turbhe | Navi Mumbai, Maharashtra | | | India |
| FedEx | PO Box 371461 | | | Pittsburgh | PA | 15250-7461 | |
| Finkelstein Blankinship, Frei-Pearson & Garber, LLP | 445 Hamilton Avenue | Suite 605 | Jeremiah Lee Frei-Pearson | White Plains | NY | 10601 | |
| Geist Schwarz & Jellinek, PLLC | One North Lexington Avenue | 11th floor | | White Plains | ny | 10601 | |
| Giatras Law Firm | 118 Capitol Street | Suite 400 | Troy Giatras, Matthew Stonestreet, Phillip Childs | Charleston | West Virginia | 25301 | |
| Gibbs Law Group LLP | 501 14th Street | Suite 1110 | Eric Gibbs, David Berger | Oakland | CA | 94612 | |
| Golden Scaz Gagain | 201 North Armenia Avenue | | Charles McHale | Tampa | FL | 33609 | |
| Greenwich Legal Associiates LLC | 881 Lake Avenue | | Adam Frankel | Greenwich | CT | 06831 | |
| Hinshaw & Culbertson, LLP | 151 N. Franklin Street | Suite 2500 | | Chicago | IL | 60606 | |
| Hogan & Lovells US LLP | 555 Thirteenth St NW | | Marcy Wilder, Allison Holt | Washington | DC | 20004 | |
| Hudson Valley Fire Inc. | 136 Washington Street | | | Peekskill | NY | 10566 | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hyde & Swigert | 2221 Camino Del Rio South | Suite 101 | Joshua Swigert | San Diego | CA | 92101 | |
| International Business Machines Corp. | PO Box 643600 | | | Pittsburgh | PA | 15264-3600 | |
| Jackson Lee PA | 1991 Lomgwood Lake Nary Rd | | Jared Michael Lee | Lomgwood | FL | 32750 | |
| Javerbaum Wurgaft Hicks Kahn Wikstrom and Sinins PC | 1000 Haddonfield-Berlin Road | Suite 203 | Michael Galpern | Vorhees | NJ | 08043 | |
| Jones Wolf & Kapasi LLC | 375 Passaic Ave | Suite 100 | Joseph Jones | Fairfield | NJ | 07004 | |
| JP McHale Pest Management, Inc. | PO Box 98 | | | Montrose | NY | 10548 | |
| Kaplan Fox & Kilsheimer LLP | 350 Sansome Street | Suite 400 | Laurence King, Mario Choi | San Francisco | CA | 94104 | |
| Kaplan Fox & Kilsheimer LLP | 850 Third Avenue | 14th Floor | Frederic Fox, Joel Strauss, David Straite | New York | NY | 10022 | |
| Kazerouni Law Group, APC | 245 Fischer Avenue | Suite D1 | Seyed Abbas Kazerounian | Costa Mesa | CA | 92626 | |
| Kehoe Law Firm PC | 41 Madison Avenue | 31st Floor | John Kehoe | New York | NY | 10010 | |
| Kelly Law Offices LLC | 3000 Atrium Way | Suite 291 | Thomas Kelly III | Mount Laurel | NJ | 08054 | |
| Konica Minolta Premier Finance | PO Box 3072 | | | Cedar Rapids | IA | 52406 | |
| Law Offices of Todd Friedman PC | 21550 Oxnard Street | Suite 780 | Todd Friedman | Woodland Hills | CA | 91367 | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| | | | | | | |
|---|---|---|---|---|---|---|
| Law Officews of Ron Bochner | 3905 State St | | Ron Bochner | Santa Barbara | CA | 93105 |
| Lemberg Law LLC | 43 Danbury Road | 3rd Floor | Sergei Lemberg | Wilton | CT | 06897 |
| Levin, Papantonio, Thomas, Mitchell,rafferty & Proctor, PA | 316 S Baylen St | Suite 600 | Matt Schultz, Bill Cash, Brenton Goodman | Pensacola | FL | 32502 |
| LexisNexis Risk Solutions | 1000 Alderman Drive | | | Alpharette | GA | 30005 |
| Liberty Mutual Insurance | PO Box 2839 | | | New York | NY | 10116-2839 |
| Lieff Cabraser Heimann & Bernstein LLP | 250 Hudson Street | 8th Floor | Jason Lichtman, Sean Petterson | New York | NY | 10013 |
| Lieff Cabraser Heimann & Bernstein LLP | 275 Battery Street | 29th Floor | Michael Sobol | San Francisco | CA | 94111 |
| Linda S. Allen | 4713 Caspian Ave. | | | Farmington | NM | 87402 |
| Lite Depaqlma Greenberg LLC | 570 Broad Street | Suite 1201 | Bruce Greenberg | Newark | NJ | 07102 |
| Locks Law Firm LLC | 801 N. Kings Highway | | James A. Barry | Cherry Hill | NJ | 08034 |
| Mack-Cali CW Realty Associates LLC | PO Box 416382 | | | Boston | MA | 02241 |
| Messer Strickler, Ltd. | 225 W. Washington St. | SUITE 575 | | Chicago | IL | 60606 |
| Michael P. McIlree, Attorney at Law | 100 Brown Avenue | Suite 2 | | Chesterson | IN | 46304 |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| Name | Address 1 | Address 2 | Contact | City | State | Zip | |
|---|---|---|---|---|---|---|---|
| Morgan & Morgan Complex Litigation Group | 201 N. Franklin Street | 7th Floor | John Yanchunis, Patrick Barthle | Tampa | FL | 33602 | |
| Nussbaum Law Group PC | 1211 Avenue of the Americas | 40th Floor | Linda Nussbaum, Bart Cohen | New York | NY | 10036 | |
| O'Connell & Aronowitz | 54 State Street | | Kurt Bratten | Albany | NY | 12207 | |
| Online Data Exchange LLC | 12276 San Jose Blvd | Suite 427 | | Jacksonville | FL | 32223 | |
| Oxford Health Plans | PO BOX 1697 | | | Newark | NJ | 07101-1697 | |
| Paylocity Corporation | Dept #2007 | Po Box 87844 | | Carol Stream | IL | 60188 | |
| PCI Group, Inc. | PO Box 566 | | | Pineville | NC | 28134-0566 | |
| Pitney Bowes Global Financial Services LLC | PO Box 3718877 | | | Pittsburgh | PA | 15250 | |
| Pontello & Bressler | 406 Boones Lick Rd | | Dominic Pontello | St Charles | MO | 63301 | |
| Prescott Lovern Sr | No address available: see below: | | | | | | |
| Proshred Security | 5 W. Main Street | Suite 200 | | Elmsford | NY | 10523 | |
| Protection One Alarm Monitoring, Inc. | PO BOX 219044 | | | Kansas City | MO | 64121-9044 | |
| Robbins Geller Rudman & Dowd LLP | 120 East Palmetto Park Road | Suite 500 | Paul Geller, Stuart A. Davisdon | Boca Raton | FL | 33432 | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Robbins Geller Rudman & Dowd LLP | 58 S. Service Road | Suite 200 | Samuel H. Rudman, Mark S. Reich | Melville | NY | 11747 | |
| Robert L. Clark | 131 Overlook Ter | | | Lander | WY | 82520 | |
| Robinson Calcagnie Inc | 19 Corporate Plaza Drive | | Daniel Robinson | Newport Beach | CA | ;92660 | |
| Ropes & Gray | 2099 Pennsylvania Ave, NW | | Edward McNicholas | Washington | DC | 20006 | |
| Russell Fuchs | 975 Banks North Road | | | Fairfield | CT | 06824 | |
| Sauder Schelkopf LLC | 555 Lancaster Avenue | | Joseph Sauder, Matthew Schelkopf, Joseph Kenney | Berwynn | PA | 19312 | |
| Seeger Weiss LLP | 55 Challenger Road | 6th Floor | Christopher Seeger, Parvin Aminolroaya | Ridgefiled Park | NJ | 07660 | |
| Seeger Weiss LLP | 77 Water Street | 8th Floor | Jennifer Scullion | New York | NY | 10005 | |
| Sentient Solutions Limited | Guinness Enterprise Centre | Taylor's lane | | Dublin 8 | | | Ireland |
| Service Express, Inc | Dept 6306 | PO Box 30516 | | Lansing | MI | 48909 | |
| Sessions Firm, LLC | 3850 N. Causeway Blvd | Suite 200 | | Metairie | LA | 70002 | |
| Sheehan & Associates, PC | 505 Northern Blvd | Suite 311 | Spencer Sheehan | Great Neck | NY | 11201 | |
| Sidley Austin | 1501 K Street NW | | David Hoffman, Kate Heinzelman, Clayton Northouse | Washington | DC | 20005 | |
| Staples Business Advantage | PO Box 105638 | | | Atlanta | GA | 30348-5638 | |
| Suburban Carting Co. | 566 North State Rd | | | Briarcliff Manor | NY | 10510 | |

