| | |
|---|---|
| Christopher R. Donoho, III<br>John D. Beck<br>**HOGAN LOVELLS US LLP**<br>390 Madison Avenue<br>New York, New York 10017<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>Email: chris.donoho@hoganlovells.com<br>         john.beck@hoganlovells.com<br><br>*Attorneys for Laboratory Corporation of America Holdings and Laboratory Corporation of America*<br><br>Jessica C.K. Boelter (admitted *pro hac vice*)<br>William E. Curtin<br>**SIDLEY AUSTIN LLP**<br>787 Seventh Ave<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: jboelter@sidley.com<br>         wcurtin@sidley.com<br><br>*Attorneys for Quest Diagnostics Incorporated* | William Hao<br>**ALSTON & BIRD LLP**<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 210-9400<br>Facsimile: (212) 210-9444<br>Email: william.hao@alston.com<br><br>-and-<br><br>William S. Sugden (admitted *pro hac vice*)<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 W. Peachtree St.<br>Atlanta, Georgia 30309-3424<br>Telephone 404-881-7000<br>(F) 404-253-8235<br>Email: will.sugden@alston.com<br><br>*Attorneys for Optum360, LLC* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Retrieval-Masters Creditors Bureau, Inc.,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 19-23185 (RDD) |

**NOTICE OF HEARING ON JOINT MOTION FOR AN ORDER, PURSUANT TO 11 U.S.C. §§ 105 AND 362, DIRECTING THE DEBTOR TO PRODUCE CERTAIN DOCUMENTS**

---

[1] The last four digits of the Debtor's taxpayer identification number are 9495.  The location of the Debtor's service address for purposes of this chapter 11 case is 4 Westchester Plaza, Suite 110, Elmsford, NY 10523.  The Debtor also does business as American Medical Collection Agency.

**PLEASE TAKE NOTICE** that on October 30, 2019, a Joint Motion for an Order, pursuant to 11 U.S.C. §§ 105 and 362, directing the Debtor to produce certain documents (the "**Joint Motion**") was filed under Case Number 19-23185-rdd by Laboratory Corporation of America Holdings and Laboratory Corporation of America, Optum360, LLC and Quest Diagnostics Incorporated (collectively, the "**Movants**").

**PLEASE TAKE FURTHER NOTICE** that on November 27, 2019, the Movants filed a Supplemental Statement in Support of the Joint Motion.

**PLEASE TAKE FURTHER NOTICE** a hearing on the Joint Motion and the Supplemental Statement in Support of the Joint Motion will be held before the Honorable Judge Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York, at the Court House, 300 Quarropas Street, White Plains, New York 10601, **on December 19, 2019, at 10:00 a.m. (EST)**

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Joint Motion shall (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, all General Orders, Local Bankruptcy Rules and the Order Granting Debtor's Motion for Order Authorizing the Establishment of Certain Notices, Case Management, and Administrative Procedures ("**Case Management Order**," Docket No. 31); (c) be filed electronically with the Court, with a hard copy provided to the Clerk's Office at the Bankruptcy Court for delivery to the Chambers of the Honorable Robert D. Drain; and (d) be served so as to be actually received by **December 12, 2019 at 4:00 p.m. prevailing Eastern Time**, by the parties on the Service List as defined in the Case Management Order.

Dated: November 27, 2019
New York, New York

                                        Respectfully submitted,

                                        */s/  John D. Beck*
                                        Christopher R. Donoho, III
                                        John D. Beck
                                        **HOGAN LOVELLS US LLP**
                                        390 Madison Avenue
                                        New York, New York 10017
                                        Telephone: (212) 918-3000
                                        Facsimile: (212) 918-3100
                                        Email:  chris.donoho@hoganlovells.com
                                                    john.beck@hoganlovells.com

                                        *Attorneys for Laboratory Corporation of America*
                                        *Holdings and Laboratory Corporation of America*

*/s/   William E. Curtin*
Jessica C.K. Boelter (admitted *pro hac vice*)
William E. Curtin
**SIDLEY AUSTIN LLP**
787 Seventh Ave
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email:  jboelter@sidley.com
           wcurtin@sidley.com

*Attorneys for Quest Diagnostics Incorporated*

*/s/  William Hao*
William Hao
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9400
Email: william.hao@alston.com

-and-

William S. Sugden (admitted *pro hac vice*)
One Atlantic Center
1201 W. Peachtree St.
Atlanta, Georgia 30309-3424
(P) 404-881-7000
(F) 404-253-8235
Email: will.sugden@alston.com

*Attorneys for Optum360, LLC*