CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Counsel for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Retrieval-Masters Creditors Bureau, Inc.,[1] | : | Case No. 19-23185 (RDD) |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------x


## NOTICE OF CANCELLATION OF OMNIBUS HEARING
## SCHEDULED FOR DECEMBER 19, 2019 AT 10:00 A.M.

Location of Hearing:   The Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at
http://www.nysb.uscourts.gov or by request of Debtor's undersigned
proposed counsel.

---

[1] The last four digits of the Debtor's taxpayer identification number is 9495. As of November 1, 2019, the Debtor's service address for purposes of this chapter 11 case is 200 Pemberwick Road, Greenwich, CT 06831. The Debtor also does business as American Medical Collection Agency.

4846-2655-8734
7022536

**PLEASE TAKE NOTICE** that all of the following matters scheduled for consideration at the omnibus hearing on **December 19, 2019 at 10:00 a.m. (EST)** (the "**Hearing**") have been resolved or adjourned. Accordingly, **this Hearing has been cancelled**.

**I.    UNCONTESTED MATTER:**

    A.    Application of ExpertSource Global Services Private Limited for Payment of Administrative Claim [Doc. No. 194].

        Objection Deadline:    December 12, 2019 at 4:00 p.m. (EST).

        Related Document:    Notice of Hearing [Doc. No. 208].

        Responses Received:    None.

        Status: The Debtor has resolved the motion with the movant pursuant to a proposed Stipulation and Order that has been filed for presentment to the Court on December 26, 2019 (see Doc. No. 217).

**II.    ADJOURNED MATTERS:**

    B.    Joint Motion for an Order, Pursuant to 11 U.S.C. §§ 105 and 362, Directing the Debtor to Produce Certain Documents [Doc. No. 180].

        Objection Deadline:    December 12, 2019 at 4:00 p.m. (EST).

        Related Documents:

        1.    Supplemental Statement in Support of Joint Motion for an Order, Pursuant to 11 U.S.C. §§ 105 and 362, Directing the Debtor to Produce Certain Documents [Doc. No. 211].

        2.    Notice of Hearing [Doc. No. 212].

        Responses Received:

        1.    Debtor's Preliminary Objection to: (I) Joint Motion of Laboratory Corporation of America, Quest Diagnostics Incorporated and Optum360, LLC for an Order, Pursuant to 11 U.S.C. §§ 105 and 362, Directing the Debtor to Produce Certain Documents; and (II) Application of Elizabeth Hollway for an Order Directing the Production of Documents Pursuant to Bankruptcy Rule 2004 [Doc. No. 186].

   Status: This matter has been consensually adjourned to the January 30, 2020 Omnibus Hearing Date.

C. Application for an Order Directing the Production of Documents Pursuant to Bankruptcy Rule 2004 (Elizabeth Hollway) [Doc. No. 181].

  Objection Deadline: December 12, 2019 at 4:00 p.m. (EST).

  Related Document: N/A.

  Responses Received:

  1. Limited Objection of the States of Texas and Indiana to the Application for an Order Directing the Production of Documents Pursuant to Bankruptcy Rule 2004 [Doc. No. 185].

  2. Debtor's Preliminary Objection to: (I) Joint Motion of Laboratory Corporation of America, Quest Diagnostics Incorporated and Optum360, LLC for an Order, Pursuant to 11 U.S.C. §§ 105 and 362, Directing the Debtor to Produce Certain Documents; and (II) Application of Elizabeth Hollway for an Order Directing the Production of Documents Pursuant to Bankruptcy Rule 2004 [Doc. No. 186].

  Status: This matter has been consensually adjourned to the January 30, 2020 Omnibus Hearing Date.

D. Joint Motion for (I) Determination That the Automatic Stay Does Not Apply to Third Party Subpoenas Pursuant to Federal Rule of Civil Procedure 45 or, in the Alternative, (II) Relief from the Automatic Stay to Serve Third Party Subpoenas on the Debtor [Doc. No. 210].

  Objection Deadline: December 12, 2019 at 4:00 p.m. (EST).

  Related Document: N/A.

  Responses Received: None.

  Status: This matter has been consensually adjourned to the January 30, 2020 Omnibus Hearing Date.

*[Remainder of page intentionally left blank]*

Dated: December 16, 2019
New York, New York

        CHAPMAN AND CUTLER LLP
        *Counsel for the Debtor and Debtor in Possession*

By: /s/ Steven Wilamowsky
    Steven Wilamowsky
    1270 Avenue of the Americas
    30th Floor
    New York, NY 10020-1708
    Telephone: 212.655.6000

    -and-

    Aaron M. Krieger
    111 West Monroe Street
    Chicago, IL 60603-4080
    Telephone: 312.845.3000

4846-2655-8734
7022536