IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| **RETRIEVAL-MASTERS CREDITORS BUREAU, INC.,** | ) ) ) ) ) ) | Chapter 11<br><br>Case No. 19-23185 (RDD)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF CLAIM

On July 2, 2019, the Tennessee Department of Revenue (TDOR) filed proof of claim no. 2 in the case of Retrieval-Masters Creditors Bureau, Inc. Claim has been satisfied. TDOR hereby gives notice that it wishes to withdraw claim no. 2.

Respectfully submitted,
HERBERT H. SLATERY III
Attorney General & Reporter

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. BPR.016031
Senior Assistant Attorney General
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
agbanknewyork@ag.tn.gov

# **CERTIFICATE OF SERVICE**

      I certify that on January 8, 2020 a copy of the foregoing Notice of Withdrawal of Claim was sent via U.S. mail, postage prepaid, or electronically to the parties set out below.

      /s/ Marvin E. Clements, Jr.

**Steven Wilamowsky**
Chapman and Cutler LLP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014