CHAPMAN AND CUTLER LLP
Steven Wilamowsky
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Telephone: 212.655.6000

-and-

Aaron M. Krieger
111 West Monroe Street
Chicago, IL 60603-4080
Telephone: 312.845.3000

*Counsel for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                    :   Chapter 11
                                                         :
Retrieval-Masters Creditors Bureau, Inc.,[1]             :   Case No. 19-23185 (RDD)
                                                         :
                                    Debtor.               :
---------------------------------------------------------x

## NOTICE OF (I) CANCELLATION AND (II) RESCHEDULING OF OMNIBUS HEARING DATE PREVIOUSLY SCHEDULED FOR APRIL 23, 2020 @ 10:00 A.M.

**PLEASE TAKE NOTICE** that the omnibus hearing previously scheduled in the above

captioned case before the Honorable Robert D. Drain, United States Bankruptcy Judge, United

States Bankruptcy Court, 300 Quarropas Street, White Plains, New York, 10601 (the "***Court***")

---

[1]   The last four digits of the Debtor's taxpayer identification number is 9495.  As of November 1, 2019, the
      Debtor's service address for purposes of this chapter 11 case is 200 Pemberwick Road, Greenwich, CT 06831.
      The Debtor also does business as American Medical Collection Agency.

4813-5896-0304
7022536

on April 23, 2020 at 10:00 a.m. (EDT) has been adjourned by the Court to **April 29, 2020 at**

**10:00 a.m.** (EDT).


Dated: January 9, 2020
      New York, New York

                    CHAPMAN AND CUTLER LLP
                    *Counsel for the Debtor and Debtor in Possession*


                    By:   /s/Steven Wilamowsky
                        Steven Wilamowsky
                        1270 Avenue of the Americas
                        30th Floor
                        New York, NY 10020-1708
                        Telephone: 212.655.6000

                        -and-

                        Aaron M. Krieger
                        111 West Monroe Street
                        Chicago, IL 60603-4080
                        Telephone: 312.845.3000

4813-5896-0304
7022536