Retrieval-Masters Creditors Bureau, Inc.
List of Creditors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Answer Company | PO Box 3442 | | | New York | NY | 10163-3442 | |
| The Law Offices of Andres Mointejo, Esq | 6157 NW 167th Street | Suite F-21 | Andres Montejo | Miami | FL | 33015 | |
| The Law Offices of Gary Merenstein, P.C | 773 Furrow Way | | | Lafayette | CO | 80026 | |
| Trans Union, LLC | PO Box 99506 | | | Chicago | IL | 60693-9506 | |
| Vanguard Cleaning Systems | 155 Airport Executive Park | | | Nanuet | NY | 10954 | |
| Verizon Wireless | PO Box 408 | | | Newark | NJ | 07101 | |
| Waller Landsden Dortch & Davis LLP | 511 Union Street | Suite 2700 | Derek Edwards | Nashville | TN | 37219 | |
| Webrecon, LLC. | 6115 28th St. SE | Suite 214 | | Grand Rapids | MI | 49546 | |
| Windstream Enterprise | PO Box 70268 | | | Philadelphia | PA | 19176-0268 | |
| Worldpay ISO Inc | 8500 Governors Hill Dr | MD 1GH2X2 | | Symmes Township | OH | 45249 | |
| Yanwitt LLP | 140 Grand Street | Suite 705 | Russell Marc Yankwitt | White Plains | NY | 10601 | |

14th November 2019

Kind Attention:

Honourable Judge Robert D.Drain
U.S Bankruptcy Court
Southern District of New York

FILED
U.S. BANKRUPTCY COURT

2019 NOV 14  P 2: 04

S.D. OF N.Y.

Debtor: Retrieval-Masters Creditors Bureau, Inc.
Case Number: 19-23185-rdd

### Subject : Application for Administrative Claim

Respected Sir,

We are herewith filing an application for claim of post-petition charges that are due from above mentioned debtor.

The charges for post-petition activity of $80,000 were agreed by Mr.Russell Fuchs, owner CEO of the Debtor, Mr.Jeff Wollman their CFO & COO under knowledge of their attorney Mr.Steven Wilamowsky.

We have completed the activity for which these charges were agreed to, subsequently we have only received $68,750 from the debtor leaving unpaid charges of $11,250.

For your ready reference please find attached:

1) Email chain of agreement between the concerned parties
2) Proof of activity completion
3) Administrative Claim Working: Reflecting statement of payments received & outstanding balance.

We are hereby requesting for acceptance of this application and an order approving this claim.

I am also requesting your honourable office that if any hearing needs to take place for this matter, it should be considered to conduct the same on telephone as I am based in Mumbai, India.

I humbly request your prompt attention in this matter.

Yours Sincerely,

For ExpertSource Global Services Private Limited

Anil Wadhwa
CEO
Address: Unit 102, Deekay Tech Park, TTC Industrial Area,
MIDC, Turbhe, Navi Mumbai, Maharashtra, INDIA. 400705
Email: Anil@expertsource.com
Mobile: +91 750 640 4224  Office: +1 347.899.4250

## ACCOUNTS

| | |
|---|---|
| From: | Anil Wadhwa [anil@expertsource.com] |
| Sent: | Thursday, October 31, 2019 2:05 AM |
| To: | 'ACCOUNTS' |
| Subject: | FW: RE: Make PDF |

**From:** Anil Wadhwa [mailto:anil@expertsource.com]
**Sent:** Friday, June 21, 2019 2:14 AM
**To:** 'Russ Fuchs'
**Cc:** 'Jeff Wollman'; 'wilamowsky@chapman.com'
**Subject:** RE: RE:

OK. Accepting your original offer of $35000 this week and $45000 over next 4 weeks.

Anil Wadhwa

**From:** Russ Fuchs [mailto:tkrf@aol.com]
**Sent:** Friday, June 21, 2019 2:12 AM
**To:** Anil Wadhwa
**Cc:** Jeff Wollman; wilamowsky@chapman.com
**Subject:** Re: RE:

Cannot Anil.

Russ

On Jun 20, 2019, at 4:37 PM, Anil Wadhwa <anil@expertsource.com> wrote:

> Jeff,
> We are in agreement in principle. Request you to try and increase some amount for this week to say around $45000 and future weeks payments can be reduced to $35000.
>
> Anyways expecting this week's wire by tomorrow.
>
> Anil Wadhwa
>
> **From:** Jeff Wollman [mailto:jwollman@retrievalmasters.com]
> **Sent:** Thursday, June 20, 2019 9:45 PM
> **To:** Anil Wadhwa; Russell Fuchs AOL
> **Cc:** wilamowsky@chapman.com
> **Subject:** Re:
>
> Anil,
>
> Russ is in his car however I conveyed the information you wrote in your last text to me. As of now our offer below still stands but we cannot deviate from it.
>
> Sincerely,
>
> <image001.gif>

1

Jeffrey S Wollman
Chief Financial Officer
Retrieval-Masters Creditors Bureau, Inc.
American Medical Collection Agency
4 Westchester Plaza, Suite 110 (Overnight Mail)
PO Box 160 (Regular Mail)
Elmsford, NY 10523
914 721-8666 (Direct)
800 666-8097 (Office)
914 345-7134 (Fax)
914 772-2298 (Mobile)

CONFIDENTIALITY: This communication, including attachments, is for the exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.

**From:** Anil Wadhwa <anil@expertsource.com>
**Date:** Thursday, June 20, 2019 at 11:17 AM
**To:** Russell Fuchs <tkrf@aol.com>
**Cc:** Jeffrey Wollman <jwollman@retrievalmasters.com>, Steven Wilamowsky <wilamowsky@chapman.com>
**Subject:** RE: RE:

In that case I am afraid we will be at a dead end, with more troubles to pile up.

Anil Wadhwa

**From:** Russ Fuchs [mailto:tkrf@aol.com]
**Sent:** Thursday, June 20, 2019 8:18 PM
**To:** Anil Wadhwa
**Cc:** jwollman@retrievalmasters.com; wilamowsky@chapman.com
**Subject:** Re: RE:

Sorry Anil.

I don't have it.

Russ

On Jun 20, 2019, at 10:33 AM, Anil Wadhwa <anil@expertsource.com> wrote:

> Russell,
> I am willing to accept the budget cut to $2000 for next 4 weeks and guarantee you we will staff the lines if you pay us as per below schedule. Here is the proposal –
>
> | | | |
> |---|---|---|
> | 1. | Charges Billed to you up until 13th June: | $80,000 |
> | 2. | This week expected billing: | $12,000 |
> | 3. | Next 4 weeks (4 x 2000): | $ 8000 |

2

4. Total: $100,000

We need to receive minimum $50,000 from you this week. And remaining $50,000 in next 4 weeks $12500 each week. I am not negotiating here but only asking for money to survive.

Anil Wadhwa

**From:** tkrf@aol.com [mailto:tkrf@aol.com]
**Sent:** Thursday, June 20, 2019 7:40 PM
**To:** anil@expertsource.com; jwollman@retrievalmasters.com; wilamowsky@chapman.com
**Subject:** re:

Trying to see if we can do something, but if you are not willing to budge from what is the most I can do, there won't be anything to talk about..

I don't agree with your 30,000 deficiency from our prior collection programs. So it's not on the table.

You have incurred $50,000 in costs that were not necessary for the inbound from notices.

You can cut your staff to @ $2,000 per week for the next 4 weeks.

I am willing to give you 35,000. this week and then the remaining 45,000 over the next 4 weeks as long as you operate.

I won't negotiate any further.

Russ

Disclaimer: The content of this email is confidential and intended for the
recipient specified in message only. It is strictly forbidden
to share any p
art of this message with any third party, without a written
consent of the s
ender. If you received this message by mistake, please reply to
this message
 and follow with its deletion, so that we can ensure such a
mistake does not
 occur in the future.

Disclaimer: The content of this email is confidential and intended for the
recipient specified in message only. It is strictly forbidden to share any
p
art of this message with any third party, without a written consent of the
s
ender. If you received this message by mistake, please reply to this
message
 and follow with its deletion, so that we can ensure such a mistake does
not
 occur in the future.

4 Week Activity Details as Below

| Date | Day | FTE | Calls Offered | Calls Answered | Answered Level % | Average Speed to Answer | Abandoned In Queue | Abandoned Before Call Queue | Abandoned Level % | Net Login Hrs | Handle Time | AHT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-Jun | Mon | 10 | 486 | 473 | 97.33% | 0:00:08 | 7 | 6 | 1.46% | 79:47:24 | 28:26:01 | 0:03:36 | |
| 25-Jun | Tue | 7 | 353 | 339 | 96.03% | 0:00:08 | 11 | 3 | 3.14% | 56:17:16 | 19:28:39 | 0:03:27 | |
| 26-Jun | Wed | 6 | 287 | 277 | 96.52% | 0:00:13 | 7 | 3 | 2.46% | 43:15:44 | 15:46:43 | 0:03:25 | |
| 27-Jun | Thu | 6 | 233 | 224 | 96.14% | 0:00:09 | 8 | 1 | 3.45% | 48:09:41 | 12:59:56 | 0:03:29 | |
| 28-Jun | Fri | 6 | 184 | 182 | 98.91% | 0:00:08 | 1 | 1 | 0.55% | 45:19:44 | 9:59:10 | 0:03:18 | |
| Week 1 | | 7 | 1543 | 1495 | 96.89% | 0:00:09 | 34 | 14 | 2.22% | 272:49:49 | 86:40:29 | 0:03:29 | |
| 1-Jul | Mon | 5 | 234 | 226 | 96.58% | 0:00:16 | 6 | 2 | 2.59% | 40:01:13 | 12:43:08 | 0:03:23 | |
| 2-Jul | Tue | 4 | 160 | 152 | 95.00% | 0:00:08 | 7 | 1 | 4.40% | 32:59:20 | 6:17:32 | 0:02:29 | |
| 3-Jul | Wed | 4 | 131 | 126 | 96.18% | 0:00:19 | 5 | 0 | 3.82% | 40:17:44 | 6:04:14 | 0:02:53 | |
| 4-Jul | Thu | | | | | | | | | | | | US Holiday |
| 5-Jul | Fri | 4 | 113 | 110 | 97.35% | 0:00:07 | 2 | 1 | 1.79% | 39:32:43 | 7:27:35 | 0:04:04 | |
| Week 2 | | 4 | 638 | 614 | 96.24% | 0:00:12 | 20 | 4 | 3.15% | 152:51:00 | 32:32:29 | 0:03:11 | |
| 8-Jul | Mon | 2 | 138 | 131 | 94.93% | 0:00:33 | 6 | 1 | 4.38% | 17:00:28 | 7:34:31 | 0:03:28 | |
| 9-Jul | Tue | 2 | 124 | 118 | 95.16% | 0:00:20 | 5 | 1 | 4.07% | 17:39:03 | 6:13:44 | 0:03:10 | |
| 10-Jul | Wed | 2 | 75 | 75 | 100.00% | 0:00:18 | 0 | 0 | 0.00% | 16:13:53 | 3:32:54 | 0:02:50 | |
| 11-Jul | Thu | 2 | 88 | 82 | 93.18% | 0:00:15 | 5 | 1 | 5.75% | 14:46:13 | 3:03:11 | 0:02:14 | |
| 12-Jul | Fri | 2 | 78 | 71 | 91.03% | 0:00:13 | 6 | 1 | 7.79% | 17:58:43 | 3:55:15 | 0:03:19 | |
| Week 3 | | 2 | 503 | 477 | 94.83% | 0:00:20 | 22 | 4 | 4.41% | 83:38:20 | 24:19:35 | 0:03:04 | |
| 15-Jul | Mon | 2 | 92 | 92 | 100.00% | 0:00:12 | 0 | 0 | 0.00% | 18:22:15 | 5:04:20 | 0:03:18 | |
| 16-Jul | Tue | 2 | 87 | 79 | 90.80% | 0:00:55 | 8 | 0 | 9.20% | 15:23:59 | 4:01:46 | 0:03:04 | |
| 17-Jul | Wed | 2 | 53 | 52 | 98.11% | 0:00:07 | 0 | 1 | 0.00% | 17:23:38 | 2:09:12 | 0:02:29 | |
| 18-Jul | Thu | 2 | 124 | 117 | 94.35% | 0:00:26 | 5 | 2 | 4.10% | 18:11:38 | 6:57:42 | 0:03:34 | |
| 19-Jul | Fri | 2 | 136 | 125 | 91.91% | 0:00:19 | 9 | 2 | 6.72% | 18:05:27 | 6:40:17 | 0:03:12 | |
| Week 4 | | 2 | 492 | 465 | 94.51% | 0:00:24 | 22 | 5 | 4.52% | 69:15:19 | 24:53:17 | 0:03:13 | |

**Administrative Expenses Claim working under 11 U.S.C 503.**

| Particulers | Amount ($) |
|---|---|
| Agreed Offer amount | $80,000.00 |
| Total Receivable (A) | $80,000.00 |
| | |
| Payments receipt details of above offer amount | |
| Payment Receipt date | Payment receipt Amount |
| 24.06.2019 | $35,000.00 |
| 01.07.2019 | $11,250.00 |
| 04.07.2019 | $11,250.00 |
| 15.07.2019 | $11,250.00 |
| Total Receipt (B) | $68,750.00 |
| | |
| Balance amount receivable (A-B) | $11,250.00 |
| | |